UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>    Defendants. | Civil Action No. 4:24-cv-334-SDJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wearable Shoe Tree LLC voluntarily dismisses its claims against the following defendants:

- DOE 140: Shayee Zone (Amazon Merchant ID A1FCFD0HNMQFY7)
- DOE 141: Vquand US (Amazon Merchant ID A1GCXN2ZISSLKW)
- DOE 151: VITKSTAR store (Amazon Merchant ID A1SPJUX0A8D7A8)
- DOE 152: Zudun (Amazon Merchant ID A1UBO4JE5QIDR2)
- DOE 155: GodbL (Amazon Merchant ID A1YBWV3F72ZC8I)
- DOE 163: Yzg (Amazon Merchant ID A26YSAKOMKFIM5)
- DOE 184: Vsonker US (Amazon Merchant ID A2TPU0TF6RZLCS)
- DOE 187: GOOUDO-US (Amazon Merchant ID A2XBFH4UCTRKZM)
- DOE 190: AHAOIN (Amazon Merchant ID A324CMTGSVBAZL)
- DOE 195: Venbow (Amazon Merchant ID A35G7MW88WGPKK)
- DOE 202: VoMii Health Direct US (Amazon Merchant ID A3992N65F7CFV0)
- DOE 205: Shakeyo (Amazon Merchant ID A3EPDNLGP3TT17)

- DOE 206: WesMouning (Amazon Merchant ID A3F53BFDDA03AQ)
- DOE 225: Kerthhan (Amazon Merchant ID A6GD2QOOXSBXR)
- DOE 229: rorpove (Amazon Merchant ID A9MNKFAK45E26)
- DOE 239: URATOT Direct (Amazon Merchant ID AIS7XGERQO816)
- DOE 241: kemirui (Amazon Merchant ID ANFCPT2T775IB)
- DOE 244: Wenanbeino (Amazon Merchant ID AP0XLF8SQSXGG)
- DOE 246: nancyluo123 (Amazon Merchant ID ARXSXLWLZ6J10)
- DOE 248: Aolantai (Amazon Merchant ID AUQWPJ3QAPGFD)
- DOE 431: VEER HOME & LIVING (Shein Merchant ID 2834183249)
- DOE 435: Companion Shoes (Shein Merchant ID 5808615852)
- DOE 436: Ruizong Shoes (Shein Merchant ID 6139695347)
- DOE 493: QingXin Daily Necessities (Temu Merchant ID qingxin-daily-necessities-m-321091538249)
- DOE 495: Foot companions Shop (Temu Merchant ID secret-forest-shop-m-5683415034791)
- DOE 512: GOOUDO (Walmart Merchant ID 10001194824)

<table>
<tr><td>Dated: June 4, 2024</td><td>Respectfully submitted,<br><br>**SCALE LLP**<br><br>By: */s/ Charles A. Wallace*<br>Charles A. Wallace<br>Texas Bar No. 24110501<br>James H. Creedon<br>Texas Bar No. 24092299<br>5473 Blair Road, Suite 100<br>Dallas, Texas 75231<br>Tel.     415.735.5933<br>Fax     415.573.0983<br>cwallace@scalefirm.com<br>jcreedon@scalefirm.com<br><br>ATTORNEYS FOR PLAINTIFF<br>WEARABLE SHOE TREE LLC</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace