UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>　　　　Defendants. | Civil Action No. 4:24-cv-334-SDJ |

**DECLARATION OF CHARLES A. WALLACE IN SUPPORT OF
PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION**

I, Charles A. Wallace, pursuant to Fed. R. Civ. P. 65(b)(1), declare as follows:

1. "I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am an attorney at the law firm Scale LLP, located at 5473 Blair Road, Suite 100, Dallas, Texas 75231, and I am licensed to practice in the State of Texas.

3. Plaintiff Wearable Shoe Tree LLC ("Plaintiff") retained Scale LLP to represent it in the above-styled lawsuit. As counsel of record for Plaintiff, I have personal knowledge of this lawsuit, the filings in this proceeding, and the facts related thereto.

4. I make this declaration in support of Plaintiff's Application for Preliminary Injunction, which plaintiff filed with the Court on May 30, 2024. Dkt. 21.

5. On June 7, 2024, I emailed each email address produced by the third party marketplaces in this case, as well as each defense attorney or other disclosed representative, to give the parties notice of the June 24, 2024 hearing on Plaintiff's application for preliminary injunction. In said email, I provided the parties with a download link to the pleadings in this case, as well as attachments of (1) Plaintiff's Complaint, (2) Plaintiff's Ex Parte Motion for TRO, (3) Plaintiff's Ex Parte Motion for Alternative Service, (4) the TRO and Order Granting Alternative Service, (5) the Order Extending the TRO, (6) Plaintiff's Application for Preliminary Injunction, and (7) the Court's June 4, 2024 Order (Dkt. 28). A true and correct copy of this email is attached as Exhibit 1.

6.	Attached as Exhibit 2 is a true and correct accounting of the defendants that have yet to be dismissed from this case, as well as the Plaintiff IP that each defendant is alleged to have infringed."

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 24, 2024.

_____
Charles A. Wallace
Scale LLP