

Charles Wallace <cwallace@scalefirm.com>

---

## **Notice** Wearable Shoe Tree LLC v. DOES (EDTX Case No. 4:24-cv-334)

---

**Charles Wallace** <cwallace@scalefirm.com>                                         Fri, Jun 7, 2024 at 2:37 PM
Bcc: Bonnie Li <bli@bonnielilaw.com>, Thomas Cai <he.cai@getechlaw.com>, 贾国月 <guoyuejia2@gmail.com>, ylc <ylc@deternal.com>, 李贞 <ljwlf0812@163.com>, Frank Niu <niu@mainleaf-law.com>, Maxon Lee <m.lee@stevens-law.com>, ehdcjf9876@gmail.com, Ren Elvy <pufalaw@outlook.com>, Kobi Abitbul <ktonlinemarketing1@gmail.com>, pjones@aegislaw.com, Zhou Jane <yzhou7006@gmail.com>, Michael Stanley <mstanley@fordbanister.com>, Jeffrey Liu <jeffrey.liu@usatro.com>, Haoyi Chen <haoyichen@archlakelaw.com>, AdminTM Ambizlaw <tm-admin@ambizlaw.com>, 741042102@qq.com, hauoxin7@163.com, topiky-003@outlook.com, luozeyingre@163.com, drxccqp@163.com, fbt168_gz@163.com, youshuo63533908@163.com, tanmouv871@163.com, quanshunkeinc@163.com, jarvis.jacob.uk@outlook.com, prasen.lov99@gmail.com, liminh20201@163.com, ly199808liu@outlook.com, wangmeng202104@163.com, dovanhien416@gmail.com, 1092774066@qq.com, 3501647960@qq.com, chorha168@hotmail.com, gansidui2022@163.com, sichuanchengtang@163.com, neamulkabiremon@gmail.com, youyuanxc@outlook.com, unibouti@outlook.com, 1532628512@qq.com, ruolinus@163.com, ouliluozhuus@outlook.com, lipengfeng123@hotmail.com, gongniuusa@outlook.com, uvjqsg@163.com, msein188ope@163.com, qq957188286@outlook.com, Cassie <cassie_wang1991@163.com>, wrdamz2020@163.com, info@senoex.ltd, ziboyuankuo@163.com, g15935982504@163.com, paluya@outlook.com, gewutech2019@163.com, info@stickerdeen.com, 2695875669@qq.com, kq3kx7dnt@163.com, honglian192 <honglian192@163.com>, bibi43210@hotmail.com, zhangxueqian1688@163.com, ahy2022@126.com, 13790354628@163.com, 2208119153@qq.com, 13929665988@139.com, alucyy@sina.com, l13510186864 <l13510186864@163.com>, amzzhanghao@163.com, zhongyueshangmao@aliyun.com, l18162473966@163.com, foreada@163.com, sammichen703@gmail.com, amz1000w@126.com, zhoupuyin5382@163.com, zeoo145@163.com, yixing2015us@163.com, guiduanksg879@163.com, duxiaoqing1989@163.com, hsjiem@163.com, sunying100011@163.com, 657466407@qq.com, joyfan120@163.com, zqs1993@outlook.com, honglian206 <honglian206@163.com>, skymall01 <skymall01@163.com>, szzc2021@126.com, hvfxvchs@163.com, yhus@lovfoo.cn, sodouwa@163.com, heruiyufen@outlook.com, lesilife@163.com, szmd1122@163.com, 740916334@qq.com, 625265938@qq.com, sneakersupplyuk1@gmail.com, jiao1308992199 <jiao1308992199@163.com>, huj54hj@163.com, a15180587256@163.com, adrieneschoice@163.com, hexuemei569@outlook.com, superflycommerce@gmail.com, xmyusj28@sina.com, wuyaneur@163.com, zhangchao220401@163.com, a15626996780@163.com, missgooey@outlook.com, fumanlou663@outlook.com, bestkorea2@gmail.com, a2206262119@163.com, li.layla@hotmail.com, ik25k@sina.com, min13507951478@163.com, tfmitj183@outlook.com, service@ergo-foot.com, bly1972741@163.com, 908152922@qq.com, z151292@sina.com, dhxiangshang@126.com, sarayamin5@126.com, guanbushangd@gmail.com, 364163258@qq.com, fjlybde@outlook.com, 3626241756@qq.com, dhyoungstore@163.com, dhgaterseller004@163.com, ppbysx@outlook.com, vpshop@126.com, bestry89@126.com, jrgk889@126.com, yunht168008@126.com, yunht2016@126.com, yunht2017@126.com, libaiyun1006@126.com, ecoming68@126.com, veina88@126.com, chenchaofan2020@hotmail.com, zunhaixu@outlook.com, thisisaluckystore@gmail.com, rosa.ocha2in@gmail.com, abdulazis774@yahoo.com, ybtech02@163.com, kilojajan9021@yahoo.com, ap.agnes20@outlook.com, brahimnafia45@gmail.com, kingdomofcreationsecom@gmail.com, "Mr. Siraseth Pruetnattakorn" <siraseth.p@gmail.com>, a.thwaites@optusnet.com.au, arghijai@outlook.com, aryabimamuhammad@gmail.com, alichohanasharib@gmail.com, yiuwenw93@163.com, ayoubsaber22@outlook.com, bag_bagg@163.com, bahranbedin@hotmail.com, bakiadigunarto@outlook.com, ball_balll@163.com, banny_bannyy@163.com, bayuvirgan@outlook.com, yama.maya75@yahoo.com, raindrop.cooked@yahoo.com, nathoo.win@gmail.com, bin_erp@163.com, niceghumman@gmail.com, fghftvp@163.com, chunheamz@163.com, chun_tiann@163.com, 2188459764@qq.com, sma-haj@hotmail.com, ameihirny@163.com, pishiya34@163.com, dongtech012@outlook.com, ebayseller03@163.com, novemberfighting05@163.com, armandohenderson1105@gmail.com, 1339421867@deleted.com, dimdarmawan@outlook.com, dirtndunesltd@gmail.com, done_donee@163.com, dong_xiao3@163.com, gudqr673@163.com, DuerdenLTD@hotmail.com, dxntatme@gmail.com, easy2shopltd.ebay@gmail.com, erikahasibuan30@gmail.com, solololo1729@yahoo.com, evinkaevodia5@gmail.com, farisa.shorea5@yahoo.com, anwgm0@163.com, themyshop777@gmail.com, goingoutofb@gmail.com, turuni.lautan84@gmail.com, jinyang596@outlook.com, gong_nane@163.com, zhongmingnet@outlook.com, haha555_8@163.com, qiang_jian12@163.com, hernitatata97@gmail.com, lifetravel66@hotmail.com, hndrx.store@gmail.com, hua_huaa@163.com, hfjhfd6@163.com, rainakhatim77@gmail.com, wei_dian@163.com, caile2025@163.com, rukibrahim1@icloud.com, incas.shop@gmail.com, g.grajauskaite1@hotmail.com, jahyup5@163.com, jihannabila34@outlook.com, jing_jinggg@163.com, r0betan5656@gmail.com, jun_zhi2@163.com, ebay.kaalmart@gmail.com, kapilakalhara01@gmail.com, hadi.rono@aol.com, siriluk propadite <pukebaylispro@gmail.com>, ser1360135@163.com, lan87jin03@163.com, hkjin2014@163.com, liliana9878532@hotmail.com, elisamarta934@gmail.com, jaikishan896@yahoo.com, amiwesfa@yahoo.com, osmaniersej@gmail.com, harmeet.s.arora@hotmail.co.uk, jacquelinetowanda7028@gmail.com, nauramaheswari02@gmail.com, nasrealm.ebay@gmail.com, neverwither2020@163.com, anhngothenta@gmail.com, titascorp0@gmail.com, elisanaaa6@gmail.com, neosda951.o@gmail.com, oktadeayaa@gmail.com, orlandoyahya@hotmail.com,

**EXHIBIT 1**

ghpenn98@gmail.com, abe_permana@yahoo.com, macbookairebay@gmail.com, luisfreites@gmail.com, Power Store <ipartsmed@gmail.com>, qinda0531@outlook.com, rachmawatiayunpurnama1@gmail.com, rachmawatiint.an70@gmail.com, rezham84l1@outlook.com, Rizwan Shah <rizwanshah610@gmail.com>, hpernomo@yahoo.com, beno.redzic@gmail.com, sholikhul.marom78@aol.com, kikisee@filhome.biz, paixuanp@163.com, stand_standd@163.com, zazeckiene.snieguole@gmail.com, sumandi.acbar@hotmail.com, bargainboutique80@gmail.com, fkrbxv69575498@163.com, teddo.irwanto@hotmail.com, terrellfrazer@hotmail.co.uk, ms.alina.emelyanova@gmail.com, benclarkglass@hotmail.com, tree_treee@163.com, MUDIT CHOUDHARY <trendingsdeals2208@gmail.com>, tsanyikbar@hotmail.com, two_eoeo@163.com, "Ramūnas M." <rammmm17@gmail.com>, urbanelectronics01@gmail.com, caile5081@163.com, weigaisi014@163.com, world_worldd@163.com, yantowakya@outlook.com, yitanzhuo5@163.com, my17307534866@163.com, hai_zhu59@163.com, zefachristian39@gmail.com, zhen_hua223@163.com, dan_d12@163.com, zydraplionka@gmail.com, air-crease@dublin.com, emily_green1@hotmail.co.uk, graffitisneaks@gmail.com, guo_etsy_sales@pecreation.com, pumpsutopia@gmail.com, 15639738450@163.com, sunvojoom@163.com, zhuangyongjunxx@163.com, yijiaeshg@163.com, wodesishen@gmail.com, joewaystyle@163.com, dingdcm@icloud.com, tb@rfc-tech.com, changming1518@sina.com, tubzhuangxiao1@126.com, nuoyafz66@163.com, antonygakpo7@gmail.com, fredyguntur556@gmail.com, udinxsambo@gmail.com, donnastella.mansur@gmail.com

Good afternoon,

Please find, **at this link**, a copy of the following documents filed in the above-styled lawsuit currently pending in the U.S. District Court for the Eastern District of Texas:

- 1 - COMPLAINT against Does 1-601
- 3 - SEALED ADDITIONAL ATTACHMENTS to Main Document [1] Complaint
- 7 - EX PARTE MOTION For, And Memorandum In Support Of, Entry Of A (1) Temporary Restraining Order, (2) Expedited Discovery Order, And (3) Asset Restraining Order
- 9 - EX PARTE MOTION For Alternative Service Of Process
- 14 - Order Resetting Hearing
- 17 - EX PARTE MEMORANDUM OPINION AND ORDER GRANTING [7] Plaintiff_s Ex Parte Motion for Entry of a (1) Temporary Restraining Order
- 18 - MOTION to Extend TRO re [17] Ex Parte Order
- 19 - EX PARTE ORDER granting [18] MOTION to Extend TRO
- 21 - Proposed Preliminary Injunction Order
- 28 - Order On PI

Plaintiff's Complaint, Plaintiff's Emergency Motion for Alternative Service, TRO, and Application for Preliminary Injunction, and the Court's orders on the TRO, on the Extension of the TRO, and on the PI are also attached.

Please note that the Preliminary Injunction hearing is reset for June 24, 2024, at 10:00 a.m. at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas. Please see the document labeled "28 - Order On PI."

Should you have any questions, please feel free to contact us.

Charles


--
Charles A. Wallace
Counsel
**Scale LLP** | www.scalefirm.com
cwallace@scalefirm.com 415.735.5933

---

**7 attachments**

- 📄 **21 - Proposed Preliminary Injunction Order.pdf**
  173K

- 📄 **19 - EX PARTE ORDER granting [18] MOTION to Extend TRO (2).pdf**
  672K

- 📄 **17 - EX PARTE MEMORANDUM OPINION AND ORDER GRANTING [7] Plaintiff_s Ex Parte Motion for Entry of a (1) Temporary Restraining Order.pdf**
  762K

- 📄 **9 - EX PARTE MOTION For Alternative Service Of Process.pdf**
  785K

- 7 - EX PARTE MOTION For, And Memorandum In Support Of, Entry Of A (1) Temporary Restraining Order, (2) Expedited Discovery Order, And (3) Asset Restraining Order.pdf
  974K

- 1 - COMPLAINT against Does 1-601.pdf
  732K

- 28 - Order.pdf
  658K