EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 1 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aftsport | Trademark and Patent | 6220820 | Shield |
| 2 | Alibaba | Yiwu Lintai Import&Export Co., Ltd. | alintai | Patent | | |
| 3 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aofit | Patent | | |
| 4 | Alibaba | Shenzhen Baibaikang Technology Co., Ltd. | baibaikang | Patent | | |
| 5 | Alibaba | Beijing Bid Ace Co., Ltd. | bdac | Trademark and Patent | 6220820 | Shield |
| 6 | Alibaba | Yiwu Chic Seeker Accessories Co., Ltd. | chicseeker | Patent | | |
| 7 | Alibaba | Yangzhou Runtong International Trading Co., Ltd. | chinaruntong | Patent | | |
| 8 | Alibaba | Fuzhou Nice Trading Co., Ltd. | cldnice | Trademark and Patent | 6220820 | Shield |
| 9 | Alibaba | Yiwu Yansheng Electronic Commerce Co., Ltd. | cn1518993080yhtt | Trademark and Patent | 6220820 | Shield |
| 10 | Alibaba | Yangzhou Trensh Sports Products Factory | cncsty | Trademark and Patent | 6220820 | Shield |
| 11 | Alibaba | Shenzhen Fengyuan Foreign Trade Co., Ltd. | cnfengyuan | Trademark and Patent | 6220820 | Shield |
| 12 | Alibaba | Yiwu Haigu Trading Co., Ltd. | cnhai | Trademark and Patent | 6220820 | Shield, Sheied |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 13 | Alibaba | Yiwu Liangao Electronic Commerce Co., Ltd. | cnliangao | Trademark and Patent | 6220820 | Shields |
| 14 | Alibaba | Dongguan No. 8 Footwear Co., Ltd. | dgbahao | Trademark and Patent | 4686931, 6220820 | Shield, Shield Sneakers, Sheied |
| 15 | Alibaba | Dongguan Fanling E-Commerce Co., Ltd. | dgfanling | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield, Sheied |
| 16 | Alibaba | Dongguan Jiuhui Industrial Limited | dgjiuhui | Trademark and Patent | 6220820 | Shield |
| 17 | Alibaba | DONGGUAN L&N SHOE MATERIAL CO.,LTD | dglinuo | Trademark and Patent | 4686931, 6220820 | Shield, Sneakers Shield |
| 18 | Alibaba | Ningbo Beiduoen Health Tech. Co., Ltd. | doublegrace | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 19 | Alibaba | Suzhou Dreamcolor Scientic Protecting Co., Ltd. | dreamscience | Trademark and Patent | 6220820 | Shield, Shields |
| 20 | Alibaba | Suzhou Dreamcolor Textile Co., Ltd. | dreamtex | Trademark and Patent | 6220820 | Shield, Shields |
| 21 | Alibaba | Ningbo Finer Medical Instruments Co., Ltd. | finermed | Patent | | |
| 22 | Alibaba | Dongguan Ucom Info Tech Co., Ltd. | footinsoles | Trademark and Patent | 4686931 | Sneaker Shields |
| 23 | Alibaba | Shenzhen Glory Line Co., Ltd. | gloryline | Trademark and Patent | 6220820 | Shield, Shields |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 24 | Alibaba | Guangzhou Ynuo Technology Co., Ltd. | guangzhouynuo | Trademark and Patent | 6220820 | Shield |
| 25 | Alibaba | Guangzhou Linke International Trade Co., Ltd. | gzlinke | Trademark and Patent | 6220820 | Shield |
| 26 | Alibaba | Yiwu Haohao Import And Export Co., Ltd. | haohaogroup | Trademark and Patent | 6220820 | Shield |
| 27 | Alibaba | Wuhan Chaoxing Century Shoe And Clothing Development Co., Ltd. | hbcxsj | Trademark and Patent | 6220820 | Shields, Shield |
| 28 | Alibaba | Dongguan City Everhealth Industrial Co., Ltd. | healthycare | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 29 | Alibaba | Henan Bangni Biological Engineering Co., Ltd. | hnbangni | Trademark and Patent | 6220820 | Shield |
| 30 | Alibaba | Wenzhou Holdapple Technology Co., Ltd. | holdapple | Trademark and Patent | 6220820 | Shield, Shields |
| 31 | Alibaba | Ningbo Dericsson Smart Technology Co., Ltd. | houseuses | Trademark and Patent | 6220820 | Shield |
| 32 | Alibaba | Xiamen Jerryfootprint Imp & Exp Co., Ltd. | jerryfootprint | Trademark and Patent | 6220820 | Shield |
| 33 | Alibaba | Dongguan Jianhui Shoes Co., Ltd. | jianhuishoes | Trademark and Patent | 4686931, 6220820 | Shield, Sneakers Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 34 | Alibaba | Guangzhou Keenfull Commodity Co., Limited | keenfull | Trademark | 4686931 | Sneaker Shield |
| 35 | Alibaba | Yiwu Kejia Import And Export Co., Ltd. | kejiacompany | Trademark and Patent | 6220820 | Shield |
| 36 | Alibaba | Guangzhou blue shark trading co. LTD | lanshatrading | Patent | | |
| 37 | Alibaba | Shenzhen Lindsay Technology Co., Ltd. | linxi | Trademark and Patent | 4686931 | Sneaker Shields |
| 38 | Alibaba | Yangzhou Maxlife Industry Co., Ltd. | maxlife | Trademark and Patent | 6220820 | Shields, Shield |
| 39 | Alibaba | Hebei Melenlt Trade Co., Ltd. | melenlt | Trademark and Patent | 6220820 | Shield |
| 40 | Alibaba | Multi-Resource Industries Company Limited (Nanjing) | multi-resource | Patent | | |
| 41 | Alibaba | Ningbo Mooyee International Trade Co., Ltd | nbmooyee | Trademark and Patent | 6220820 | Shield |
| 42 | Alibaba | Shenzhen New Greatwall Technology Co., Ltd. | newgreatwall | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 43 | Alibaba | Tangshan Olian Technology Co., Ltd. | olian | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield |
| 44 | Alibaba | Wenzhou Olivashow Art Co., Ltd. | olivashow | Trademark and Patent | 4686931 | Sneaker Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|-------|-------------|---------------|-------------|-----------------|-------------|--------------------------------------|
| 45 | Alibaba | Qinhuangdao Fortune International Trade Co., Ltd. | qhdfortune | Patent | | |
| 46 | Alibaba | Yiwu Jingfeng Trading Co. Ltd | qixtrade | Trademark and Patent | 6220820 | Shield, Sheied |
| 47 | Alibaba | Sichuan Machinery Import & Export Corp. | sc-shoebase | Trademark and Patent | 6220820 | Shield |
| 48 | Alibaba | Taizhou Shuyuan Industry And Trade Co., Ltd. | shuyuanfactory | Trademark and Patent | 4686931, 6220820 | Shield, Shields, Sneaker Shield |
| 49 | Alibaba | Sijun (Hangzhou) Commerce Co., Ltd. | sjcommerce | Trademark and Patent | 4686931, 6220820 | Sneaker shields, shields |
| 50 | Alibaba | Hangzhou Smile Home Deco Co., Ltd. | smilespace | Trademark and Patent | 6220820 | Shields |
| 51 | Alibaba | Shenzhen Bestry International Trade Co.,Ltd. | szbestry | Trademark and Patent | 6220820 | Shiel, Sheied, Shield |
| 52 | Alibaba | Shenzhen GDS Technology Co., Ltd. | szgds | Trademark and Patent | 4686931 | Sneaker Shields |
| 53 | Alibaba | Shenzhen Huacheng Mingzhu Technology Co., Ltd. | szhcmz | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, Shields |
| 54 | Alibaba | Guangdong Tajian Sports Goods Co., Ltd | triplebestsports | Trademark and Patent | 6220820 | Shields |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 55 | Alibaba | Haining Twowell Daily Commodity Co., Ltd. | twowell1 | Trademark and Patent | 6220820 | Shield, Shields |
| 56 | Alibaba | Huizhou Umyidea Silicone Rubber Ware Co., Ltd. | umyidea | Patent | | |
| 57 | Alibaba | Wuhan Utlife Technology Co., Ltd. | utlife | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, sneaker shoe shield |
| 58 | Alibaba | Yiwu Via Commodity Co., Ltd. | viapromo | Patent | | |
| 59 | Alibaba | Suzhou Weijin Optoelectronic Technology Co., Ltd. | weijin888 | Trademark and Patent | 6220820 | Shield, Shields |
| 60 | Alibaba | Guangzhou Yifan Technology Co., Ltd. | wvk | Trademark and Patent | 4686931, 6220820 | Sheied, Shield, Shield Sneakers |
| 61 | Alibaba | Wenzhou Aven Trading Co., Ltd. | wzaventrade | Trademark and Patent | 6220820 | Sheild |
| 62 | Alibaba | Shenzhen Ximeiqi E-Commerce Trade Co., Ltd. | ximeiqi | Trademark and Patent | 6220820 | Shield |
| 63 | Alibaba | Liuzhou Yiweisi Houseware Co., Ltd. | yiweisi | Trademark and Patent | 6220820 | Shield, Shied |
| 64 | Alibaba | Dongyang Miaowei Trade | yiwumiaowei | Trademark and Patent | 6220820 | Shield |
| 65 | Alibaba | Yiwu Tucheng Outdoor Products Co., Ltd. | yiwutucheng | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shied, Shield, Shields |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 66 | Alibaba | Shijiazhuang Yumi Imp. & Exp. Co., Ltd. | ymjck | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 67 | Alibaba | Xi'an Explution Tech Co., Ltd. | ypshengwu | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 68 | Alibaba | Hangzhou Yuming Garment Accessories Co., Ltd. | yumingchina | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 69 | Alibaba | Hangzhou Yuming Garment Accessories Co., Ltd. | yumingchina2 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 70 | Alibaba | Dongguan Zhiguo New Material Technology Co., Ltd. | zgtech | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 71 | Alibaba | Shenzhen Longgang Yunna E-Commerce Firm | zgwinner | Trademark and Patent | 6220820 | Shield |
| 72 | Alibaba | Suzhou Zoetic Fitness Textile Co., Ltd. | zoetictex | Trademark and Patent | 6220820 | Shield, Shields |
| 73 | Alibaba | Dongguan Zesheng Technology Co., Ltd. | zsfoot | Trademark and Patent | 6220820 | Shields, Shield |
| 75 | Aliexpress | Unique Care Store | 1100628628 | Trademark and Patent | 6220820 | Shields, Shield |
| 76 | Aliexpress | Universal A Store | 1101208635 | Trademark and Patent | 4686931, 6220820 | Shield, Sneakers Shield |
| 77 | Aliexpress | Soumit Official Store | 1101225190 | Trademark and Patent | 6220820 | Shield |
| 78 | Aliexpress | tilusero Shoelace Store | 1101265800 | Trademark and Patent | 6220820 | Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 79 | Aliexpress | Ieyou Official Store | 1101267811 | Trademark and Patent | 6220820 | Shields, Shield |
| 80 | Aliexpress | ZXY SHOELACE Store | 1101286502 | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield |
| 81 | Aliexpress | YuanXiangZhu NO.8 Shoe Store | 1101289376 | Trademark and Patent | 6220820 | Shield |
| 82 | Aliexpress | GDZHLbag Official Store | 1101298700 | Trademark and Patent | 6220820 | Shields, Shield |
| 83 | Aliexpress | Demine Official Store | 1101299747 | Trademark and Patent | 6220820 | Shield |
| 84 | Aliexpress | Z-S Store | 1101300620 | Trademark and Patent | 4686931, 6220820 | Shield, Sheied, Shield Sneakers |
| 85 | Aliexpress | Zshare Store | 1101317558 | Trademark and Patent | 4686931, 6220820 | Shield, Sheied, Shield Sneakers |
| 86 | Aliexpress | Qcotta factory Store | 1101319979 | Trademark and Patent | 6220820 | Shields, Shield |
| 87 | Aliexpress | tilusero Official Store | 1101325620 | Trademark and Patent | 6220820 | Shield |
| 88 | Aliexpress | AAAAAAbeautiful enchantment Store | 1101326305 | Trademark and Patent | 6220820 | Shield |
| 89 | Aliexpress | SMATLELF Store | 1101330339 | Trademark and Patent | 4686931, 6220820 | Shield, Sheied, Shield Sneakers |
| 90 | Aliexpress | Magical product Store | 1101347425 | Trademark and Patent | 4686931, 6220820 | Shields, Sneaker Shield, Sneaker Shields |
| 91 | Aliexpress | Shop5253194 Store | 1101352888 | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield |
| 92 | Aliexpress | xxin Store | 1101355543 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shields |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 93 | Aliexpress | Shopping in your Store | 1101364806 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Sneakers Shield, Shield |
| 94 | Aliexpress | Machalon-Sports Store | 1101376391 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, Shield Sneaker |
| 95 | Aliexpress | My Simple Life Store | 1101379041 | Trademark and Patent | 6220820 | Shield, Shields, shile |
| 96 | Aliexpress | XIZOU Store | 1101379977 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 97 | Aliexpress | Foot Master Official Store | 1101383266 | Trademark and Patent | 6220820 | Shield |
| 98 | Aliexpress | Bangnipad Official Store | 1101385551 | Patent | | |
| 99 | Aliexpress | THREEMAGI Official Store | 1101388020 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 100 | Aliexpress | Red Tun shoelaces Store | 1101400972 | Trademark and Patent | 6220820 | Shield |
| 101 | Aliexpress | Sunvo Official Store | 1101423510 | Patent | | |
| 102 | Aliexpress | Hnbangni Store | 1101442191 | Patent | | |
| 103 | Aliexpress | SMATLELF Shoe accessories Store | 1101456071 | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield, Sheied |
| 104 | Aliexpress | Geetes Store | 1101461145 | Trademark and Patent | 6220820 | Shield |
| 105 | Aliexpress | YiFrancais Store | 1101485968 | Trademark and Patent | 6220820 | Shields, Shield |
| 106 | Aliexpress | AAF1980S Store | 1101519320 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, Sheied, Shields, Shield Sneaker |
| 107 | Aliexpress | Shop9105643 68 Store | 1101546639 | Trademark | 6220820 | Shields |
| 108 | Aliexpress | wvk9116623 Store | 1101670138 | Trademark and Patent | 6220820 | Sheied, Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 109 | Aliexpress | Personalized shoelaces Store | 1101675633 | Trademark and Patent | 6220820 | Shield |
| 110 | Aliexpress | 7 TALK Store | 1101702784 | Patent | | |
| 111 | Aliexpress | Little stars 80 Store | 1101742858 | Trademark and Patent | 6220820 | Shield |
| 112 | Aliexpress | Shoe Accessories 001 Store | 1101755852 | Trademark and Patent | 6220820 | Shield |
| 113 | Aliexpress | NAFOING Store | 1101801584 | Trademark and Patent | 6220820 | Shield |
| 114 | Aliexpress | Healfii Store | 1101922350 | Trademark and Patent | 4686931, 6220820 | Sneakers Shield, Shield |
| 115 | Aliexpress | Apes Da da da Store | 1101940478 | Patent | | |
| 116 | Aliexpress | Hongfu Danmei Store | 1101952045 | Patent | | |
| 117 | Aliexpress | NAFOING Official Store | 1102018169 | Trademark and Patent | 6220820 | Shields, Shield, Shiel |
| 118 | Aliexpress | Soumit Store | 1102088111 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 119 | Aliexpress | BMZ-H22 Store Store | 1102089582 | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Sneaker Shields , Shield |
| 120 | Aliexpress | Shop1102123 058 Store | 1102122060 | Patent | | |
| 121 | Aliexpress | 77 shoe accessories Store | 1102141016 | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield, Shields, Sheied |
| 122 | Aliexpress | Shop1102161 433 Store | 1102154396 | Trademark and Patent | 6220820 | Shield, Sheied |
| 123 | Aliexpress | NIUNIU Treasure Chest Store | 1102156376 | Trademark and Patent | 6220820 | Shield |
| 124 | Aliexpress | YTOOBOYZ Insole Official Store | 1102187194 | Trademark and Patent | 6220820 | Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 125 | Aliexpress | Elino Store | 1102193192 | Trademark and Patent | 6220820 | Shield |
| 126 | Aliexpress | I Awesome Show Store | 1102365071 | Trademark and Patent | 6220820 | Shields, Shield |
| 127 | Amazon | dafmo | A10LQA1O9U7I0F | Trademark and Patent | 6220820 | Shield |
| 128 | Amazon | Hauoxin9 | A117HFZGRFEA5Y | Trademark | 6220820 | Shield |
| 129 | Amazon | Topikyus | A11QC3UZOE1AY7 | Trademark | 6220820 | Shield |
| 130 | Amazon | Lurozer | A12X37CM0HJKNB | Trademark | 6220820 | Shield |
| 131 | Amazon | Liao Bin | A14SI8SX4SGBM7 | Trademark and Patent | 4686931 | Sneak Shield |
| 132 | Amazon | filwahgo store | A16Y9NHVUWVQ9U | Patent | | |
| 133 | Amazon | QCBB | A18JMZ5UXSWLGM | Trademark and Patent | 6220820 | Shiedis, Shield |
| 134 | Amazon | YCxiaokou | A1A5L1SK4GSCQ8 | Patent | | |
| 135 | Amazon | Aduksa | A1B5O7FZSJEBCP | Trademark and Patent | 6220820 | Shield |
| 136 | Amazon | Tannish | A1C4M9YS5KOIK | Trademark and Patent | 6220820 | Shield |
| 137 | Amazon | GOPECH | A1CFV4WK9OGZVJ | Trademark and Patent | 4686931 | Sneaker Shield |
| 138 | Amazon | MINLILI | A1DK736UFIT6DZ | Patent | | |
| 139 | Amazon | LiuXiaoLi-A | A1DRL61247HP6I | Trademark and Patent | 6220820 | Shield |
| 142 | Amazon | VIUJUH | A1GW8Y8AHADPVU | Trademark and Patent | 6220820 | Shield |
| 143 | Amazon | NgocThanh_01 | A1K5RSIMOR4PBN | Trademark and Patent | 6220820 | Shield |
| 144 | Amazon | twentyfour | A1L8H4MRBFM70Q | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 145 | Amazon | Fmangbl | A1LK09X8CDXE2D | Trademark and Patent | 6220820 | Shield |
| 146 | Amazon | CHORHA Direct | A1MDFHXHG779GQ | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 147 | Amazon | RONNY FUANG | A1MIAY99UUDIMS | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields, Shield |
| 150 | Amazon | +PROVEN | A1P956GFP64QI | Trademark and Patent | 6220820 | Sheied |
| 153 | Amazon | Tamoo Direct | A1VHYVQ5BJV75J | Trademark and Patent | 6220820 | Shield, Shields |
| 157 | Amazon | RoiLin | A224R22YUJXB7O | Patent | | |
| 158 | Amazon | OLLZ | A22U7PJEEU0B4R | Patent | | |
| 159 | Amazon | damingong | A2398LXTTYMD9N | Trademark and Patent | 4686931, 6220820 | Shields, Shield, shields, Sneaker Shields |
| 160 | Amazon | LEPILOBULL | A246BN2SD9N2LN | Trademark and Patent | 6220820 | Shield |
| 161 | Amazon | lihongchun | A24OFVBGDMWHQ9 | Trademark and Patent | 6220820 | Shield, Sheied |
| 162 | Amazon | Mseinope-US | A26J91951MHPDV | Trademark | 4686931, 6220820 | Shield, Sneaker Shield |
| 164 | Amazon | QIRRUN | A295CKXBL3FUSY | Trademark and Patent | 6220820 | Shield |
| 165 | Amazon | YTHREE | A2CT7ZRTL6D4N2 | Trademark and Patent | 6220820 | Shields |
| 166 | Amazon | PeyNam | A2DJP67UEWU7P5 | Trademark and Patent | 6220820 | Shield |
| 169 | Amazon | Ruixidz | A2FDEOT4ZVMZIU | Patent | | |
| 170 | Amazon | Paloya | A2FVA2818TE4IM | Trademark and Patent | 6220820 | Shield, Shields |
| 171 | Amazon | GEWU Top Select US | A2H9ZDV74FEDB8 | Trademark and Patent | 6220820 | Shield, Shields |
| 172 | Amazon | StickerDeen | A2HCP0F195YKHR | Trademark and Patent | 4686931, 6220820 | Sneaker shield, Shield, Shields |
| 174 | Amazon | MZ_YH US | A2I92VIH6LULYK | Patent | | |
| 175 | Amazon | jiansen | A2K955B81HRQ00 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 176 | Amazon | bibigood | A2KFJ62S05F1TX | Trademark and Patent | 6220820 | Shield, Shields |
| 177 | Amazon | ZhangXueQian888 | A2LXZH3OEB815M | Trademark and Patent | 6220820 | Shields, Shield |
| 180 | Amazon | DGambition | A2QCVNL05LKPHV | Trademark and Patent | 6220820 | Shield |
| 181 | Amazon | WAJJ | A2R9IRG1L68IYM | Trademark and Patent | 6220820 | Shields, Shield |
| 182 | Amazon | Tootwo | A2RD8LO3YWVFP4 | Trademark and Patent | 6220820 | Shield, Sheied |
| 183 | Amazon | Alucy | A2RQ6HTGK3GVOS | Trademark | 6220820 | Shield |
| 185 | Amazon | ZEPOHCK | A2VY31W3BI8LM6 | Trademark and Patent | 6220820 | Shields |
| 188 | Amazon | IRRIDF | A2YNMBW0I9Q405 | Trademark and Patent | 6220820 | Shield |
| 189 | Amazon | yonzhen | A30XSVBONICD9V | Patent | | |
| 192 | Amazon | Hang Tat Insole | A33FZVGQUHRX2V | Trademark | 4686931, 6220820 | Sneaker Shield, Shield |
| 193 | Amazon | BENAYO | A33JFLBQ4CGL9Z | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 194 | Amazon | LiMi-ngYu | A33NGI3XUB096C | Patent | | |
| 196 | Amazon | Zeoo | A364RDEYR1KAU3 | Trademark | 6220820 | Shield |
| 197 | Amazon | ARESTECH | A369MC729QS4E7 | Trademark and Patent | 6220820 | Shield |
| 198 | Amazon | GuoJinXin11 | A372UZ7Y6ZM6K8 | Trademark and Patent | 4686931, 6220820 | Sneaker Universal Shield, Shield |
| 199 | Amazon | AILIKESE | A373X3A1IXNDGP | Patent | | |
| 200 | Amazon | zjchao123 | A388EF2JRGUUQ3 | Trademark | 4686931, 6220820 | Sneaker Shield, Shield |
| 201 | Amazon | Changxing Shop | A3982RDRMNYSEB | Patent | | |
| 203 | Amazon | Nox Co., Ltd | A39X5Q03LG4Z2B | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 204 | Amazon | Correct Position of Foot | A3DLZCNYKVOPAP | Trademark and Patent | 4686931 | Sneaker Shields |
| 209 | Amazon | Glue Family | A3GZL3U9PG4WGZ | Trademark and Patent | 6220820 | Shield |
| 210 | Amazon | DSWTOPUS | A3HN9PB7O63Y58 | Patent | | |
| 211 | Amazon | CREEHIN | A3I7UFYXCN8BG6 | Trademark and Patent | 6220820 | Shield |
| 212 | Amazon | Annadue20 | A3IMD0HXXX2GH0 | Trademark | 6220820 | Shield |
| 213 | Amazon | vaceci | A3K8XH5T9X351N | Trademark and Patent | 6220820 | Shields |
| 215 | Amazon | Haedaxua-US | A3LTVNMHACXUXQ | Trademark | 6220820 | Shield |
| 216 | Amazon | WELOVE6979 | A3MOCZLDIHTN68 | Patent | | |
| 217 | Amazon | Meides | A3P2QD4ZWQPXH3 | Trademark | 6220820 | Shield |
| 218 | Amazon | Wilcomft | A3QVH9O60GRXWE | Patent | | |
| 220 | Amazon | Improv Store Ltd | A3UE9HDZFWOS4Q | Trademark and Patent | 6220820 | Shields, Shield |
| 221 | Amazon | Margo D | A3VUNRK0TXR1PM | Patent | | |
| 222 | Amazon | Berisad-US | A3X5UMY35BG6 | Trademark | 6220820 | Shield |
| 223 | Amazon | YUYININI | A5T35VKIPN815 | Patent | | |
| 226 | Amazon | hexuemeidemeiguodian | A7NV8W348YNEZ | Trademark and Patent | 6220820 | Shield |
| 227 | Amazon | Superfly Commerce Ltd | A94QAWXNMFW5S | Patent | | |
| 230 | Amazon | qingkucun | A9POLGMCZWGSD | Trademark | 6220820 | Shields, Shield |
| 233 | Amazon | WuYanlv | ACU7V7L8UYWZR | Patent | | |
| 235 | Amazon | lingshidianzi | ADN989JHT1IXG | Trademark and Patent | 4686931, 6220820 | Sneak Shield, Shield |
| 236 | Amazon | YADADA Nail Art | ADS9QULBYRVHY | Trademark and Patent | 6220820 | Shield |
| 237 | Amazon | Smartpoppy | AF2GTG7DS9USU | Trademark and Patent | 6220820 | Shields, Shield |
| 240 | Amazon | SHOPFORYOU | AM36G5QAB5HUP | Patent | | |
| 242 | Amazon | Btbtuu | ANGS0Y59X98FG | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 245 | Amazon | ZIXI2-US | ARFRIIRKW3OOP | Trademark | 4686931 | Sneaker Shield |
| 247 | Amazon | FEILONG123 | AS5L64CID66JN | Trademark and Patent | 6220820 | Shield |
| 249 | Amazon | Nitrip | AXKP3JTT4K7DQ | Trademark | 6220820 | Shield |
| 250 | Amazon | ERGOfoot | AYCQGTR4WNN64 | Trademark and Patent | 6220820 | Shields, Shield |
| 251 | Amazon | Meya Online | AYGRJJKJ5QYSN | Patent | | |
| 252 | Bonanza | gakporong | gakporong | Trademark and Patent | 4686931 | Shield Sneakers |
| 253 | Bonanza | xsamsud_in | xsamsud_in | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield |
| 254 | CJDropshipping | KTATMARKETING | 1.43296E+18 | Trademark and Patent | 6220820 | Shield |
| 255 | CJDropshipping | Heyang Industrial Co., Ltd | Heyang-Industrial | Trademark and Patent | 4686931, 6220820 | Sneaker shields, Shield, Anti-sub-shield |
| 256 | DHgate | gqfs_seller Store | 17121401 | Patent | | |
| 257 | DHgate | quan05 Store | 21401643 | Trademark and Patent | 6220820 | Shield |
| 258 | DHgate | quan06 Store | 21401644 | Patent | | |
| 259 | DHgate | springfang Store | 21500023 | Trademark and Patent | 6220820 | Shield |
| 260 | DHgate | hairclippers2011 Store | 21520533 | Patent | | |
| 261 | DHgate | lonyee Store | 21596681 | Trademark and Patent | 6220820 | Shield |
| 262 | DHgate | bdebag Store | 21610752 | Trademark and Patent | 6220820 | Shield |
| 263 | DHgate | likefire Store | 21616147 | Trademark and Patent | 6220820 | Shield |
| 264 | DHgate | youngstore06 Store | 21697479 | Patent | | |
| 265 | DHgate | papahoney Store | 21711491 | Patent | | |
| 266 | DHgate | bebebus Store | 21711494 | Patent | | |
| 267 | DHgate | yoursbuy Store | 21711504 | Patent | | |
| 268 | DHgate | croccharmshop Store | 21806732 | Trademark and Patent | 6220820 | Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 269 | DHgate | omkc Store | 21818476 | Trademark and Patent | 6220820 | Shield |
| 270 | DHgate | nmmn Store | 21818499 | Trademark and Patent | 6220820 | Shield |
| 271 | DHgate | ymm1 Store | 21818534 | Trademark and Patent | 6220820 | Shield |
| 272 | DHgate | dcvu Store | 21818558 | Trademark and Patent | 6220820 | Shield |
| 273 | DHgate | qvgq Store | 21818670 | Trademark and Patent | 6220820 | Shield |
| 274 | DHgate | dwyp Store | 21818678 | Trademark and Patent | 6220820 | Shield |
| 275 | DHgate | uwfk Store | 21818991 | Trademark and Patent | 6220820 | Shield |
| 276 | DHgate | aeex Store | 21818992 | Trademark and Patent | 6220820 | Shield |
| 277 | DHgate | netm Store | 21819147 | Trademark and Patent | 6220820 | Shield |
| 278 | DHgate | hsbl Store | 21819197 | Trademark and Patent | 6220820 | Shield |
| 279 | DHgate | pm8c Store | 21819260 | Trademark and Patent | 6220820 | Shield |
| 280 | DHgate | croccharmsletter Store | 21820447 | Trademark and Patent | 6220820 | Shield |
| 281 | DHgate | lfyshoebag Store | 21845027 | Trademark and Patent | 6220820 | Shield |
| 282 | DHgate | myccharm Store | 21845033 | Trademark and Patent | 6220820 | Shield |
| 283 | eBay | *this*is*a*lucky*store* | *this*is*a*lucky*store* | Trademark and Patent | 4686931 | Shield Sneaker |
| 284 | eBay | 2015idrosa | 2015idrosa | Patent | | |
| 285 | eBay | abaz-6123 | abaz-6123 | Patent | | |
| 286 | eBay | accessories_mall | accessories_mall | Trademark | 4686931 | Sneaker Shield |
| 287 | eBay | aeangg0 | aeangg0 | Patent | | |
| 288 | eBay | agpujiar-0 | agpujiar-0 | Patent | | |
| 289 | eBay | aiska-47 | aiska-47 | Patent | | |
| 290 | eBay | alhmohamedalh_0 | alhmohamedalh_0 | Trademark and Patent | 6220820 | Shield |
| 291 | eBay | aliza8 | aliza8 | Trademark and Patent | 6220820 | Shield, Shields |
| 292 | eBay | ang1911 | ang1911 | Trademark and Patent | 4686931 | Shield Sneaker |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 293 | eBay | arja-9046 | arja-9046 | Patent | | |
| 294 | eBay | aryabmuham | aryabmuham | Trademark and Patent | 6220820 | Shield |
| 295 | eBay | ashalic67 | ashalic67 | Trademark and Patent | 6220820 | Shield |
| 296 | eBay | autobuycentre | autobuycentre | Trademark | 4686931 | Sneaker Shield |
| 297 | eBay | aymroom | aymroom | Trademark and Patent | 6220820 | Shield |
| 298 | eBay | bag_bag321 | bag_bag321 | Trademark and Patent | 6220820 | Shield |
| 299 | eBay | bahbe-0 | bahbe-0 | Trademark | 6220820 | Shield, Shields |
| 300 | eBay | bakgun_57 | bakgun_57 | Trademark and Patent | 6220820 | Shield, Shields |
| 301 | eBay | ball_ball | ball_ball | Trademark and Patent | 6220820 | Shield |
| 302 | eBay | banny_ban | banny_ban | Trademark and Patent | 6220820 | Shield |
| 303 | eBay | bayuvtriy0 | bayuvtriy0 | Trademark | 6220820 | Shields, Shield |
| 304 | eBay | berkahselalu | berkahselalu | Patent | | |
| 305 | eBay | besandote | besandote | Trademark | 6220820 | Shield |
| 306 | eBay | bimnat_0 | bimnat_0 | Trademark and Patent | 4686931 | Sneaker Shield |
| 307 | eBay | bin.erp | bin.erp | Trademark and Patent | 6220820 | Shield |
| 308 | eBay | buckerscrafts-1 | buckerscrafts-1 | Patent | | |
| 309 | eBay | carfavorite | carfavorite | Trademark | 4686931 | Sneaker Shield |
| 310 | eBay | chadbb | chadbb | Trademark and Patent | 6220820 | Shield |
| 311 | eBay | chun_tian | chun_tian | Trademark and Patent | 6220820 | Shield |
| 312 | eBay | cifbuy_it | cifbuy_it | Trademark and Patent | 6220820 | Shield |
| 313 | eBay | condor.deals | condor.deals | Trademark and Patent | 6220820 | Shield |
| 314 | eBay | crymeaskin | crymeaskin | Trademark | 4686931 | Sneaker Shield |
| 315 | eBay | da1xiong | da1xiong | Trademark | 6220820 | Shield, Shields |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 316 | eBay | danceke01 | danceke01 | Trademark and Patent | 6220820 | Shield, Shields |
| 317 | eBay | de_good_deal | de_good_deal | Trademark | 4686931 | Sneaker Shield |
| 318 | eBay | dealparty360 | dealparty360 | Trademark | 4686931 | Sneaker Shield |
| 319 | eBay | defann32r | defann32r | Patent | | |
| 320 | eBay | demetstesteph | demetstesteph | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield, Shields |
| 321 | eBay | didarm_91 | didarm_91 | Trademark and Patent | 6220820 | Shield, Shiedis |
| 322 | eBay | dirt-n-dunes | dirt-n-dunes | Trademark and Patent | 6220820 | Shield |
| 323 | eBay | done_do | done_do | Trademark and Patent | 6220820 | Shield |
| 324 | eBay | dong_xia1 | dong_xia1 | Trademark and Patent | 6220820 | Shield |
| 326 | eBay | duerdenltd | duerdenltd | Trademark and Patent | 6220820 | Shields, Shield |
| 327 | eBay | dxntatme | dxntatme | Trademark and Patent | 4686931 | Sneaker Shield |
| 328 | eBay | easy2shop_ltd | easy2shop_ltd | Trademark and Patent | 6220820 | Shield |
| 329 | eBay | erhasi14 | erhasi14 | Patent | | |
| 330 | eBay | erivari-2530 | erivari-2530 | Patent | | |
| 331 | eBay | evievo_0 | evievo_0 | Patent | | |
| 332 | eBay | farsho-77 | farsho-77 | Patent | | |
| 333 | eBay | funda48 | funda48 | Trademark and Patent | 4686931 | Sneaker Shield |
| 334 | eBay | giftforyou777-373 | giftforyou777-373 | Trademark and Patent | 6220820 | Shield |
| 335 | eBay | goingoutofbusiness100 | goingoutofbusiness100 | Trademark and Patent | 6220820 | Shield, Shields |
| 336 | eBay | golden_closet | golden_closet | Patent | | |
| 337 | eBay | goldstore02 | goldstore02 | Trademark and Patent | 6220820 | Shield |
| 338 | eBay | gong_na | gong_na | Trademark and Patent | 6220820 | Shield |
| 339 | eBay | gozeemagic_official | gozeemagic_official | Trademark and Patent | 6220820 | Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 340 | eBay | haha555_2 | haha555_2 | Trademark and Patent | 6220820 | Shield |
| 341 | eBay | heng.shuang | heng.shuang | Trademark and Patent | 6220820 | Shield |
| 342 | eBay | herta-6115 | herta-6115 | Patent | | |
| 343 | eBay | hgfurniture2018 | hgfurniture2018 | Trademark | 4686931 | Sneaker Shield |
| 344 | eBay | hndrx.store | hndrx.store | Trademark and Patent | 4686931 | Sneaker shields |
| 345 | eBay | hua_hu | hua_hu | Trademark and Patent | 6220820 | Shield |
| 346 | eBay | hubeihsi | hubeihsi | Trademark | 4686931 | Sneaker Shield |
| 347 | eBay | huskhat_46 | huskhat_46 | Patent | | |
| 348 | eBay | id_wei | id_wei | Trademark and Patent | 6220820 | Shield |
| 349 | eBay | im_cifbuy | im_cifbuy | Trademark and Patent | 6220820 | Shield |
| 350 | eBay | in-demand2020 | in-demand2020 | Trademark and Patent | 4686931 | sneaker Shield |
| 351 | eBay | incass | incass | Patent | | |
| 352 | eBay | jg_buy_store | jg_buy_store | Trademark and Patent | 6220820 | Shields, Shield |
| 354 | eBay | jinab-26 | jinab-26 | Patent | | |
| 355 | eBay | jing_jin123 | jing_jin123 | Trademark and Patent | 6220820 | Shield |
| 356 | eBay | joey_772003 | joey_772003 | Trademark and Patent | 6220820 | Shield, Shields |
| 357 | eBay | jun_zhi1 | jun_zhi1 | Trademark and Patent | 6220820 | Shield |
| 358 | eBay | kaalmart_retail | kaalmart_retail | Patent | | |
| 359 | eBay | kapila_6 | kapila_6 | Trademark | 6220820 | Shield, Shields |
| 360 | eBay | ketan.ireng | ketan.ireng | Trademark and Patent | 6220820 | Sheied |
| 362 | eBay | lakerschampion1 | lakerschampion1 | Patent | | |
| 364 | eBay | le_ji84 | le_ji84 | Trademark | 4686931 | Sneaker Shield |
| 365 | eBay | liler_8266 | liler_8266 | Patent | | |
| 366 | eBay | mael-748 | mael-748 | Patent | | |
| 367 | eBay | megaflyers | megaflyers | Trademark | 6220820 | Shield, Shields |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 368 | eBay | miw021 | miw021 | Patent | | |
| 369 | eBay | mohaosma_2 | mohaosma_2 | Patent | | |
| 370 | eBay | myessentials66 | myessentials66 | Trademark and Patent | 6220820 | Shields, Shield |
| 371 | eBay | mylabentscool | mylabentscool | Trademark and Patent | 6220820 | Shield |
| 372 | eBay | namahe64 | namahe64 | Trademark | 6220820 | Shield, Shields |
| 373 | eBay | nasrealm | nasrealm | Trademark and Patent | 6220820 | Shield |
| 374 | eBay | neverwither2020 | neverwither2020 | Trademark and Patent | 6220820 | Shield |
| 375 | eBay | ngo-2684 | ngo-2684 | Trademark and Patent | 6220820 | Shield |
| 376 | eBay | nicelocorp | nicelocorp | Trademark and Patent | 6220820 | Shields, Shield |
| 377 | eBay | niel-19 | niel-19 | Patent | | |
| 378 | eBay | nitesda | nitesda | Trademark and Patent | 6220820 | Shield |
| 379 | eBay | oktyas0 | oktyas0 | Patent | | |
| 380 | eBay | orlya80 | orlya80 | Trademark | 6220820 | Shield, Shields |
| 381 | eBay | penghpgeorg | penghpgeorg | Patent | | |
| 382 | eBay | per_654 | per_654 | Patent | | |
| 383 | eBay | poovith-42 | poovith-42 | Patent | | |
| 384 | eBay | power_fast_sales | power_fast_sales | Trademark and Patent | 6220820 | Shield, Sheied |
| 385 | eBay | powerstores | powerstores | Trademark and Patent | 6220820 | Sheied, Shield |
| 386 | eBay | qinda2021 | qinda2021 | Patent | | |
| 387 | eBay | rachmayunp_0 | rachmayunp_0 | Patent | | |
| 388 | eBay | rachmin84 | rachmin84 | Patent | | |
| 389 | eBay | rezha_96 | rezha_96 | Trademark and Patent | 6220820 | Shield |
| 390 | eBay | rizsh-9499 | rizsh-9499 | Trademark and Patent | 6220820 | Shield |
| 391 | eBay | rotigoreng | rotigoreng | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, shield |
| 392 | eBay | shoestack.ltd | shoestack.ltd | Trademark and Patent | 6220820 | Shield, Shields |
| 393 | eBay | sholma-35 | sholma-35 | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 394 | eBay | skea-33 | skea-33 | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield, Shields |
| 396 | eBay | stand_sta | stand_sta | Trademark and Patent | 6220820 | Shield |
| 397 | eBay | successfulchoices | successfulchoices | Trademark and Patent | 6220820 | Shield, Shields |
| 398 | eBay | sumac_6840 | sumac_6840 | Patent | | |
| 399 | eBay | t_boutique | t_boutique | Patent | | |
| 400 | eBay | tangtang-2 | tangtang-2 | Trademark | 6220820 | Shields, Shield |
| 401 | eBay | teirw-32 | teirw-32 | Patent | | |
| 402 | eBay | terrelfraze_1 | terrelfraze_1 | Trademark and Patent | 6220820 | Shield |
| 403 | eBay | the-eagle-1995 | the-eagle-1995 | Trademark and Patent | 6220820 | Shield |
| 404 | eBay | thecreasepreventers | thecreasepreventers | Trademark and Patent | 6220820 | Shield, Shields |
| 405 | eBay | tree_tree | tree_tree | Trademark and Patent | 6220820 | Shield |
| 407 | eBay | tsik_36 | tsik_36 | Trademark and Patent | 4686931, 6220820 | Sneaker shields, Shield |
| 408 | eBay | two_eoe | two_eoe | Trademark and Patent | 6220820 | Shield |
| 410 | eBay | urelect0 | urelect0 | Patent | | |
| 411 | eBay | us.manufacturer | us.manufacturer | Trademark and Patent | 6220820 | Shield |
| 412 | eBay | weiga41 | weiga41 | Trademark | 6220820 | Shields, Shield |
| 413 | eBay | world_worl | world_worl | Trademark and Patent | 6220820 | Shield |
| 414 | eBay | yawa-6343 | yawa-6343 | Patent | | |
| 415 | eBay | yitan-7553 | yitan-7553 | Trademark | 4686931, 6220820 | Sneaker Shield, Shields, Shield |
| 416 | eBay | yuanmilovelife-mall | yuanmilovelife-mall | Trademark and Patent | 6220820 | Shield |
| 417 | eBay | z_hen2 | z_hen2 | Trademark and Patent | 6220820 | Shield |
| 418 | eBay | zechri_69 | zechri_69 | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 419 | eBay | zhen_hua20 | zhen_hua20 | Trademark and Patent | 6220820 | Shield |
| 420 | eBay | zhong.2025 | zhong.2025 | Trademark and Patent | 6220820 | Shield |
| 421 | eBay | zoo_tomas | zoo_tomas | Trademark and Patent | 6220820 | Shield, Shields |
| 422 | Etsy | AirCrease | AirCrease | Trademark and Patent | 6220820 | Shields |
| 423 | Etsy | EMILYGREEN ARTSTORE | EMILYGREENART STORE | Patent | | |
| 424 | Etsy | GraffitiSneaks | GraffitiSneaks | Patent | | |
| 425 | Etsy | guogiftshop | guogiftshop | Trademark and Patent | 6220820 | Shield |
| 426 | Etsy | PumpsUtopia | PumpsUtopia | Trademark and Patent | 6220820 | Shields |
| 427 | Joom | Puresugar | 60d89f5ab0dc1e8 8234e481d | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |
| 428 | Joom | Sunvo | 63ad39dc112bb3c 56f01f240 | Patent | | |
| 429 | Shein | ZHUANGYON G | 1797169792 | Trademark and Patent | 4686931 | Sneakers Support Shield |
| 430 | Shein | MEETFASHIO N SHOES | 2135220619 | Patent | | |
| 434 | Shein | MQking Shoes | 3344887344 | Trademark and Patent | 6220820 | Shield |
| 438 | Shein | QZKEYUEPS SHOES | 7669750498 | Trademark and Patent | 6220820 | Shields |
| 439 | Shein | TUB Home & Living | 7685161156 | Patent | | |
| 440 | Shein | SZnuoyafangz hou | 8697281397 | Patent | | |
| 441 | Shopify | Affortable Confience | affortable-confience.myshopif y.com | Patent | | |
| 442 | Shopify | Aftecka | aftecka.com | Patent | | |
| 443 | Shopify | AirME Shoes | airmeshoes.mysho pify.com | Patent | | |
| 444 | Shopify | ALL for SHOESS | allforaccessories.co m | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Sheied, Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 445 | Shopify | ANTICREASE GAURDS | anticreaseguards. myshopify.com | Trademark and Patent | 6220820 | Shield |
| 446 | Shopify | Creasekeep | creasekeep.com | Trademark and Patent | 4686931 | Sneaker Shields |
| 447 | Shopify | Drip By MK | dripbymk.com | Patent | | |
| 448 | Shopify | Ehidosa Sneakers | ehidosasneakers.c o.za | Patent | | |
| 449 | Shopify | ErmisClo | ermisclo.com | Patent | | |
| 450 | Shopify | GIÚTA STREETWEAR Ltd | giutastreetwear.co m | Trademark and Patent | 4686931 | Sneaker Shield |
| 451 | Shopify | High On Air | highonair.com.au | Patent | | |
| 452 | Shopify | KarlsKicks | karlskicks.com | Trademark and Patent | 4686931 | Sneaker Shields |
| 453 | Shopify | Kick Collective | kickcollective.co.uk | Patent | | |
| 454 | Shopify | lazyboysneake rz | lazyboysneakerz.c om | Patent | | |
| 455 | Shopify | LiftSolez | liftsolez.com | Trademark and Patent | 6220820 | Sheied, Shield |
| 456 | Shopify | MattB Customs | mattbcustoms.com | Patent | | |
| 457 | Shopify | Mr.DeCrease | mrdecrease.com | Patent | | |
| 458 | Shopify | Platinum Shoe Care | platinumshoecare.c om | Trademark and Patent | 4686931 | Sneaker Shields |
| 459 | Shopify | REVIVE Footwear | revivefootwear.co.u k | Patent | | |
| 460 | Shopify | SNEAKER CLINIC | sneaker-clinic.myshopify.co m | Trademark and Patent | 4686931 | Sneaker Shield |
| 461 | Shopify | Sneakers Extras | sneakerextras.com | Trademark and Patent | 4686931 | Shield Sneaker |
| 462 | Shopify | Sneaker Plaza | sneakerplaza.it | Trademark and Patent | 4686931 | Sneaker Shield |
| 463 | Shopify | Sneakers Dealers | sneakersdealerss. myshopify.com | Trademark and Patent | 6220820 | Shield |
| 464 | Shopify | THE SNEAKER LAUNDRY | thesneakerlaundry. com.au | Patent | | |
| 465 | Shopify | WONDERSNE AKERS | wonder-sneakers.com | Trademark and Patent | 6220820 | Shield |
| 466 | Shopify | bethewarranty. com | www.bethewarranty .com | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 467 | Shopify | Crep Select | www.crepselect.co.uk | Patent | | |
| 468 | Shopify | CRUIZER | www.cruizeer.com | Trademark and Patent | 4686931 | Sneaker Shield |
| 469 | Shopify | Prior | www.priorstoreofficial.com | Patent | | |
| 470 | Shopify | Superslicks India | www.superslicks.in | Patent | | |
| 471 | Shopify | True to Sole | www.truetosole.hu | Trademark and Patent | 4686931 | Sneaker Shields |
| 472 | Shopify | Wilkins | www.wilkinswalk.com | Trademark and Patent | 6220820 | Shields, Shield |
| 473 | Shopify | Zapping Sneakers | zappingsneakers.com | Trademark and Patent | 6220820 | Shield |
| 474 | Shopify | ZazaDrip | zazadrip.com | Trademark and Patent | 6220820 | Shield |
| 475 | Shopify | ZNEAKERZONE | zneakerzone.com | Patent | | |
| 476 | Temu | ASKET | asket-m-4012296609258 | Trademark and Patent | 4686931 | Sneaker Shields |
| 477 | Temu | besin | besin-m-124564669961 | Trademark and Patent | 6220820 | Shields, Shield |
| 478 | Temu | GUIBINPLAY | guibinplay-m-5308140221794 | Trademark and Patent | 6220820 | Shield |
| 479 | Temu | hellofrind | hellofrind-m-708103818731 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 480 | Temu | Home Direct | home-direct-m-6313307355650 | Trademark and Patent | 6220820 | Shield, Shields, Sheied |
| 481 | Temu | IQGD | iqgd-m-4797681176463 | Trademark and Patent | 6220820 | Shield |
| 482 | Temu | JIMITE | jimite-m-3039693209676 | Patent | | |
| 483 | Temu | Karley Shop | karley-shop-m-3879620004276 | Patent | | |
| 484 | Temu | love sunshine | love-sunshine-m-51423252077 | Trademark and Patent | 6220820 | Shield |
| 485 | Temu | LUCKYPANPAN | luckypanpan-m-5772244710862 | Trademark and Patent | 6220820 | Shield |
| 486 | Temu | Merolens | merolens-m-14099695914 | Trademark and Patent | 6220820 | Shield |
| 487 | Temu | MI SURICAT | mi-suricat-m-27788191537 | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 488 | Temu | NAFOING | nafoing-m-24680441276 | Trademark and Patent | 6220820 | Shield |
| 489 | Temu | NANM SHOP | nanm-shop-m-4479419444790 | Trademark and Patent | 6220820 | Shield |
| 490 | Temu | peideluo | peideluo-m-4987906254739 | Patent | | |
| 491 | Temu | PINK TOWN | pink-town-m-65992344585 | Patent | | |
| 492 | Temu | Preferential Kitchen | preferential-kitchen-m-134228363292 | Patent | | |
| 496 | Temu | Tao Home | tao-home-m-143438086732 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 497 | Temu | VICSPORT | vicsport-m-124648166627 | Trademark and Patent | 4686931, 6220820 | Shields, Sneaker Shield, Shield |
| 498 | Temu | YADADA beauty | yadada-beauty-m-5537839987110 | Trademark and Patent | 6220820 | Shields, Shield, Sheied |
| 499 | Temu | YADADA nail art | yadada-nail-art-m-141139939249 | Trademark and Patent | 6220820 | Shields, Shield, Sheied |
| 500 | Temu | YiMi Stroe | yimi-stroe-m-2552325907226 | Trademark and Patent | 6220820 | Shield |
| 501 | Temu | YTOOBOYZ | ytooboyz-m-4908594621820 | Trademark and Patent | 6220820 | Shield |
| 503 | Walmart | Xinlie | 101095294 | Trademark and Patent | 4686931, 6220820 | Shield, Shields, Sneaker Support Shields |
| 504 | Walmart | FUBO | 101100773 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield, Sneaker Shields |
| 505 | Walmart | Hongduoyuan | 101113044 | Trademark and Patent | 6220820 | Shield |
| 506 | Walmart | Oluk | 101113938 | Patent | | |
| 508 | Walmart | SANYES | 101123087 | Patent | | |
| 509 | Walmart | Y'Trading Co.Ltd | 101125947 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 510 | Walmart | Eastjing | 101130944 | Trademark and Patent | 6220820 | Shield |
| 511 | Walmart | Erwei Xindong Co., Ltd | 101173590 | Trademark and Patent | 6220820 | Shield, Shields |
| 513 | Walmart | Onekie | 101176357 | Patent | | |
| 514 | Walmart | XiaoHeHe Crease Protectors | 101183435 | Patent | | |
| 515 | Walmart | Fchunhe | 101186134 | Trademark and Patent | 6220820 | Shield |
| 516 | Walmart | RNAIRNI | 101191616 | Patent | | |
| 517 | Walmart | XXMAO | 101191646 | Patent | | |
| 518 | Walmart | Womingchen | 101204350 | Patent | | |
| 519 | Walmart | TAMU Co.Ltd | 101212889 | Patent | | |
| 520 | Walmart | WarmthanDeer | 101220038 | Patent | | |
| 521 | Walmart | KangMangGou.CO.ltd | 101221028 | Patent | | |
| 522 | Walmart | RUANKE Co.Ltd | 101221187 | Trademark and Patent | 6220820 | Shield, shield |
| 523 | Walmart | TIANBEN Co.Ltd | 101221194 | Patent | | |
| 524 | Walmart | AngieDD | 101229843 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shoes Shield,Shield |
| 525 | Walmart | HKH | 101230780 | Trademark and Patent | 6220820 | Shields |
| 526 | Walmart | Yijing | 101242588 | Trademark and Patent | 6220820 | Shield |
| 527 | Walmart | Jingwei Culture Media Co., Ltd. | 101245806 | Trademark and Patent | 4686931 | Sneaker Shoes Shields |
| 528 | Walmart | Xuchan Technology Co., Ltd. | 101255105 | Patent | | |
| 529 | Walmart | Hongkun Trading Co., Ltd. | 101273034 | Patent | | |
| 530 | Walmart | Xikong Trading Co., Ltd. | 101273294 | Patent | | |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 531 | Walmart | Fancy seller | 101274350 | Trademark and Patent | 4686931, 6220820 | Shields, Sneaker Shields |
| 532 | Walmart | DIANKANG Co. ltd | 101287417 | Patent | | |
| 533 | Walmart | Easy Choice | 101288144 | Patent | | |
| 534 | Walmart | EEL | 101292571 | Patent | | |
| 535 | Walmart | HZCY | 101294684 | Patent | | |
| 536 | Walmart | Heze Yuankun Co., Ltd. | 101300989 | Trademark and Patent | 6220820 | Shield |
| 537 | Walmart | Wanning Langrun Co., Ltd. | 101308552 | Trademark and Patent | 4686931, 6220820 | Sneaker Shoes Shields, Shields, Shield |
| 538 | Walmart | OMKARSY | 101314481 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shoes Shields |
| 540 | Wish | apple guo | 558c08c6e626764 000fc6baa | Patent | | |
| 541 | Wish | Laura | 5609e2ced385a30 d1d7873a7 | Trademark and Patent | 6220820 | Shield |
| 542 | Wish | leioqing | 56e12f02f4758418 77a1e899 | Trademark and Patent | 6220820 | Shields, Shield |
| 543 | Wish | clothingfront | 58188bb796585e3 dd1f4bc90 | Trademark and Patent | 6220820 | Shields |
| 544 | Wish | joeyyy | 5b076eb6c721a96 30e172601 | Trademark | 6220820 | Shield |
| 545 | Wish | WeeCannAlready | 5b600cd23652201 effba458d | Trademark | 6220820 | Shield |
| 546 | Wish | lixianyang | 5d4d25ff3db43e10 04bb70f5 | Trademark and Patent | 6220820 | Shield |
| 547 | Wish | ChangXiangYi | 5d79e2559e3dd25 87b759296 | Trademark | 6220820 | Shield |
| 548 | Wish | windee2532 | 5e1048ec7de00d0 597651ff5 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |
| 549 | Wish | Myrianyy | 5e97cbabfeee1d0 30181dc77 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |
| 550 | Wish | Sandra roblesyy | 5e97cdac0da3221 9a00eda29 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 551 | Wish | stay hurricanes | 5eba990c5210119 420ab4a78 | Patent | | |
| 552 | Wish | sniukhdxvwzyig uo | 5ed09c36c447146 7d7e75216 | Trademark and Patent | 4686931 | Sneaker Shield |
| 553 | Wish | qyangqinsd | 5f7db54d4f73fb24 8539b070 | Trademark and Patent | 6220820 | Shield, Shields |
| 554 | Wish | jjingosuda | 600aff5a739c8f04 b76a4425 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield, Shiedis |
| 555 | Wish | Lime Store | 606d5c5476bcab1 f2845493d | Patent | | |
| 556 | Wish | yaofa18 | 607fa16d8338000 20f442a06 | Trademark and Patent | 6220820 | Shield |
| 557 | Wish | wangcaili | 6087c60359ded66 d8cccee2c | Trademark and Patent | 6220820 | Shield |
| 558 | Wish | yaojinfeng | 608e3fa2d25b45c 40e0cf48a | Trademark and Patent | 6220820 | Shield |
| 559 | Wish | illdangbag | 61bef4e76428593 ba10d951a | Patent | | |
| 560 | Wish | daebagtem | 61d3c73ece08cab 6641eb548 | Patent | | |
| 561 | Joybuy | Joybuy Express Seller 1 | Seller1-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |
| 562 | Joybuy | Joybuy Express Seller 2 | Seller2-16214 | Trademark and Patent | 4686931 | Sneakers Shield |
| 563 | Joybuy | Joybuy Express Seller 3 | Seller3-16214 | Trademark | 6220820 | Shield |
| 564 | Joybuy | Joybuy Express Seller 4 | Seller4-16214 | Trademark | 6220820 | Shields |
| 565 | Joybuy | Joybuy Express Seller 5 | Seller5-16214 | Trademark and Patent | 6220820 | Shield |
| 566 | Joybuy | Joybuy Express Seller 6 | Seller6-16214 | Trademark and Patent | 6220820 | Shield |
| 567 | Joybuy | Joybuy Express Seller 7 | Seller7-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 568 | Joybuy | Joybuy Express Seller 8 | Seller8-16214 | Trademark | 6220820 | Shield |
| 569 | Joybuy | Joybuy Express Seller 9 | Seller9-16214 | Patent | | |
| 570 | Joybuy | Joybuy Express Seller 10 | Seller10-16214 | Trademark | 6220820 | Shield, Shields |
| 571 | Joybuy | Joybuy Express Seller 11 | Seller11-16214 | Trademark | 6220820 | Shield |
| 572 | Joybuy | Joybuy Express Seller 12 | Seller12-16214 | Trademark and Patent | 6220820 | Shield |
| 573 | Joybuy | Joybuy Express Seller 13 | Seller13-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |
| 574 | Joybuy | Joybuy Express Seller 14 | Seller14-16214 | Trademark and Patent | 6220820 | Shield |
| 575 | Joybuy | Joybuy Express Seller 15 | Seller15-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |
| 576 | Joybuy | Joybuy Express Seller 16 | Seller16-16214 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 577 | Joybuy | Joybuy Express Seller 17 | Seller17-16214 | Trademark and Patent | 6220820 | Shield |
| 578 | Joybuy | Joybuy Seller 1 | Seller1-18988 | Trademark and Patent | 4686931, 6220820 | SNEAKER SHIELDS, SHIELDS |
| 579 | Joybuy | Joybuy Seller 2 | Seller2-18988 | Trademark and Patent | 6220820 | Shield |
| 580 | Joybuy | Joybuy Seller 3 | Seller3-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shields |
| 581 | Joybuy | Joybuy Seller 4 | Seller4-18988 | Trademark | 6220820 | Shields |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 582 | Joybuy | Joybuy Seller 5 | Seller5-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shoes Shields, shield |
| 583 | Joybuy | Joybuy Seller 6 | Seller6-18988 | Trademark and Patent | 6220820 | Shield |
| 584 | Joybuy | Joybuy Seller 7 | Seller7-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shields |
| 585 | Joybuy | Joybuy Seller 8 | Seller8-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker Shoes Shields, sneaker shields, Shield |
| 586 | Joybuy | Joybuy Seller 9 | Seller9-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker shields, shield |
| 587 | Joybuy | Joybuy Seller 10 | Seller10-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 588 | Joybuy | Joybuy Seller 11 | Seller11-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker support shields, Sneaker Anti Crease Indentation Shoe Shields |
| 589 | Joybuy | Joybuy Seller 12 | Seller12-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker Anti Crease Indentation Shoe Shields, Shield, Sneaker Support Shields |
| 590 | Joybuy | Joybuy Seller 13 | Seller13-18988 | Trademark and Patent | 6220820 | Shield |
| 591 | Joybuy | Joybuy Seller 14 | Seller14-18988 | Trademark and Patent | 6220820 | Shield |
| 592 | Joybuy | Joybuy Seller 15 | Seller15-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker shoes shields, shield |

EXHIBIT 2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 593 | Joybuy | Joybuy Seller 16 | Seller16-18988 | Trademark | 4686931, 6220820 | Sneaker Shield, Shield |
| 594 | Joybuy | Joybuy Seller 17 | Seller17-18988 | Trademark and Patent | 6220820 | Shields |
| 595 | Joybuy | Joybuy Seller 18 | Seller18-18988 | Patent | | |
| 596 | Joybuy | Joybuy America Seller 1 | Seller1-101001636 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 597 | Joybuy | Joybuy America Seller 2 | Seller2-101001636 | Trademark | 6220820 | Shields |
| 598 | Joybuy | Joybuy Selection Seller 1 | Seller1-101087374 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 599 | Joybuy | Joybuy Fashion Seller 1 | Seller1-101118004 | Trademark and Patent | 6220820 | Shield |
| 600 | Joybuy | Joybuy Fashion Seller 2 | Seller2-101118004 | Trademark and Patent | 4686931, 6220820 | Sneaker Shoes Shields, sneaker shields, Shield |
| 601 | Joybuy | Joybuy Marketplace(U.S) Seller 1 | Seller_1-101001636 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneakers Shield, Shields, Sneaker Shoe Shields, Sneakers Shoe Shield |