EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

WEARABLE SHOE TREE LLC,

                    Plaintiff,

         v.

THE INDIVIDUALS, BUSINESS ENTITIES, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
EXHIBIT 1,

                    Defendants.

Civil Action No. 4:24-cv-334-SDJ

DECLARATION OF PAUL SIRAGUSA

I, Paul Siragusa, hereby declare the following:

1.       "My name is Paul Siragusa. I am over eighteen years of age and am legally competent to make this declaration, which is true and correct, is based on my personal knowledge, and is made voluntarily and not under duress.

2.       I am the founder and owner of Wearable Shoe Tree LLC, a Texas limited liability company ("WST"), which I formed in May 2008.

3.       I make this declaration in support of the Supplement to Plaintiff's Application for Preliminary Injunction, and all exhibits attached thereto or referenced therein (collectively, the "PI Application"), all of which I have read in their entireties. All of the information contained in the PI Motion is within my personal knowledge and is true and correct. I have come to personal knowledge of the stated facts in the PI Motion and this Declaration by virtue of my position as WST's founder and owner.

4.       The remaining Defendants in this matter that have not been dismissed can be found in the attached Exhibit A, which is a true and correct reflection of the WST intellectual property that each Defendant is alleged to have infringed. Furthermore, the attached Exhibit A can be cross-referenced with Exhibit 2 to WST's complaint, which consists of true and correct screenshots showing the Defendants in this action using, without permission, WST's trademarks and / or

EXHIBIT B

patent. Each page of Exhibit 2 to WST's complaint is also labeled to identify which Defendant corresponds to the specific screenshot.

5.      Each of the Defendants recited in the attached Exhibit A, therefore, has either infringed one or more of WST's trademarks, WST's patent, or both."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>24/06/2024</u>

Paul Siragusa (Jun 24, 2024 12:58 CDT)

Paul Siragusa