UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>    Defendants. | Civil Action No. 4:24-cv-334-SDJ |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wearable Shoe Tree LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 171: GEWU Top Select US (Amazon Merchant ID A2H9ZDV74FEDB8)

- DOE 291: aliza8 (eBay Merchant ID 1771262919)

- DOE 298: bag_bag321 (eBay Merchant ID 2346819770)

- DOE 301: ball_ball (eBay Merchant ID 2347193168)

- DOE 302: banny_ban (eBay Merchant ID 2346825061)

- DOE 307: bin.erp (eBay Merchant ID 2185642036)

- DOE 311: chun_tian (eBay Merchant ID 2346761540)

- DOE 323: done_do (eBay Merchant ID 2346770874)

- DOE 338: gong_na (eBay Merchant ID 2344716745)

- DOE 340: haha555_2 (eBay Merchant ID 2387710157)

- DOE 345: hua_hu (eBay Merchant ID 2346491256)

- DOE 348: id_wei (eBay Merchant ID 2192659267)

- DOE 355: jing_jin123 (eBay Merchant ID 2348563603)
- DOE 357: jun_zhi1 (eBay Merchant ID 2193393243)
- DOE 374: neverwither2020 (eBay Merchant ID 1110784998)
- DOE 396: stand_sta (eBay Merchant ID 2365645162)
- DOE 405: tree_tree (eBay Merchant ID 2347191968)
- DOE 408: two_eoe (eBay Merchant ID 2365632442)
- DOE 413: world_worl (eBay Merchant ID 2365637331)
- DOE 419: zhen_hua20 (eBay Merchant ID 2173599930)
- DOE 420: zhong.2025 (eBay Merchant ID 2292417075)
- DOE 439: TUB Home & Living (Shein Merchant ID 7685161156)
- DOE 440: SZnuoyafangzhou (Shein Merchant ID 8697281397)
- DOE 482: JIMITE (Temu Merchant ID jimite-m-3039693209676)
- DOE 486: Merolens (Temu Merchant ID merolens-m-14099695914)
- DOE 489: NANM SHOP (Temu Merchant ID nanm-shop-m-4479419444790)
- DOE 492: Preferential Kitchen (Temu Merchant ID preferential-kitchen-m-134228363292)

|  |  |
|---|---|
| Dated: June 28, 2024 | Respectfully submitted,<br><br>**SCALE LLP**<br><br>By: */s/ Charles A. Wallace*<br>Charles A. Wallace<br>Texas Bar No. 24110501<br>James H. Creedon<br>Texas Bar No. 24092299<br>5473 Blair Road, Suite 100<br>Dallas, Texas 75231<br>Tel.     415.735.5933<br>Fax     415.573.0983<br>cwallace@scalefirm.com<br>jcreedon@scalefirm.com<br><br>ATTORNEYS FOR PLAINTIFF<br>WEARABLE SHOE TREE LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace

3