UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

WEARABLE SHOE TREE, LLC　　　§
　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　§　　　CIVIL NO. 4:24-CV-334-SDJ
　　　　　　　　　　　　　　　§
DOES 1-601　　　　　　　　　　§

## ORDER GRANTING PRELIMINARY INJUNCTION

Before the Court is Plaintiff Wearable Shoe Tree, LLC's ("Wearable Shoe Tree") motion for entry of a preliminary injunction. (Dkt. #7). After considering the filings, evidence, and applicable law, the Court finds that the motion should be granted.

### I. BACKGROUND

Wearable Shoe Tree makes "innovative shoe care and preservation products." (Dkt. #7 at 5). Its primary product is a plastic insert designed to slip into the toe of a sneaker and prevent "creasing," called a "sneaker shield." Wearable Shoe Tree holds a patent for the plastic insert: Patent No. D970,203 S. Wearable Shoe Tree also holds three trademarks: U.S. Trademark Registration No. 4686931 for the SNEAKER SHIELDS composite mark, U.S. Trademark Registration No. 6220820 for the SHIELDS standard character mark, and U.S. Trademark Serial No. 88750733 for the SNEAKER SHIELDS standard character mark. (Dkt. #3-11).

Wearable Shoe Tree claims that Defendants, individuals and business entities likely operating in China, (Dkt. #42-1), are illegally selling products that infringe on Wearable Shoe Tree's patent and trademarks. All Defendants operate webstores on

1

various online marketplaces, such as Amazon, Alibaba, eBay, Etsy, Temu, and Wish, and offer their allegedly infringing goods for sale in the United States, including Texas.

Wearable Shoe Tree moved for a Temporary Restraining Order ("TRO"), (Dkt. #7), and motion for alternative service of process. (Dkt. #9). The Court held a hearing on May 3, 2024, and subsequently granted both motions. (Dkt. #17). The initial TRO was set to expire at 6:30 p.m. on May 21, 2024. Pursuant to Federal Rule of Civil Procedure 65, the Court approved one extension of the TRO to 6:30 p.m. on June 4, 2024. (Dkt. #18, #19). The Court also set a hearing on the entry of a Preliminary Injunction for June 3, 2024. (Dkt. #19). However, on the day of the Preliminary Injunction hearing it was unclear whether the Defendants had been properly served. Accordingly, the Preliminary Injunction hearing was reset for June 24, 2024, to allow Wearable Shoe Tree more time to identify and properly serve the Defendants. Wearable Shoe Tree has since shown that all Defendants were served via email in accordance with the Court's order on alternative service of process. (Dkt. #17); (Dkt. #40 ¶ 5); (Dkt. #40-1).[1] Defendants were permitted to file responses to Wearable Shoe Tree's motion for a TRO and Preliminary Injunction no later than June 18, 2024, and appear in person, via phone, or via video. The TRO expired as scheduled at 6:30 p.m. on June 4, 2024.

---

[1] The Fifth Circuit has approved this method of service for Preliminary Injunctions. *Whirlpool Corp. v. Shenzhen Sanlida Elec. Tech. Co., Ltd.*, 80 F.4th 536 (5th Cir. 2023), *cert. denied sub nom. Shenzen Sanlida Elec. Tech. Co., Ltd. v. Whirlpool Corp.*, 144 S. Ct. 807, 218 L. Ed. 2d 23 (2024); *see also Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1018 (9th Cir. 2002) ("[W]hen faced with an international e-business scofflaw, playing hide-and-seek with the federal court, email may be the only means of effecting service of process.").

At the scheduled hearing on June 24, 2024, Wearable Shoe Tree presented evidence in support of a Preliminary Injunction and filed supplemental briefing in support of the Preliminary Injunction. (Dkt. #42). Attorney He Cheng appeared on behalf of Defendant Does 519, 522, and 523, but did not present any evidence in opposition to Wearable Shoe Tree's motion for a Preliminary Injunction. (Dkt. #41). No other Defendant appeared at the hearing, and the Court has not received written responses from any Defendants prior to or following the hearing. Since the hearing, a number of Defendants have been voluntarily dismissed. (Dkt. #44). The complete list of active Defendants at the time of this order is attached hereto (hereinafter Table 1).

## II. LEGAL STANDARD

Preliminary injunctions are governed by Rule 65 of the Federal Rules of Civil Procedure. To obtain a preliminary injunction, a party must demonstrate, "(1) a substantial likelihood that he will prevail on the merits, (2) a substantial threat that he will suffer irreparable injury if the injunction is not granted, (3) his threatened injury outweighs the threatened harm to the party whom he seeks to enjoin, and (4) granting the preliminary injunction will not disserve the public interest." *Google, Inc. v. Hood*, 822 F.3d 212, 220 (5th Cir. 2016). "A preliminary injunction is an 'extraordinary remedy' and should only be granted if the plaintiffs have clearly carried the burden of persuasion on all four requirements." *Nichols v. Alcatel USA, Inc.*, 532 F.3d 364, 372 (5th Cir. 2008) (cleaned up). But the party "is not required to prove [its] case in full at a preliminary injunction hearing." *Fed. Sav. & Loan Ins.*

*Corp. v. Dixon*, 835 F.2d 554, 558 (5th Cir. 1987) (cleaned up). A district court has discretion to grant or deny a preliminary injunction. *See House the Homeless, Inc. v. Widnall*, 94 F.3d 176, 180 (5th Cir. 1996).

### III. DISCUSSION

#### A. Likelihood of Success on the Merits

Wearable Shoe Tree asserts three claims: (1) Trademark Infringement, (2) Unfair Competition & False Designation of Origin, and (3) Patent Infringement. The Court addresses the likelihood of success for each claim in turn.

##### i. Trademark Infringement

15 U.S.C. § 1114(1) provides the remedies for a claim of trademark infringement.[2] "A prima facie trademark infringement case is made out by proof of two elements: that the plaintiff owns a legally protected mark, and there is a likelihood of confusion between her mark and the defendant's mark." *Pennzoil-Quaker State Co. v. Miller Oil & Gas Operations*, 779 F.3d 290, 294 (5th Cir. 2015); *see also Denbra IP Holdings, LLC v. Thornton*, 521 F. Supp. 3d 677, 684 (E.D. Tex. 2021). Likelihood of confusion is determined by considering eight factors, "none of which is either necessary or sufficient." *Pennzoil-Quaker*, 779 F.3d at 294 n.9. The factors are "(1) strength of the plaintiff's mark; (2) similarity of design between the marks; (3) similarity of the products; (4) identity of retail outlets and purchasers; (5)

---

[2] 15 U.S.C. § 1114(1) states, "[a]ny person who shall, without the consent of the registrant (a) use in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive[] . . . shall be liable in a civil action by the registrant for the remedies hereinafter provided."

similarity of advertising media used; (6) the defendant's intent; (7) actual confusion; and (8) degree of care exercised by potential purchasers." *Am. Rice, Inc. v. Producers Rice Mill, Inc.*, 518 F.3d 321, 329 (5th Cir. 2008) (cleaned up).[3] A court's finding of likelihood of confusion "need not be supported even by a majority of the factors." *Id.* (cleaned up).

Wearable Shoe Tree holds three trademarks: No. 4686931 for the SNEAKER SHIELDS composite mark, No. 6220820 for the SHIELDS standard character mark, and No. 88750733 for the SNEAKER SHIELDS standard character mark. Thus, the marks are legally protected. After comparing Wearable Shoe Tree's product to each Defendant's allegedly infringing products, the Court finds that there is significant similarity between Wearable Shoe Tree's marks and the allegedly infringing products. *Compare* (Dkt. #3-2) through (Dkt. #3-10) (allegedly infringing products),[4] *with* (Dkt. #3-11) (Wearable Shoe Tree's registered trademarks), *and* (Dkt. #42-1) (list of infringing Defendants). The infringing products sold by Defendants appear to be identical to Wearable Shoe Tree's product, and many of the infringing products bear the mark "SHIELDS." *Denbra*, 521 F.Supp.3d at 687 (similarly finding that identical products are similar). Accordingly, both the "similarity of design between

---

[3] At times, the Fifth Circuit has used a seven-factor test that excludes factor eight, the degree of care exercised by potential purchasers, or vice versa. *Denbra*, 521 F.Supp.3d at 686; *Viacom Int'l v. IJR Cap. Invs., L.L.C.*, 891 F.3d 178, 192 (5th Cir. 2018).

[4] The referenced exhibits correlate to the Defendants identified in Table 1 and products being advertised and apparently sold by each Defendant that likely infringe on Wearable Shoe Tree's patent, constitute a trademark violation, and/or otherwise show unfair competition.

the marks" and "similarity of the products" factors weigh strongly in favor of entry of a Preliminary Injunction.

Both the infringing products and Wearable Shoe Tree's product are offered for sale on various online marketplaces and likely target the same consumers. Further, the advertising media used by Wearable Shoe Tree and Defendants is very similar: Wearable Shoe Tree's website shows photos of various sneakers with and without the plastic insert. (Dkt. #3-12). So too do many of Defendants' online listings. (Dkt. #3-2) through (Dkt. #3-10); *Denbra*, 521 F.Supp.3d at 687 ("The greater the similarity in the [advertising] campaigns, the greater the likelihood of confusion." (quoting *Streamline Prod. Sys., Inc. v. Streamline Mfg., Inc.*, 851 F.3d 440, 455 (5th Cir. 2017))). Thus, the "identity of retail outlets and purchasers" and "similarity of advertising media used" weigh in favor of a Preliminary Injunction.

Wearable Shoe Tree's sales have decreased 30% in the last year, which it attributes to the sale of infringing products online. (Dkt. #7-2 at 3). This, coupled with the low cost of the product, suggests that there is "actual confusion" and a low "degree of care exercised by potential purchasers." *Bd. of Supervisors for Louisiana State Univ. Agric. & Mech. Coll. v. Smack Apparel Co.*, 550 F.3d 465, 483 (5th Cir. 2008) ("Where items are relatively inexpensive, a buyer may take less care in selecting the item, thereby increasing the risk of confusion.").

Considering all these factors, the Court finds that Wearable Shoe Tree's patents and trademarks are legally protected and there is a likelihood of confusion between Plaintiff's product and Defendants' infringing products. Wearable Shoe Tree

has thus established a likelihood of success on the merits for its claim of Trademark Infringement.

### ii. Unfair Competition & False Designation of Origin

The test for a violation of 15 U.S.C. § 1125(a) is "whether the public is likely to be deceived or confused by the similarity of the marks." *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 780, 112 S.Ct. 2753, 120 L.Ed. 2d 615 (1992) (Stevens, J., concurring).[5] Accordingly, if likelihood of confusion is proven under 15 U.S.C. § 1114, then it is also shown under section 1125(a) since section 1125(a) relies only on that factor. The Court has explained that there is a substantial likelihood of confusion between Wearable Shoe Tree's trademarks and the infringing products. *Infra* section III.A.i. Therefore, the only element required to show that the Wearable Shoe Tree has a likelihood of success on the merits for Unfair Competition and False Designation of Origin is established.

### iii. Patent Infringement

The patent at issue, Patent No. D970,203 S, was issued by the U.S. Patent and Trademark Office on November 22, 2022, and is presumed valid under 35 U.S.C. § 282(a). *See also Titan Tire Corp. v. Case New Holland, Inc.*, 566 F.3d 1372, 1377 (Fed. Cir. 2009) ("[T]he patent enjoys the same presumption of validity during

---

[5] 15 U.S.C. § 1125(a) states, "[a]ny person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person . . . shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act."

preliminary injunction proceedings as at other stages of litigation."). A showing that there is a likelihood of success on the merits for a patent infringement claim requires that the Court compare the patent and the allegedly infringing product. *See Qin v. Partnerships & Unincorporated Associations on Schedule "A"*, No. 6:21-CV-1243-ADA, 2022 WL 80274, at *2 (W.D. Tex. Jan. 7, 2022).

Here, a comparison of Wearable Shoe Tree's patent and the infringing product sold by each Defendant shows that the infringing products are remarkably similar, if not identical, to Wearable Shoe Tree's patent. *Compare* (Dkt. #3-2) through (Dkt. #3-10) (showing the allegedly infringing products), *with* (Dkt. #3-11) (showing Wearable Shoe Tree's patent), *and* (Dkt. #3-12) (showing Wearable Shoe Tree's product), *and* (Dkt. #42-1) (list of Defendants), *and* (Dkt. #42-2) (declaration of Paul Siragusa). Therefore, Wearable Shoe Tree has established its likelihood of success on the merits for patent infringement.

## B. Threat of Irreparable Injury

"Under the Lanham Act, a plaintiff seeking a preliminary injunction against infringement 'shall be entitled to a rebuttable presumption of irreparable harm upon a finding of likelihood of success on the merits.'" *Whirlpool Corp.*, 80 F.4th at 546 (quoting 15 U.S.C. § 1116) (cleaned up). The Federal Circuit has also identified that "price erosion, loss of goodwill, damage to reputation, and loss of business opportunities are all valid grounds for finding irreparable harm." *Aria Diagnostics, Inc. v. Sequenom, Inc.*, 726 F.3d 1296, 1304 (Fed. Cir. 2013).

The Court has found a likelihood of success on the merits for trademark infringement, *infra* section III.A.i., creating a presumption of irreparable harm for that claim under 15 U.S.C. § 1116. Wearable Shoe Tree also claims that it has suffered, and will continue to suffer, irreparable harm through "diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales, and by depriving Plaintiff of the ability to control use and licensing of the Plaintiff['s] IP." (Dkt. #7 at 11). The remaining Defendants allegedly reside outside of the United States, presenting the possibility that their webstores could be closed and assets dissipated at any time, which would frustrate Wearable Shoe Tree's ability to recover. (Dkt. #7-2 ¶ 14). Finding nothing to rebut the presumption of irreparable harm and given that the infringing products are apparently identical to Wearable Shoe Tree's patented product, Wearable Shoe Tree's decrease in sales over the past year, and the loss of goodwill, the Court finds that there is a likelihood that Wearable Shoe Tree will continue to suffer irreparable harm if Defendants are not enjoined.

## C. Balance of Harms

The Court finds that the balance of harms weighs in Wearable Shoe Tree's favor. Courts are loathe to assign any harm to an infringing Defendant because those Defendants "assumed the risk" associated with patent and trademark infringement when they chose to undertake those activities. *Qin*, 2022 WL 80274, at *4 (collecting cases). Wearable Shoe Tree expended the effort to acquire the patent and trademarks

at issue, thus tipping the balance of harms in favor of entering a Preliminary Injunction.

## D. Public Interest

The public has an interest in the protection and enforcement of patent and trademark rights. *Whirlpool Corp*, 80 F.4th at 546 ("[A]lthough we recognize that the public has an interest in encouraging commercial competition, the public also has an interest in the effective enforcement of our trademark laws."); *MGM Well Servs., Inc. v. Mega Lift Sys., LLC*, 505 F.Supp.2d 359, 379–80 (S.D. Tex. 2007), *aff'd*, 264 F.App'x 900 (Fed. Cir. 2008) ("The public interest is best served by protecting patent rights and enforcing the applicable laws."). The Court has found that Defendants identified in Table 1 have engaged in, and are likely to continue to engage in, acts and practices that violate Wearable Shoe Tree's trademark and patent rights. Therefore, the public interest would be best served here by entering a Preliminary Injunction to preserve Wearable Shoe Tree's rights.

\*      \*      \*

For the foregoing reasons, the Court holds that a Preliminary Injunction is warranted. The Defendants identified in Table 1 have engaged in, and are likely to continue to engage in, acts and practices that violate Wearable Shoe Tree's trademark and patent rights.

## IV. PRELIMINARY INJUNCTION

Plaintiff, Wearable Shoe Tree, having proved that it is entitled to preliminary relief under the applicable standard, and the Court, having considered the complaint,

declarations, exhibits, and memorandum of law filed in support, finds as follows:

1. This Court has subject matter jurisdiction over this case.

2. This Court has jurisdiction over the parties.

3. There is good cause to believe that the Defendants identified in Table 1, have engaged in, and are likely to continue to engage in, acts and practices that violate Wearable Shoe Tree's trademark and patent rights.

4. For each Defendant identified in Table 1, Wearable Shoe Tree has shown a substantial likelihood of success on the merits; that it is likely to suffer irreparable harm if this order is not granted; that the probable harm to the Wearable Shoe Tree, if relief is not granted, outweighs the likely hardship that may result to the Defendants from this order; and that this order is not adverse to the public interest.

5. There is good cause to believe that immediate and irreparable injury will occur to the Plaintiff from the sale, transfer, or other disposition or concealment by Defendants of their assets and business records unless Defendants are immediately restrained and enjoined by order of this Court.

6. There is good cause for issuing this order pursuant to Federal Rule of Civil Procedure 65(b).

7. Exercising its discretion pursuant to *Corrigan Dispatch Co. v. Casa Guzman, S. A.*, 569 F.2d 300, 302–03 (5th Cir. 1978), this Court finds that Wearable Shoe Tree's proper security amount required for issuance of this Order under Federal Rule of Civil Procedure 65 is $5,000.

11

**It is therefore ordered:**

1. Defendants, their successors, affiliates, servants, officers, agents, independent contractors, and employees, and anyone acting in active concert or participation with or at the behest or direction of any of the foregoing, be preliminarily enjoined and restrained from:

   a. using, reproducing, displaying, or enabling others to use, reproduce, or display products and advertisements bearing the trademarks found at USPTO Trademark Registration No. 4686931, USPTO Trademark Registration No. 6220820, and USPTO Trademark Serial No. 88750733 (collectively, Plaintiff's "Marks"); or the patent found at USPTO Patent No. D970,203 S (Plaintiff's "Patent," together with the Marks, "Plaintiff's IP"); all of which appear in Dkt. #3-11;

   b. moving, relocating, or otherwise disposing of any funds currently located in Defendants' online accounts, including, without limitation, from Alibaba, AliExpress, Amazon, Bonanza, CJDropshipping, DHgate, eBay, Etsy, Joom, Joybuy, Shein, Shopify, Temu, Walmart, Wish, Alipay, PayPal, Stripe, Payoneer, WorldFirst, and Western Union;

   c. removing, destroying, or otherwise disposing of computer files, electronic files, business records, or documents relating to any of Defendants' webstores, websites, assets, operations, or relating in any way to the reproduction and display of Plaintiff's IP; and

12

    d. engaging in any other activity that infringes on Plaintiff's rights in any manner.

2. Each Defendant, within 14 days after receiving notice of this Order, shall serve on Plaintiff a written report under oath providing: (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) all of their associated financial accounts, including but not limited to all Alibaba, AliExpress, Amazon, Bonanza, CJDropshipping, DHgate, eBay, Etsy, Joom, Joybuy, Shein, Shopify, Temu, Walmart, Wish, Alipay, PayPal, Stripe, Payoneer, WorldFirst, Western Union, etc. accounts; (d) the quantity of products that they have sold using Plaintiff's IP ("Infringing Products"); (e) the location where each Infringing Product was shipped; and (f) the steps taken by each Defendant to comply with paragraphs 1(a)–(d) above.

3. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be preliminarily restrained and enjoined from transferring, disposing of, or secreting any money, stocks, or other assets of Defendants until further ordered by this Court.

4. All banks, savings and loan associations, payment processors or other financial institutions, including without limitation, Alibaba, AliExpress, Amazon, Bonanza, CJDropshipping, DHgate, eBay, Etsy, Joom, Joybuy, Shein, Shopify, Temu, Walmart, Wish, Alipay, PayPal, Payoneer, Stripe, WorldFirst, Western Union, etc., or other merchant account provider, payment provider, third party

processor, credit card association (i.e. MasterCard and VISA) that receive payments or hold assets on Defendants' behalf, as well as any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants (all of the foregoing, collectively, "Third Party Providers") and their affiliates are ordered to, within two business days of receipt of this Order, locate all accounts and funds connected to the Defendants identified in Table 1, and block all money transfers and funds from being transferred by such Defendants until further ordered by this Court.

5.  Plaintiff shall provide notice of this Preliminary Injunction to Defendants by sending an email to the email addresses provided for Defendants by third parties hosting Defendants' webstores, such as Alibaba, AliExpress, Amazon, Bonanza, CJDropshipping, DHgate, eBay, Etsy, Joom, Joybuy, Shein, Shopify, Temu, Walmart, Wish, etc. Providing notice via email, along with any notice that Defendants receive from the Third-Party Providers, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of this Preliminary Injunction.

6.  This Order shall apply to the Infringing Webstores, websites, and any other domain names properly brought to this Court's attention and verified by sworn

14

declaration that verifies such new webstores or domain names are being used by Defendants for the purpose of infringing Plaintiff's IP.

**So ORDERED and SIGNED this 3rd day of July, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

TABLE 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 1 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aftsport | Trademark and Patent | 6220820 | Shield |
| 2 | Alibaba | Yiwu Lintai Import&Export Co., Ltd. | alintai | Patent | | |
| 3 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aofit | Patent | | |
| 4 | Alibaba | Shenzhen Baibaikang Technology Co., Ltd. | baibaikang | Patent | | |
| 5 | Alibaba | Beijing Bid Ace Co., Ltd. | bdac | Trademark and Patent | 6220820 | Shield |
| 6 | Alibaba | Yiwu Chic Seeker Accessories Co., Ltd. | chicseeker | Patent | | |
| 7 | Alibaba | Yangzhou Runtong International Trading Co., Ltd. | chinaruntong | Patent | | |
| 8 | Alibaba | Fuzhou Nice Trading Co., Ltd. | cldnice | Trademark and Patent | 6220820 | Shield |
| 9 | Alibaba | Yiwu Yansheng Electronic Commerce Co., Ltd. | cn1518993080yhtt | Trademark and Patent | 6220820 | Shield |
| 10 | Alibaba | Yangzhou Trensh Sports Products Factory | cncsty | Trademark and Patent | 6220820 | Shield |
| 11 | Alibaba | Shenzhen Fengyuan Foreign Trade Co., Ltd. | cnfengyuan | Trademark and Patent | 6220820 | Shield |
| 12 | Alibaba | Yiwu Haigu Trading Co., Ltd. | cnhai | Trademark and Patent | 6220820 | Shield, Sheied |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 13 | Alibaba | Yiwu Liangao Electronic Commerce Co., Ltd. | cnliangao | Trademark and Patent | 6220820 | Shields |
| 14 | Alibaba | Dongguan No. 8 Footwear Co., Ltd. | dgbahao | Trademark and Patent | 4686931, 6220820 | Shield, Shield Sneakers, Sheied |
| 15 | Alibaba | Dongguan Fanling E-Commerce Co., Ltd. | dgfanling | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield, Sheied |
| 16 | Alibaba | Dongguan Jiuhui Industrial Limited | dgjiuhui | Trademark and Patent | 6220820 | Shield |
| 17 | Alibaba | DONGGUAN L&N SHOE MATERIAL CO.,LTD | dglinuo | Trademark and Patent | 4686931, 6220820 | Shield, Sneakers Shield |
| 18 | Alibaba | Ningbo Beiduoen Health Tech. Co., Ltd. | doublegrace | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 19 | Alibaba | Suzhou Dreamcolor Scientic Protecting Co., Ltd. | dreamscience | Trademark and Patent | 6220820 | Shield, Shields |
| 20 | Alibaba | Suzhou Dreamcolor Textile Co., Ltd. | dreamtex | Trademark and Patent | 6220820 | Shield, Shields |
| 21 | Alibaba | Ningbo Finer Medical Instruments Co., Ltd. | finermed | Patent | | |
| 22 | Alibaba | Dongguan Ucom Info Tech Co., Ltd. | footinsoles | Trademark and Patent | 4686931 | Sneaker Shields |
| 23 | Alibaba | Shenzhen Glory Line Co., Ltd. | gloryline | Trademark and Patent | 6220820 | Shield, Shields |

2

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 24 | Alibaba | Guangzhou Ynuo Technology Co., Ltd. | guangzhouynuo | Trademark and Patent | 6220820 | Shield |
| 25 | Alibaba | Guangzhou Linke International Trade Co., Ltd. | gzlinke | Trademark and Patent | 6220820 | Shield |
| 26 | Alibaba | Yiwu Haohao Import And Export Co., Ltd. | haohaogroup | Trademark and Patent | 6220820 | Shield |
| 27 | Alibaba | Wuhan Chaoxing Century Shoe And Clothing Development Co., Ltd. | hbcxsj | Trademark and Patent | 6220820 | Shields, Shield |
| 28 | Alibaba | Dongguan City Everhealth Industrial Co., Ltd. | healthycare | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 29 | Alibaba | Henan Bangni Biological Engineering Co., Ltd. | hnbangni | Trademark and Patent | 6220820 | Shield |
| 30 | Alibaba | Wenzhou Holdapple Technology Co., Ltd. | holdapple | Trademark and Patent | 6220820 | Shield, Shields |
| 31 | Alibaba | Ningbo Dericsson Smart Technology Co., Ltd. | houseuses | Trademark and Patent | 6220820 | Shield |
| 32 | Alibaba | Xiamen Jerryfootprint Imp & Exp Co., Ltd. | jerryfootprint | Trademark and Patent | 6220820 | Shield |
| 33 | Alibaba | Dongguan Jianhui Shoes Co., Ltd. | jianhuishoes | Trademark and Patent | 4686931, 6220820 | Shield, Sneakers Shield |

3

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 34 | Alibaba | Guangzhou Keenfull Commodity Co., Limited | keenfull | Trademark | 4686931 | Sneaker Shield |
| 35 | Alibaba | Yiwu Kejia Import And Export Co., Ltd. | kejiacompany | Trademark and Patent | 6220820 | Shield |
| 36 | Alibaba | Guangzhou blue shark trading co. LTD | lanshatrading | Patent | | |
| 37 | Alibaba | Shenzhen Lindsay Technology Co., Ltd. | linxi | Trademark and Patent | 4686931 | Sneaker Shields |
| 38 | Alibaba | Yangzhou Maxlife Industry Co., Ltd. | maxlife | Trademark and Patent | 6220820 | Shields, Shield |
| 39 | Alibaba | Hebei Melenlt Trade Co., Ltd. | melenlt | Trademark and Patent | 6220820 | Shield |
| 40 | Alibaba | Multi-Resource Industries Company Limited (Nanjing) | multi-resource | Patent | | |
| 41 | Alibaba | Ningbo Mooyee International Trade Co., Ltd | nbmooyee | Trademark and Patent | 6220820 | Shield |
| 42 | Alibaba | Shenzhen New Greatwall Technology Co., Ltd. | newgreatwall | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 43 | Alibaba | Tangshan Olian Technology Co., Ltd. | olian | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield |
| 44 | Alibaba | Wenzhou Olivashow Art Co., Ltd. | olivashow | Trademark and Patent | 4686931 | Sneaker Shield |

4

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 45 | Alibaba | Qinhuangdao Fortune International Trade Co., Ltd. | qhdfortune | Patent | | |
| 46 | Alibaba | Yiwu Jingfeng Trading Co. Ltd | qixtrade | Trademark and Patent | 6220820 | Shield, Sheied |
| 47 | Alibaba | Sichuan Machinery Import & Export Corp. | sc-shoebase | Trademark and Patent | 6220820 | Shield |
| 48 | Alibaba | Taizhou Shuyuan Industry And Trade Co., Ltd. | shuyuanfactory | Trademark and Patent | 4686931, 6220820 | Shield, Shields, Sneaker Shield |
| 49 | Alibaba | Sijun (Hangzhou) Commerce Co., Ltd. | sjcommerce | Trademark and Patent | 4686931, 6220820 | Sneaker shields, shields |
| 50 | Alibaba | Hangzhou Smile Home Deco Co., Ltd. | smilespace | Trademark and Patent | 6220820 | Shields |
| 51 | Alibaba | Shenzhen Bestry International Trade Co.,Ltd. | szbestry | Trademark and Patent | 6220820 | Shiel, Sheied, Shield |
| 52 | Alibaba | Shenzhen GDS Technology Co., Ltd. | szgds | Trademark and Patent | 4686931 | Sneaker Shields |
| 53 | Alibaba | Shenzhen Huacheng Mingzhu Technology Co., Ltd. | szhcmz | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, Shields |
| 54 | Alibaba | Guangdong Tajian Sports Goods Co., Ltd | triplebestsports | Trademark and Patent | 6220820 | Shields |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 55 | Alibaba | Haining Twowell Daily Commodity Co., Ltd. | twowell1 | Trademark and Patent | 6220820 | Shield, Shields |
| 56 | Alibaba | Huizhou Umyidea Silicone Rubber Ware Co., Ltd. | umyidea | Patent | | |
| 57 | Alibaba | Wuhan Utlife Technology Co., Ltd. | utlife | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, sneaker shoe shield |
| 58 | Alibaba | Yiwu Via Commodity Co., Ltd. | viapromo | Patent | | |
| 59 | Alibaba | Suzhou Weijin Optoelectronic Technology Co., Ltd. | weijin888 | Trademark and Patent | 6220820 | Shield, Shields |
| 60 | Alibaba | Guangzhou Yifan Technology Co., Ltd. | wvk | Trademark and Patent | 4686931, 6220820 | Sheied, Shield, Shield Sneakers |
| 61 | Alibaba | Wenzhou Aven Trading Co., Ltd. | wzaventrade | Trademark and Patent | 6220820 | Sheild |
| 62 | Alibaba | Shenzhen Ximeiqi E-Commerce Trade Co., Ltd. | ximeiqi | Trademark and Patent | 6220820 | Shield |
| 63 | Alibaba | Liuzhou Yiweisi Houseware Co., Ltd. | yiweisi | Trademark and Patent | 6220820 | Shield, Shied |
| 64 | Alibaba | Dongyang Miaowei Trade | yiwumiaowei | Trademark and Patent | 6220820 | Shield |
| 65 | Alibaba | Yiwu Tucheng Outdoor Products Co., Ltd. | yiwutucheng | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shied, Shield, Shields |

6

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 66 | Alibaba | Shijiazhuang Yumi Imp. & Exp. Co., Ltd. | ymjck | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 67 | Alibaba | Xi'an Explution Tech Co., Ltd. | ypshengwu | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 68 | Alibaba | Hangzhou Yuming Garment Accessories Co., Ltd. | yumingchina | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 69 | Alibaba | Hangzhou Yuming Garment Accessories Co., Ltd. | yumingchina2 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 70 | Alibaba | Dongguan Zhiguo New Material Technology Co., Ltd. | zgtech | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 71 | Alibaba | Shenzhen Longgang Yunna E-Commerce Firm | zgwinner | Trademark and Patent | 6220820 | Shield |
| 72 | Alibaba | Suzhou  Zoetic Fitness Textile Co., Ltd. | zoetictex | Trademark and Patent | 6220820 | Shield, Shields |
| 73 | Alibaba | Dongguan Zesheng Technology Co., Ltd. | zsfoot | Trademark and Patent | 6220820 | Shields, Shield |
| 75 | Aliexpress | Unique Care Store | 1100628628 | Trademark and Patent | 6220820 | Shields, Shield |
| 76 | Aliexpress | Universal A Store | 1101208635 | Trademark and Patent | 4686931, 6220820 | Shield, Sneakers Shield |
| 77 | Aliexpress | Soumit Official Store | 1101225190 | Trademark and Patent | 6220820 | Shield |
| 78 | Aliexpress | tilusero Shoelace Store | 1101265800 | Trademark and Patent | 6220820 | Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 79 | Aliexpress | leyou Official Store | 1101267811 | Trademark and Patent | 6220820 | Shields, Shield |
| 80 | Aliexpress | ZXY SHOELACE Store | 1101286502 | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield |
| 81 | Aliexpress | YuanXiangZhu NO.8 Shoe Store | 1101289376 | Trademark and Patent | 6220820 | Shield |
| 82 | Aliexpress | GDZHLbag Official Store | 1101298700 | Trademark and Patent | 6220820 | Shields, Shield |
| 83 | Aliexpress | Demine Official Store | 1101299747 | Trademark and Patent | 6220820 | Shield |
| 84 | Aliexpress | Z-S Store | 1101300620 | Trademark and Patent | 4686931, 6220820 | Shield, Sheied, Shield Sneakers |
| 85 | Aliexpress | Zshare Store | 1101317558 | Trademark and Patent | 4686931, 6220820 | Shield, Sheied, Shield Sneakers |
| 86 | Aliexpress | Qcotta factory Store | 1101319979 | Trademark and Patent | 6220820 | Shields, Shield |
| 87 | Aliexpress | tilusero Official Store | 1101325620 | Trademark and Patent | 6220820 | Shield |
| 88 | Aliexpress | AAAAABeautiful enchantment Store | 1101326305 | Trademark and Patent | 6220820 | Shield |
| 89 | Aliexpress | SMATLELF Store | 1101330339 | Trademark and Patent | 4686931, 6220820 | Shield, Sheied, Shield Sneakers |
| 90 | Aliexpress | Magical product Store | 1101347425 | Trademark and Patent | 4686931, 6220820 | Shields, Sneaker Shield, Sneaker Shields |
| 91 | Aliexpress | Shop5253194 Store | 1101352888 | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield |
| 92 | Aliexpress | xxin Store | 1101355543 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shields |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 93 | Aliexpress | Shopping in your Store | 1101364806 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Sneakers Shield, Shield |
| 94 | Aliexpress | Machalon-Sports Store | 1101376391 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, Shield Sneaker |
| 95 | Aliexpress | My Simple Life Store | 1101379041 | Trademark and Patent | 6220820 | Shield, Shields, shile |
| 96 | Aliexpress | XIZOU Store | 1101379977 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 97 | Aliexpress | Foot Master Official Store | 1101383266 | Trademark and Patent | 6220820 | Shield |
| 98 | Aliexpress | Bangnipad Official Store | 1101385551 | Patent | | |
| 99 | Aliexpress | THREEMAGI Official Store | 1101388020 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |
| 100 | Aliexpress | Red Tun shoelaces Store | 1101400972 | Trademark and Patent | 6220820 | Shield |
| 101 | Aliexpress | Sunvo Official Store | 1101423510 | Patent | | |
| 102 | Aliexpress | Hnbangni Store | 1101442191 | Patent | | |
| 103 | Aliexpress | SMATLELF Shoe accessories Store | 1101456071 | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield, Sheied |
| 104 | Aliexpress | Geetes Store | 1101461145 | Trademark and Patent | 6220820 | Shield |
| 105 | Aliexpress | YiFrancais Store | 1101485968 | Trademark and Patent | 6220820 | Shields, Shield |
| 106 | Aliexpress | AAF1980S Store | 1101519320 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield, Sheied, Shields, Shield Sneaker |
| 107 | Aliexpress | Shop9105643 68 Store | 1101546639 | Trademark | 6220820 | Shields |
| 108 | Aliexpress | wvk9116623 Store | 1101670138 | Trademark and Patent | 6220820 | Sheied,  Shield |

9

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 109 | Aliexpress | Personalized shoelaces Store | 1101675633 | Trademark and Patent | 6220820 | Shield |
| 110 | Aliexpress | 7 TALK Store | 1101702784 | Patent | | |
| 111 | Aliexpress | Little stars 80 Store | 1101742858 | Trademark and Patent | 6220820 | Shield |
| 112 | Aliexpress | Shoe Accessories 001 Store | 1101755852 | Trademark and Patent | 6220820 | Shield |
| 113 | Aliexpress | NAFOING Store | 1101801584 | Trademark and Patent | 6220820 | Shield |
| 114 | Aliexpress | Healfii Store | 1101922350 | Trademark and Patent | 4686931, 6220820 | Sneakers Shield, Shield |
| 115 | Aliexpress | Apes Da da da Store | 1101940478 | Patent | | |
| 116 | Aliexpress | Hongfu Danmei Store | 1101952045 | Patent | | |
| 117 | Aliexpress | NAFOING Official Store | 1102018169 | Trademark and Patent | 6220820 | Shields, Shield, Shiel |
| 118 | Aliexpress | Soumit Store | 1102088111 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 119 | Aliexpress | BMZ-H22 Store Store | 1102089582 | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Sneaker Shields , Shield |
| 120 | Aliexpress | Shop1102123 058 Store | 1102122060 | Patent | | |
| 121 | Aliexpress | 77 shoe accessories Store | 1102141016 | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield, Shields, Sheied |
| 122 | Aliexpress | Shop1102161 433 Store | 1102154396 | Trademark and Patent | 6220820 | Shield, Sheied |
| 123 | Aliexpress | NIUNIU Treasure Chest Store | 1102156376 | Trademark and Patent | 6220820 | Shield |
| 124 | Aliexpress | YTOOBOYZ Insole Official Store | 1102187194 | Trademark and Patent | 6220820 | Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 125 | Aliexpress | Elino Store | 1102193192 | Trademark and Patent | 6220820 | Shield |
| 126 | Aliexpress | I Awesome Show Store | 1102365071 | Trademark and Patent | 6220820 | Shields, Shield |
| 127 | Amazon | dafmo | A10LQA1O9U7I0F | Trademark and Patent | 6220820 | Shield |
| 128 | Amazon | Hauoxin9 | A117HFZGRFEA5Y | Trademark | 6220820 | Shield |
| 129 | Amazon | Topikyus | A11QC3UZOE1AY7 | Trademark | 6220820 | Shield |
| 130 | Amazon | Lurozer | A12X37CM0HJKNB | Trademark | 6220820 | Shield |
| 131 | Amazon | Liao Bin | A14SI8SX4SGBM7 | Trademark and Patent | 4686931 | Sneak Shield |
| 132 | Amazon | filwahgo store | A16Y9NHVUWVQ9U | Patent | | |
| 133 | Amazon | QCBB | A18JMZ5UXSWLGM | Trademark and Patent | 6220820 | Shiedis, Shield |
| 134 | Amazon | YCxiakou | A1A5L1SK4GSCQ8 | Patent | | |
| 135 | Amazon | Aduksa | A1B5O7FZSJEBCP | Trademark and Patent | 6220820 | Shield |
| 136 | Amazon | Tannish | A1C4M9YS5KOIK | Trademark and Patent | 6220820 | Shield |
| 137 | Amazon | GOPECH | A1CFV4WK9OGZVJ | Trademark and Patent | 4686931 | Sneaker Shield |
| 138 | Amazon | MINLILI | A1DK736UFIT6DZ | Patent | | |
| 139 | Amazon | LiuXiaoLi-A | A1DRL61247HP6I | Trademark and Patent | 6220820 | Shield |
| 142 | Amazon | VIUJUH | A1GW8Y8AHADPVU | Trademark and Patent | 6220820 | Shield |
| 143 | Amazon | NgocThanh_01 | A1K5RSIMOR4PBN | Trademark and Patent | 6220820 | Shield |
| 144 | Amazon | twentyfour | A1L8H4MRBFM70 Q | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 145 | Amazon | Fmangbl | A1LK09X8CDXE2D | Trademark and Patent | 6220820 | Shield |
| 146 | Amazon | CHORHA Direct | A1MDFHXHG779GQ | Patent | | |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 147 | Amazon | RONNY FUANG | A1MIAY99UUDIMS | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields, Shield |
| 150 | Amazon | +PROVEN | A1P956GFP64QI | Trademark and Patent | 6220820 | Sheied |
| 153 | Amazon | Tamoo Direct | A1VHYVQ5BJV75J | Trademark and Patent | 6220820 | Shield, Shields |
| 157 | Amazon | RoiLin | A224R22YUJXB7O | Patent | | |
| 158 | Amazon | OLLZ | A22U7PJEEU0B4R | Patent | | |
| 159 | Amazon | daminggong | A2398LXTTYMD9N | Trademark and Patent | 4686931, 6220820 | Shields, Shield, shields, Sneaker Shields |
| 160 | Amazon | LEPILOBULL | A246BN2SD9N2LN | Trademark and Patent | 6220820 | Shield |
| 161 | Amazon | lihongchun | A24OFVBGDMWHQ9 | Trademark and Patent | 6220820 | Shield, Sheied |
| 162 | Amazon | Mseinope-US | A26J91951MHPDV | Trademark | 4686931, 6220820 | Shield, Sneaker Shield |
| 164 | Amazon | QIRRUN | A295CKXBL3FUSY | Trademark and Patent | 6220820 | Shield |
| 165 | Amazon | YTHREE | A2CT7ZRTL6D4N2 | Trademark and Patent | 6220820 | Shields |
| 166 | Amazon | PeyNam | A2DJP67UEWU7P5 | Trademark and Patent | 6220820 | Shield |
| 169 | Amazon | Ruixidz | A2FDEOT4ZVMZIU | Patent | | |
| 170 | Amazon | Paloya | A2FVA2818TE4IM | Trademark and Patent | 6220820 | Shield, Shields |
| 171 | Amazon | GEWU Top Select US | A2H9ZDV74FEDB 8 | Trademark and Patent | 6220820 | Shield, Shields |
| 172 | Amazon | StickerDeen | A2HCP0F195YKHR | Trademark and Patent | 4686931, 6220820 | Sneaker shield, Shield, Shields |
| 174 | Amazon | MZ_YH US | A2I92VIH6LULYK | Patent | | |
| 175 | Amazon | jiansen | A2K955B81HRQ00 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |

12

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 176 | Amazon | bibigood | A2KFJ62S05F1TX | Trademark and Patent | 6220820 | Shield, Shields |
| 177 | Amazon | ZhangXueQian 888 | A2LXZH3OEB815 M | Trademark and Patent | 6220820 | Shields, Shield |
| 180 | Amazon | DGambition | A2QCVNL05LKP H V | Trademark and Patent | 6220820 | Shield |
| 181 | Amazon | WAJJ | A2R9IRG1L68IYM | Trademark and Patent | 6220820 | Shields, Shield |
| 182 | Amazon | Tootwo | A2RD8LO3YWVFP 4 | Trademark and Patent | 6220820 | Shield, Sheied |
| 183 | Amazon | Alucy | A2RQ6HTGK3GV OS | Trademark | 6220820 | Shield |
| 185 | Amazon | ZEPOHCK | A2VY31W3BI8LM6 | Trademark and Patent | 6220820 | Shields |
| 188 | Amazon | IRRIDF | A2YNMBW0I9Q40 5 | Trademark and Patent | 6220820 | Shield |
| 189 | Amazon | yonzhen | A30XSVBONICD9 V | Patent | | |
| 192 | Amazon | Hang Tat Insole | A33FZVGQUHRX2 V | Trademark | 4686931, 6220820 | Sneaker Shield, Shield |
| 193 | Amazon | BENAYO | A33JFLBQ4CGL9Z | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield |
| 194 | Amazon | LiMi-ngYu | A33NGI3XUB096C | Patent | | |
| 196 | Amazon | Zeoo | A364RDEYR1KAU 3 | Trademark | 6220820 | Shield |
| 197 | Amazon | ARESTECH | A369MC729QS4E 7 | Trademark and Patent | 6220820 | Shield |
| 198 | Amazon | GuoJinXin11 | A372UZ7Y6ZM6K8 | Trademark and Patent | 4686931, 6220820 | Sneaker Universal Shield, Shield |
| 199 | Amazon | AILIKESE | A373X3A1IXNDGP | Patent | | |
| 200 | Amazon | zjchao123 | A388EF2JRGUUQ 3 | Trademark | 4686931, 6220820 | Sneaker Shield, Shield |
| 201 | Amazon | Changxing Shop | A3982RDRMNYSE B | Patent | | |
| 203 | Amazon | Nox Co., Ltd | A39X5Q03LG4Z2 B | Patent | | |

13

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 204 | Amazon | Correct Position of Foot | A3DLZCNYKVOPAP | Trademark and Patent | 4686931 | Sneaker Shields |
| 209 | Amazon | Glue Family | A3GZL3U9PG4WGZ | Trademark and Patent | 6220820 | Shield |
| 210 | Amazon | DSWTOPUS | A3HN9PB7O63Y58 | Patent | | |
| 211 | Amazon | CREEHIN | A3I7UFYXCN8BG6 | Trademark and Patent | 6220820 | Shield |
| 212 | Amazon | Annadue20 | A3IMD0HXXX2GH 0 | Trademark | 6220820 | Shield |
| 213 | Amazon | vaceci | A3K8XH5T9X351N | Trademark and Patent | 6220820 | Shields |
| 215 | Amazon | Haedaxua-US | A3LTVNMHACXUX Q | Trademark | 6220820 | Shield |
| 216 | Amazon | WELOVE6979 | A3MOCZLDIHTN68 | Patent | | |
| 217 | Amazon | Meides | A3P2QD4ZWQPXH3 | Trademark | 6220820 | Shield |
| 218 | Amazon | Wilcomft | A3QVH9O60GRXWE | Patent | | |
| 220 | Amazon | Improv Store Ltd | A3UE9HDZFWOS4Q | Trademark and Patent | 6220820 | Shields, Shield |
| 221 | Amazon | Margo D | A3VUNRK0TXR1P M | Patent | | |
| 222 | Amazon | Berisad-US | A3X5UMY35BG6 | Trademark | 6220820 | Shield |
| 223 | Amazon | YUYININI | A5T35VKIPN815 | Patent | | |
| 226 | Amazon | hexuemeidemeiguodian | A7NV8W348YNEZ | Trademark and Patent | 6220820 | Shield |
| 227 | Amazon | Superfly Commerce Ltd | A94QAWXNMFW5 S | Patent | | |
| 230 | Amazon | qingkucun | A9POLGMCZWGSD | Trademark | 6220820 | Shields, Shield |
| 233 | Amazon | WuYanlv | ACU7V7L8UYWZR | Patent | | |
| 235 | Amazon | lingshidianzi | ADN989JHT1IXG | Trademark and Patent | 4686931, 6220820 | Sneak Shield, Shield |
| 236 | Amazon | YADADA Nail Art | ADS9QULBYRVHY | Trademark and Patent | 6220820 | Shield |
| 237 | Amazon | Smartpoppy | AF2GTG7DS9USU | Trademark and Patent | 6220820 | Shields, Shield |
| 240 | Amazon | SHOPFORYOU | AM36G5QAB5HUP | Patent | | |
| 242 | Amazon | Btbtuu | ANGS0Y59X98FG | Patent | | |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 245 | Amazon | ZIXI2-US | ARFRIIRKW3OOP | Trademark | 4686931 | Sneaker Shield |
| 247 | Amazon | FEILONG123 | AS5L64CID66JN | Trademark and Patent | 6220820 | Shield |
| 249 | Amazon | Nitrip | AXKP3JTT4K7DQ | Trademark | 6220820 | Shield |
| 250 | Amazon | ERGOfoot | AYCQGTR4WNN64 | Trademark and Patent | 6220820 | Shields, Shield |
| 251 | Amazon | Meya Online | AYGRJJKJ5QYSN | Patent | | |
| 252 | Bonanza | gakporong | gakporong | Trademark and Patent | 4686931 | Shield Sneakers |
| 253 | Bonanza | xsamsud_in | xsamsud_in | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Shield |
| 254 | CJDropshipping | KTATMARKET I NG | 1.43296E+18 | Trademark and Patent | 6220820 | Shield |
| 255 | CJDropshipping | Heyang Industrial Co., Ltd | Heyang-Industrial | Trademark and Patent | 4686931, 6220820 | Sneaker shields, Shield, Anti-sub-shield |
| 256 | DHgate | gqfs_seller Store | 17121401 | Patent | | |
| 257 | DHgate | quan05 Store | 21401643 | Trademark and Patent | 6220820 | Shield |
| 258 | DHgate | quan06 Store | 21401644 | Patent | | |
| 259 | DHgate | springfang Store | 21500023 | Trademark and Patent | 6220820 | Shield |
| 260 | DHgate | hairclippers2011 Store | 21520533 | Patent | | |
| 261 | DHgate | lonyee Store | 21596681 | Trademark and Patent | 6220820 | Shield |
| 262 | DHgate | bdebag Store | 21610752 | Trademark and Patent | 6220820 | Shield |
| 263 | DHgate | likefire Store | 21616147 | Trademark and Patent | 6220820 | Shield |
| 264 | DHgate | youngstore06 Store | 21697479 | Patent | | |
| 265 | DHgate | papahoney Store | 21711491 | Patent | | |
| 266 | DHgate | bebebus Store | 21711494 | Patent | | |
| 267 | DHgate | yoursbuy Store | 21711504 | Patent | | |
| 268 | DHgate | crocharmshop Store | 21806732 | Trademark and Patent | 6220820 | Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 269 | DHgate | omkc Store | 21818476 | Trademark and Patent | 6220820 | Shield |
| 270 | DHgate | nmmn Store | 21818499 | Trademark and Patent | 6220820 | Shield |
| 271 | DHgate | ymm1 Store | 21818534 | Trademark and Patent | 6220820 | Shield |
| 272 | DHgate | dcvu Store | 21818558 | Trademark and Patent | 6220820 | Shield |
| 273 | DHgate | qvgq Store | 21818670 | Trademark and Patent | 6220820 | Shield |
| 274 | DHgate | dwyp Store | 21818678 | Trademark and Patent | 6220820 | Shield |
| 275 | DHgate | uwfk Store | 21818991 | Trademark and Patent | 6220820 | Shield |
| 276 | DHgate | aeex Store | 21818992 | Trademark and Patent | 6220820 | Shield |
| 277 | DHgate | netm Store | 21819147 | Trademark and Patent | 6220820 | Shield |
| 278 | DHgate | hsbl Store | 21819197 | Trademark and Patent | 6220820 | Shield |
| 279 | DHgate | pm8c Store | 21819260 | Trademark and Patent | 6220820 | Shield |
| 280 | DHgate | croccharmsletter Store | 21820447 | Trademark and Patent | 6220820 | Shield |
| 281 | DHgate | lfyshoebag Store | 21845027 | Trademark and Patent | 6220820 | Shield |
| 282 | DHgate | myccharm Store | 21845033 | Trademark and Patent | 6220820 | Shield |
| 283 | eBay | *this*is*a*lucky*store* | *this*is*a*lucky*store* | Trademark and Patent | 4686931 | Shield Sneaker |
| 284 | eBay | 2015idrosa | 2015idrosa | Patent | | |
| 285 | eBay | abaz-6123 | abaz-6123 | Patent | | |
| 286 | eBay | accessories_mall | accessories_mall | Trademark | 4686931 | Sneaker Shield |
| 287 | eBay | aeangg0 | aeangg0 | Patent | | |
| 288 | eBay | agpujiar-0 | agpujiar-0 | Patent | | |
| 289 | eBay | aiska-47 | aiska-47 | Patent | | |
| 290 | eBay | alhmohamedalh_0 | alhmohamedalh_0 | Trademark and Patent | 6220820 | Shield |
| 291 | eBay | aliza8 | aliza8 | Trademark and Patent | 6220820 | Shield, Shields |
| 292 | eBay | ang1911 | ang1911 | Trademark and Patent | 4686931 | Shield Sneaker |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 293 | eBay | arja-9046 | arja-9046 | Patent | | |
| 294 | eBay | aryabmuham | aryabmuham | Trademark and Patent | 6220820 | Shield |
| 295 | eBay | ashalic67 | ashalic67 | Trademark and Patent | 6220820 | Shield |
| 296 | eBay | autobuycentre | autobuycentre | Trademark | 4686931 | Sneaker Shield |
| 297 | eBay | aymroom | aymroom | Trademark and Patent | 6220820 | Shield |
| 299 | eBay | bahbe-0 | bahbe-0 | Trademark | 6220820 | Shield, Shields |
| 300 | eBay | bakgun_57 | bakgun_57 | Trademark and Patent | 6220820 | Shield, Shields |
| 303 | eBay | bayuvtriy0 | bayuvtriy0 | Trademark | 6220820 | Shields, Shield |
| 304 | eBay | berkahselalu | berkahselalu | Patent | | |
| 305 | eBay | besandote | besandote | Trademark | 6220820 | Shield |
| 306 | eBay | bimnat_0 | bimnat_0 | Trademark and Patent | 4686931 | Sneaker Shield |
| 308 | eBay | buckerscrafts-1 | buckerscrafts-1 | Patent | | |
| 309 | eBay | carfavorite | carfavorite | Trademark | 4686931 | Sneaker Shield |
| 310 | eBay | chadbb | chadbb | Trademark and Patent | 6220820 | Shield |
| 312 | eBay | cifbuy_it | cifbuy_it | Trademark and Patent | 6220820 | Shield |
| 313 | eBay | condor.deals | condor.deals | Trademark and Patent | 6220820 | Shield |
| 314 | eBay | crymeaskin | crymeaskin | Trademark | 4686931 | Sneaker Shield |
| 315 | eBay | da1xiong | da1xiong | Trademark | 6220820 | Shield, Shields |
| 316 | eBay | danceke01 | danceke01 | Trademark and Patent | 6220820 | Shield, Shields |
| 317 | eBay | de_good_deal | de_good_deal | Trademark | 4686931 | Sneaker Shield |
| 318 | eBay | dealparty360 | dealparty360 | Trademark | 4686931 | Sneaker Shield |

17

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 319 | eBay | defann32r | defann32r | Patent | | |
| 320 | eBay | demetstesteph | demetstesteph | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shield, Shield, Shields |
| 321 | eBay | didarm_91 | didarm_91 | Trademark and Patent | 6220820 | Shield, Shiedis |
| 322 | eBay | dirt-n-dunes | dirt-n-dunes | Trademark and Patent | 6220820 | Shield |
| 324 | eBay | dong_xia1 | dong_xia1 | Trademark and Patent | 6220820 | Shield |
| 326 | eBay | duerdenltd | duerdenltd | Trademark and Patent | 6220820 | Shields, Shield |
| 327 | eBay | dxntatme | dxntatme | Trademark and Patent | 4686931 | Sneaker Shield |
| 328 | eBay | easy2shop_ltd | easy2shop_ltd | Trademark and Patent | 6220820 | Shield |
| 329 | eBay | erhasi14 | erhasi14 | Patent | | |
| 330 | eBay | erivari-2530 | erivari-2530 | Patent | | |
| 331 | eBay | evievo_0 | evievo_0 | Patent | | |
| 332 | eBay | farsho-77 | farsho-77 | Patent | | |
| 333 | eBay | funda48 | funda48 | Trademark and Patent | 4686931 | Sneaker Shield |
| 334 | eBay | giftforyou777-373 | giftforyou777-373 | Trademark and Patent | 6220820 | Shield |
| 335 | eBay | goingoutofbusiness100 | goingoutofbusiness100 | Trademark and Patent | 6220820 | Shield, Shields |
| 336 | eBay | golden_closet | golden_closet | Patent | | |
| 337 | eBay | goldstore02 | goldstore02 | Trademark and Patent | 6220820 | Shield |
| 339 | eBay | gozeemagic_official | gozeemagic_official | Trademark and Patent | 6220820 | Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 341 | eBay | heng.shuang | heng.shuang | Trademark and Patent | 6220820 | Shield |
| 342 | eBay | herta-6115 | herta-6115 | Patent | | |
| 343 | eBay | hgfurniture2018 | hgfurniture2018 | Trademark | 4686931 | Sneaker Shield |
| 344 | eBay | hndrx.store | hndrx.store | Trademark and Patent | 4686931 | Sneaker shields |
| 346 | eBay | hubeihsi | hubeihsi | Trademark | 4686931 | Sneaker Shield |
| 347 | eBay | huskhat_46 | huskhat_46 | Patent | | |
| 349 | eBay | im_cifbuy | im_cifbuy | Trademark and Patent | 6220820 | Shield |
| 350 | eBay | in- demand2020 | in-demand2020 | Trademark and Patent | 4686931 | sneaker Shield |
| 351 | eBay | incass | incass | Patent | | |
| 352 | eBay | jg_buy_store | jg_buy_store | Trademark and Patent | 6220820 | Shields, Shield |
| 354 | eBay | jinab-26 | jinab-26 | Patent | | |
| 356 | eBay | joey_772003 | joey_772003 | Trademark and Patent | 6220820 | Shield, Shields |
| 358 | eBay | kaalmart_retail | kaalmart_retail | Patent | | |
| 359 | eBay | kapila_6 | kapila_6 | Trademark | 6220820 | Shield, Shields |
| 360 | eBay | ketan.ireng | ketan.ireng | Trademark and Patent | 6220820 | Sheied |
| 362 | eBay | lakerschampion1 | lakerschampion1 | Patent | | |
| 364 | eBay | le_ji84 | le_ji84 | Trademark | 4686931 | Sneaker Shield |
| 365 | eBay | liler_8266 | liler_8266 | Patent | | |
| 366 | eBay | mael-748 | mael-748 | Patent | | |
| 367 | eBay | megaflyers | megaflyers | Trademark | 6220820 | Shield, Shields |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 368 | eBay | miw021 | miw021 | Patent | | |
| 369 | eBay | mohaosma_2 | mohaosma_2 | Patent | | |
| 370 | eBay | myessentials66 | myessentials66 | Trademark and Patent | 6220820 | Shields, Shield |
| 371 | eBay | mylabentscool | mylabentscool | Trademark and Patent | 6220820 | Shield |
| 372 | eBay | namahe64 | namahe64 | Trademark | 6220820 | Shield, Shields |
| 373 | eBay | nasrealm | nasrealm | Trademark and Patent | 6220820 | Shield |
| 375 | eBay | ngo-2684 | ngo-2684 | Trademark and Patent | 6220820 | Shield |
| 376 | eBay | nicelocorp | nicelocorp | Trademark and Patent | 6220820 | Shields, Shield |
| 377 | eBay | niel-19 | niel-19 | Patent | | |
| 378 | eBay | nitesda | nitesda | Trademark and Patent | 6220820 | Shield |
| 379 | eBay | oktyas0 | oktyas0 | Patent | | |
| 380 | eBay | orlya80 | orlya80 | Trademark | 6220820 | Shield, Shields |
| 381 | eBay | penghpgeorg | penghpgeorg | Patent | | |
| 382 | eBay | per_654 | per_654 | Patent | | |
| 383 | eBay | poovith-42 | poovith-42 | Patent | | |
| 384 | eBay | power_fast_sales | power_fast_sales | Trademark and Patent | 6220820 | Shield, Sheied |
| 385 | eBay | powerstores | powerstores | Trademark and Patent | 6220820 | Sheied, Shield |
| 386 | eBay | qinda2021 | qinda2021 | Patent | | |
| 387 | eBay | rachmayunp_0 | rachmayunp_0 | Patent | | |
| 388 | eBay | rachmin84 | rachmin84 | Patent | | |

20

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 389 | eBay | rezha_96 | rezha_96 | Trademark and Patent | 6220820 | Shield |
| 390 | eBay | rizsh-9499 | rizsh-9499 | Trademark and Patent | 6220820 | Shield |
| 391 | eBay | rotigoreng | rotigoreng | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, shield |
| 392 | eBay | shoestack.ltd | shoestack.ltd | Trademark and Patent | 6220820 | Shield, Shields |
| 393 | eBay | sholma-35 | sholma-35 | Patent | | |
| 394 | eBay | skea-33 | skea-33 | Trademark and Patent | 4686931, 6220820 | Shield Sneaker, Shield, Shields |
| 397 | eBay | successfulchoices | successfulchoices | Trademark and Patent | 6220820 | Shield, Shields |
| 398 | eBay | sumac_6840 | sumac_6840 | Patent | | |
| 399 | eBay | t_boutique | t_boutique | Patent | | |
| 400 | eBay | tangtang-2 | tangtang-2 | Trademark | 6220820 | Shields, Shield |
| 401 | eBay | teirw-32 | teirw-32 | Patent | | |
| 402 | eBay | terrelfraze_1 | terrelfraze_1 | Trademark and Patent | 6220820 | Shield |
| 403 | eBay | the-eagle-1995 | the-eagle-1995 | Trademark and Patent | 6220820 | Shield |
| 404 | eBay | thecreasepreventers | thecreasepreventers | Trademark and Patent | 6220820 | Shield, Shields |
| 407 | eBay | tsik_36 | tsik_36 | Trademark and Patent | 4686931, 6220820 | Sneaker shields, Shield |
| 410 | eBay | urelect0 | urelect0 | Patent | | |
| 411 | eBay | us.manufacturer | us.manufacturer | Trademark and Patent | 6220820 | Shield |
| 412 | eBay | weiga41 | weiga41 | Trademark | 6220820 | Shields, Shield |
| 414 | eBay | yawa-6343 | yawa-6343 | Patent | | |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 415 | eBay | yitan-7553 | yitan-7553 | Trademark | 4686931, 6220820 | Sneaker Shield, Shields, Shield |
| 416 | eBay | yuanmilovelife-mall | yuanmilovelife-mall | Trademark and Patent | 6220820 | Shield |
| 417 | eBay | z_hen2 | z_hen2 | Trademark and Patent | 6220820 | Shield |
| 418 | eBay | zechri_69 | zechri_69 | Patent | | |
| 421 | eBay | zoo_tomas | zoo_tomas | Trademark and Patent | 6220820 | Shield, Shields |
| 422 | Etsy | AirCrease | AirCrease | Trademark and Patent | 6220820 | Shields |
| 423 | Etsy | EMILYGREEN ARTSTORE | EMILYGREENART STORE | Patent | | |
| 424 | Etsy | GraffitiSneaks | GraffitiSneaks | Patent | | |
| 425 | Etsy | guogiftshop | guogiftshop | Trademark and Patent | 6220820 | Shield |
| 426 | Etsy | PumpsUtopia | PumpsUtopia | Trademark and Patent | 6220820 | Shields |
| 427 | Joom | Puresugar | 60d89f5ab0dc1e8 8234e481d | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |
| 428 | Joom | Sunvo | 63ad39dc112bb3c 56f01f240 | Patent | | |
| 429 | Shein | ZHUANGYON G | 1797169792 | Trademark and Patent | 4686931 | Sneakers Support Shield |
| 430 | Shein | MEETFASHIO N SHOES | 2135220619 | Patent | | |
| 434 | Shein | MQking Shoes | 3344887344 | Trademark and Patent | 6220820 | Shield |
| 438 | Shein | QZKEYUEPS SHOES | 7669750498 | Trademark and Patent | 6220820 | Shields |
| 441 | Shopify | Affortable Confience | affortable-confience.myshopif y.com | Patent | | |
| 442 | Shopify | Aftecka | aftecka.com | Patent | | |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 443 | Shopify | AirME Shoes | airmeshoes.myshopify.com | Patent | | |
| 444 | Shopify | ALL for SHOESS | allforaccessories.com | Trademark and Patent | 4686931, 6220820 | Shield Sneakers, Sheied, Shield |
| 445 | Shopify | ANTICREASE GAURDS | anticreaseguards.myshopify.com | Trademark and Patent | 6220820 | Shield |
| 446 | Shopify | Creasekeep | creasekeep.com | Trademark and Patent | 4686931 | Sneaker Shields |
| 447 | Shopify | Drip By MK | dripbymk.com | Patent | | |
| 448 | Shopify | Ehidosa Sneakers | ehidosasneakers.co.za | Patent | | |
| 449 | Shopify | ErmisClo | ermisclo.com | Patent | | |
| 450 | Shopify | GIÚTA STREETWEAR Ltd | giutastreetwear.com | Trademark and Patent | 4686931 | Sneaker Shield |
| 451 | Shopify | High On Air | highonair.com.au | Patent | | |
| 452 | Shopify | KarlsKicks | karlskicks.com | Trademark and Patent | 4686931 | Sneaker Shields |
| 453 | Shopify | Kick Collective | kickcollective.co.uk | Patent | | |
| 454 | Shopify | lazyboysneakerz | lazyboysneakerz.com | Patent | | |
| 455 | Shopify | LiftSolez | liftsolez.com | Trademark and Patent | 6220820 | Sheied, Shield |
| 456 | Shopify | MattB Customs | mattbcustoms.com | Patent | | |
| 457 | Shopify | Mr.DeCrease | mrdecrease.com | Patent | | |
| 458 | Shopify | Platinum Shoe Care | platinumshoecare.com | Trademark and Patent | 4686931 | Sneaker Shields |
| 459 | Shopify | REVIVE Footwear | revivefootwear.co.uk | Patent | | |
| 460 | Shopify | SNEAKER CLINIC | sneaker-clinic.myshopify.com | Trademark and Patent | 4686931 | Sneaker Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 461 | Shopify | Sneakers Extras | sneakerextras.com | Trademark and Patent | 4686931 | Shield Sneaker |
| 462 | Shopify | Sneaker Plaza | sneakerplaza.it | Trademark and Patent | 4686931 | Sneaker Shield |
| 463 | Shopify | Sneakers Dealers | sneakersdealerss. myshopify.com | Trademark and Patent | 6220820 | Shield |
| 464 | Shopify | THE SNEAKER LAUNDRY | thesneakerlaundry. com.au | Patent | | |
| 465 | Shopify | WONDERSNE AKERS | wonder-sneakers.com | Trademark and Patent | 6220820 | Shield |
| 466 | Shopify | bethewarranty. com | www.bethewarrant y .com | Patent | | |
| 467 | Shopify | Crep Select | www.crepselect.co. uk | Patent | | |
| 468 | Shopify | CRUIZER | www.cruizeer.com | Trademark and Patent | 4686931 | Sneaker Shield |
| 469 | Shopify | Prior | www.priorstoreoffic i al.com | Patent | | |
| 470 | Shopify | Superslicks India | www.superslicks.in | Patent | | |
| 471 | Shopify | True to Sole | www.truetosole.hu | Trademark and Patent | 4686931 | Sneaker Shields |
| 472 | Shopify | Wilkins | www.wilkinswalk.c o m | Trademark and Patent | 6220820 | Shields, Shield |
| 473 | Shopify | Zapping Sneakers | zappingsneakers.c om | Trademark and Patent | 6220820 | Shield |
| 474 | Shopify | ZazaDrip | zazadrip.com | Trademark and Patent | 6220820 | Shield |
| 475 | Shopify | ZNEAKERZON E | zneakerzone.com | Patent | | |
| 476 | Temu | ASKET | asket-m-4012296609258 | Trademark and Patent | 4686931 | Sneaker Shields |
| 477 | Temu | besin | besin-m-124564669961 | Trademark and Patent | 6220820 | Shields, Shield |
| 478 | Temu | GUIBINPLAY | guibinplay-m-5308140221794 | Trademark and Patent | 6220820 | Shield |
| 479 | Temu | hellofrind | hellofrind-m-708103818731 | Trademark and Patent | 4686931, 6220820 | Sneaker Shield, Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 480 | Temu | Home Direct | home-direct-m-6313307355650 | Trademark and Patent | 6220820 | Shield, Shields, Sheied |
| 481 | Temu | IQGD | iqgd-m-4797681176463 | Trademark and Patent | 6220820 | Shield |
| 483 | Temu | Karley Shop | karley-shop-m-3879620004276 | Patent | | |
| 484 | Temu | love sunshine | love-sunshine-m-51423252077 | Trademark and Patent | 6220820 | Shield |
| 485 | Temu | LUCKYPANPAN | luckypanpan-m-5772244710862 | Trademark and Patent | 6220820 | Shield |
| 487 | Temu | MI SURICAT | mi-suricat-m-27788191537 | Patent | | |
| 488 | Temu | NAFOING | nafoing-m-24680441276 | Trademark and Patent | 6220820 | Shield |
| 490 | Temu | peideluo | peideluo-m-4987906254739 | Patent | | |
| 491 | Temu | PINK TOWN | pink-town-m-65992344585 | Patent | | |
| 496 | Temu | Tao Home | tao-home-m-143438086732 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 497 | Temu | VICSPORT | vicsport-m-124648166627 | Trademark and Patent | 4686931, 6220820 | Shields, Sneaker Shield, Shield |
| 498 | Temu | YADADA beauty | yadada-beauty-m-5537839987110 | Trademark and Patent | 6220820 | Shields, Shield, Sheied |
| 499 | Temu | YADADA nail art | yadada-nail-art-m-141139939249 | Trademark and Patent | 6220820 | Shields, Shield, Sheied |
| 500 | Temu | YiMi Stroe | yimi-stroe-m-2552325907226 | Trademark and Patent | 6220820 | Shield |
| 501 | Temu | YTOOBOYZ | ytooboyz-m-4908594621820 | Trademark and Patent | 6220820 | Shield |
| 503 | Walmart | Xinlie | 101095294 | Trademark and Patent | 4686931, 6220820 | Shield, Shields, Sneaker Support Shields |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 504 | Walmart | FUBO | 101100773 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield, Sneaker Shields |
| 505 | Walmart | Hongduoyuan | 101113044 | Trademark and Patent | 6220820 | Shield |
| 506 | Walmart | Oluk | 101113938 | Patent | | |
| 508 | Walmart | SANYES | 101123087 | Patent | | |
| 509 | Walmart | Y'Trading Co.Ltd | 101125947 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 510 | Walmart | Eastjing | 101130944 | Trademark and Patent | 6220820 | Shield |
| 511 | Walmart | Erwei Xindong Co., Ltd | 101173590 | Trademark and Patent | 6220820 | Shield, Shields |
| 513 | Walmart | Onekie | 101176357 | Patent | | |
| 514 | Walmart | XiaoHeHe Crease Protectors | 101183435 | Patent | | |
| 515 | Walmart | Fchunhe | 101186134 | Trademark and Patent | 6220820 | Shield |
| 516 | Walmart | RNAIRNI | 101191616 | Patent | | |
| 517 | Walmart | XXMAO | 101191646 | Patent | | |
| 518 | Walmart | Womingchen | 101204350 | Patent | | |
| 519 | Walmart | TAMU Co.Ltd | 101212889 | Patent | | |
| 520 | Walmart | WarmthanDeer | 101220038 | Patent | | |
| 521 | Walmart | KangMangGou .CO.ltd | 101221028 | Patent | | |
| 522 | Walmart | RUANKE Co.Ltd | 101221187 | Trademark and Patent | 6220820 | Shield, shield |

26

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 523 | Walmart | TIANBEN Co.Ltd | 101221194 | Patent | | |
| 524 | Walmart | AngieDD | 101229843 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shoes Shield,Shield |
| 525 | Walmart | HKH | 101230780 | Trademark and Patent | 6220820 | Shields |
| 526 | Walmart | Yijing | 101242588 | Trademark and Patent | 6220820 | Shield |
| 527 | Walmart | Jingwei Culture Media Co., Ltd. | 101245806 | Trademark and Patent | 4686931 | Sneaker Shoes Shields |
| 528 | Walmart | Xuchan Technology Co, Ltd. | 101255105 | Patent | | |
| 529 | Walmart | Hongkun Trading Co., Ltd. | 101273034 | Patent | | |
| 530 | Walmart | Xikong Trading Co., Ltd. | 101273294 | Patent | | |
| 531 | Walmart | Fancy seller | 101274350 | Trademark and Patent | 4686931, 6220820 | Shields, Sneaker Shields |
| 532 | Walmart | DIANKANG Co. ltd | 101287417 | Patent | | |
| 533 | Walmart | Easy Choice | 101288144 | Patent | | |
| 534 | Walmart | EEL | 101292571 | Patent | | |
| 535 | Walmart | HZCY | 101294684 | Patent | | |
| 536 | Walmart | Heze Yuankun Co., Ltd. | 101300989 | Trademark and Patent | 6220820 | Shield |
| 537 | Walmart | Wanning Langrun Co., Ltd. | 101308552 | Trademark and Patent | 4686931, 6220820 | Sneaker Shoes Shields, Shields, Shield |

27

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 538 | Walmart | OMKARSY | 101314481 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shoes Shields |
| 540 | Wish | apple guo | 558c08c6e626764000fc6baa | Patent | | |
| 541 | Wish | Laura | 5609e2ced385a30d1d7873a7 | Trademark and Patent | 6220820 | Shield |
| 542 | Wish | leioqing | 56e12f02f475841877a1e899 | Trademark and Patent | 6220820 | Shields, Shield |
| 543 | Wish | clothingfront | 58188bb796585e3dd1f4bc90 | Trademark and Patent | 6220820 | Shields |
| 544 | Wish | joeyyy | 5b076eb6c721a9630e172601 | Trademark | 6220820 | Shield |
| 545 | Wish | WeeCannAlready | 5b600cd23652201effba458d | Trademark | 6220820 | Shield |
| 546 | Wish | lixianyang | 5d4d25ff3db43e1004bb70f5 | Trademark and Patent | 6220820 | Shield |
| 547 | Wish | ChangXiangYi | 5d79e2559e3dd2587b759296 | Trademark | 6220820 | Shield |
| 548 | Wish | windee2532 | 5e1048ec7de00d0597651ff5 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |
| 549 | Wish | Myrianyy | 5e97cbabfeee1d030181dc77 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |
| 550 | Wish | Sandra roblesyy | 5e97cdac0da32219a00eda29 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shields |
| 551 | Wish | stay hurricanes | 5eba990c5210119420ab4a78 | Patent | | |
| 552 | Wish | sniukhdxvwzyiguo | 5ed09c36c4471467d7e75216 | Trademark and Patent | 4686931 | Sneaker Shield |
| 553 | Wish | qyangqinsd | 5f7db54d4f73fb248539b070 | Trademark and Patent | 6220820 | Shield, Shields |
| 554 | Wish | jjingosuda | 600aff5a739c8f04b76a4425 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield, Shiedis |
| 555 | Wish | Lime Store | 606d5c5476bcab1f2845493d | Patent | | |
| 556 | Wish | yaofa18 | 607fa16d833800020f442a06 | Trademark and Patent | 6220820 | Shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 557 | Wish | wangcaili | 6087c60359ded66d8cccee2c | Trademark and Patent | 6220820 | Shield |
| 558 | Wish | yaojinfeng | 608e3fa2d25b45c40e0cf48a | Trademark and Patent | 6220820 | Shield |
| 559 | Wish | illdangbag | 61bef4e76428593ba10d951a | Patent | | |
| 560 | Wish | daebagtem | 61d3c73ece08cab6641eb548 | Patent | | |
| 561 | Joybuy | Joybuy Express Seller 1 | Seller1-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |
| 562 | Joybuy | Joybuy Express Seller 2 | Seller2-16214 | Trademark and Patent | 4686931 | Sneakers Shield |
| 563 | Joybuy | Joybuy Express Seller 3 | Seller3-16214 | Trademark | 6220820 | Shield |
| 564 | Joybuy | Joybuy Express Seller 4 | Seller4-16214 | Trademark | 6220820 | Shields |
| 565 | Joybuy | Joybuy Express Seller 5 | Seller5-16214 | Trademark and Patent | 6220820 | Shield |
| 566 | Joybuy | Joybuy Express Seller 6 | Seller6-16214 | Trademark and Patent | 6220820 | Shield |
| 567 | Joybuy | Joybuy Express Seller 7 | Seller7-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |
| 568 | Joybuy | Joybuy Express Seller 8 | Seller8-16214 | Trademark | 6220820 | Shield |
| 569 | Joybuy | Joybuy Express Seller 9 | Seller9-16214 | Patent | | |
| 570 | Joybuy | Joybuy Express Seller 10 | Seller10-16214 | Trademark | 6220820 | Shield, Shields |
| 571 | Joybuy | Joybuy Express Seller 11 | Seller11-16214 | Trademark | 6220820 | Shield |
| 572 | Joybuy | Joybuy Express Seller 12 | Seller12-16214 | Trademark and Patent | 6220820 | Shield |

29

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 573 | Joybuy | Joybuy Express Seller 13 | Seller13-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |
| 574 | Joybuy | Joybuy Express Seller 14 | Seller14-16214 | Trademark and Patent | 6220820 | Shield |
| 575 | Joybuy | Joybuy Express Seller 15 | Seller15-16214 | Trademark and Patent | 4686931, 6220820 | sneaker shield, Shield |
| 576 | Joybuy | Joybuy Express Seller 16 | Seller16-16214 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Shield |
| 577 | Joybuy | Joybuy Express Seller 17 | Seller17-16214 | Trademark and Patent | 6220820 | Shield |
| 578 | Joybuy | Joybuy Seller 1 | Seller1-18988 | Trademark and Patent | 4686931, 6220820 | SNEAKER SHIELDS, SHIELDS |
| 579 | Joybuy | Joybuy Seller 2 | Seller2-18988 | Trademark and Patent | 6220820 | Shield |
| 580 | Joybuy | Joybuy Seller 3 | Seller3-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shields |
| 581 | Joybuy | Joybuy Seller 4 | Seller4-18988 | Trademark | 6220820 | Shields |
| 582 | Joybuy | Joybuy Seller 5 | Seller5-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneaker Shoes Shields, shield |
| 583 | Joybuy | Joybuy Seller 6 | Seller6-18988 | Trademark and Patent | 6220820 | Shield |
| 584 | Joybuy | Joybuy Seller 7 | Seller7-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shields |
| 585 | Joybuy | Joybuy Seller 8 | Seller8-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker Shoes Shields, sneaker shields, Shield |
| 586 | Joybuy | Joybuy Seller 9 | Seller9-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker shields, shield |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 587 | Joybuy | Joybuy Seller 10 | Seller10-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 588 | Joybuy | Joybuy Seller 11 | Seller11-18988 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker support shields, Sneaker Anti Crease Indentation Shoe Shields |
| 589 | Joybuy | Joybuy Seller 12 | Seller12-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker Anti Crease Indentation Shoe Shields, Shield, Sneaker Support Shields |
| 590 | Joybuy | Joybuy Seller 13 | Seller13-18988 | Trademark and Patent | 6220820 | Shield |
| 591 | Joybuy | Joybuy Seller 14 | Seller14-18988 | Trademark and Patent | 6220820 | Shield |
| 592 | Joybuy | Joybuy Seller 15 | Seller15-18988 | Trademark and Patent | 4686931, 6220820 | Sneaker shoes shields, shield |
| 593 | Joybuy | Joybuy Seller 16 | Seller16-18988 | Trademark | 4686931, 6220820 | Sneaker Shield, Shield |
| 594 | Joybuy | Joybuy Seller 17 | Seller17-18988 | Trademark and Patent | 6220820 | Shields |
| 595 | Joybuy | Joybuy Seller 18 | Seller18-18988 | Patent | | |
| 596 | Joybuy | Joybuy America Seller 1 | Seller1-101001636 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 597 | Joybuy | Joybuy America Seller 2 | Seller2-101001636 | Trademark | 6220820 | Shields |

31

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Trademark Variation in Infringement |
|---|---|---|---|---|---|---|
| 598 | Joybuy | Joybuy Selection Seller 1 | Seller1-101087374 | Trademark and Patent | 4686931, 6220820 | Shield, Sneaker Shield |
| 599 | Joybuy | Joybuy Fashion Seller 1 | Seller1-101118004 | Trademark and Patent | 6220820 | Shield |
| 600 | Joybuy | Joybuy Fashion Seller 2 | Seller2-101118004 | Trademark and Patent | 4686931, 6220820 | Sneaker Shoes Shields, sneaker shields, Shield |
| 601 | Joybuy | Joybuy Marketplace(U.S) Seller 1 | Seller_1-101001636 | Trademark and Patent | 4686931, 6220820 | Sneaker Shields, Sneakers Shield, Shields, Sneaker Shoe Shields, Sneakers Shoe Shield |

32