UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>  Defendants. | Civil Action No. 4:24-cv-334-SDJ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wearable Shoe Tree LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 18: Ningbo Beiduoen Health Tech. Co., Ltd. (Alibaba Merchant ID nbdg517)
- DOE 45: Qinhuangdao Fortune International Trade Co., Ltd. (Alibaba Merchant ID qhdfortune)
- DOE 127: dafmo (Amazon Merchant ID A10LQA1O9U7I0F)
- DOE 157: RoiLin (Amazon Merchant ID A224R22YUJXB7O)
- DOE 197: ARESTECH (Amazon Merchant ID A369MC729QS4E7)
- DOE 221: Margo D (Amazon Merchant ID A3VUNRK0TXR1PM)
- DOE 233: WuYanlv (Amazon Merchant ID ACU7V7L8UYWZR)
- DOE 250: ERGOfoot (Amazon Merchant ID AYCQGTR4WNN64)
- DOE 254: KTATMARKETING (CJDropshipping Merchant ID 1432958264248614913)
- DOE 511: Erwei Xindong Co., Ltd (Walmart Merchant ID 10001192952)

- DOE 519: TAMU Co.Ltd (Walmart Merchant ID 10001232250)

- DOE 522: RUANKE Co.Ltd (Walmart Merchant ID 10001240547)

- DOE 523: TIANBEN Co.Ltd (Walmart Merchant ID 10001240554)

Dated: July 12, 2024    Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
5473 Blair Road, Suite 100
Dallas, Texas 75231
Tel.     415.735.5933
Fax     415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
WEARABLE SHOE TREE LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace