UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>    Defendants. | Civil Action No. 4:24-cv-334-SDJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wearable Shoe Tree LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 12: Yiwu Haigu Trading Co., Ltd. (Alibaba Merchant ID haigutrade)

- DOE 16: Dongguan Jiuhui Industrial Limited (Alibaba Merchant ID cn1526811310gmgz)

- DOE 24: Guangzhou Ynuo Technology Co., Ltd. (Alibaba Merchant ID guangzhouyinuo)

- DOE 26: Yiwu Haohao Import And Export Co., Ltd. (Alibaba Merchant ID haohaogroup)

- DOE 32: Xiamen Jerryfootprint Imp & Exp Co., Ltd.. (Alibaba Merchant ID jerryfootprint)

- DOE 33: Dongguan Jianhui Shoes Co., Ltd. (Alibaba Merchant ID dgjianhui)

- DOE 38: Yangzhou Maxlife Industry Co., Ltd. (Alibaba Merchant ID maxlife)

- DOE 40: Multi-Resource Industries Company Limited (Nanjing) (Alibaba Merchant ID cnmr)

- DOE 52: Shenzhen GDS Technology Co., Ltd. (Alibaba Merchant ID szgds)

- DOE 58: Yiwu Via Commodity Co., Ltd. (Alibaba Merchant ID viapromo)

- DOE 61: Wenzhou Aven Trading Co., Ltd. (Alibaba Merchant ID wzaventrade)

- DOE 63: Liuzhou Yiweisi Houseware Co., Ltd. (Alibaba Merchant ID yiweisi)

- DOE 64: Dongyang Miaowei Trade (Alibaba Merchant ID yiwumiaowei)

- DOE 116: Hongfu Danmei Store (AliExpress Merchant ID cn1547058331loug)

- DOE 128: Hauoxin9 (Amazon Merchant ID A117HFZGRFEA5Y)

- DOE 129: Topikyus (Amazon Merchant ID A11QC3UZOE1AY7)

- DOE 130: Lurozer (Amazon Merchant ID A12X37CM0HJKNB)

- DOE 162: Mseinope-US (Amazon Merchant ID A26J91951MHPDV)

- DOE 181: WAJJ (Amazon Merchant ID A2R9IRG1L68IYM)

- DOE 183: Alucy (Amazon Merchant ID A2RQ6HTGK3GVOS)

- DOE 193: BENAYO (Amazon Merchant ID A33JFLBQ4CGL9Z)

- DOE 196: Zeoo (Amazon Merchant ID A364RDEYR1KAU3)

- DOE 200: zjchao123 (Amazon Merchant ID A388EF2JRGUUQ3)

- DOE 212: Annadue20 (Amazon Merchant ID A3IMD0HXXX2GH0)

- DOE 215: Haedaxua-US (Amazon Merchant ID A3LTVNMHACXUXQ)

- DOE 222: Berisad-US (Amazon Merchant ID A3X5UMY35BG6)

- DOE 249: Nitrip (Amazon Merchant ID AXKP3JTT4K7DQ)

- DOE 283: *this*is*a*lucky*store* (eBay Merchant ID 2314500830)

- DOE 286: accessories_mall (eBay Merchant ID 1529642577)

- DOE 296: autobuycentre (eBay Merchant ID 1849836050)

- DOE 314: crymeaskin (eBay Merchant ID 2125094336)

- DOE 317: de_good_deal (eBay Merchant ID 1623218309)

- DOE 318: dealparty360 (eBay Merchant ID 1887190527)

- DOE 343: hgfurniture2018 (eBay Merchant ID 1796661598)

- DOE 346: hubeihsi (eBay Merchant ID 2270537091)

- DOE 364: le_ji84 (eBay Merchant ID 1279561424)

- DOE 403: the-eagle-1995 (eBay Merchant ID 1747670737)
- DOE 518: Womingchen (Walmart Merchant ID 10001223711)
- DOE 544: joeyyy (Wish Merchant ID 5b076eb6c721a9630e172601)
- DOE 545: WeeCannAlready (Wish Merchant ID 5b600cd23652201effba458d)
- DOE 547: ChangXiangYi (Wish Merchant ID 5d79e2559e3dd2587b759296)

Dated: August 7, 2024

Respectfully submitted,

**SCALE LLP**

By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
5473 Blair Road, Suite 100
Dallas, Texas 75231
Tel.     415.735.5933
Fax     415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
WEARABLE SHOE TREE LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2024, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace