EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 1 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aftsport | louise@aofit.com |
| 2 | Alibaba | Yiwu Lintai Import&Export Co., Ltd. | lintaisummer | victor@lintai.ltd |
| 3 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aofit | sales@aofit.com |
| 4 | Alibaba | Shenzhen Baibaikang Technology Co., Ltd. | baibaikang | anna@baibaikang.cn |
| 5 | Alibaba | Beijing Bid Ace Co., Ltd. | cnartinsole | info@bdac.com |
| 6 | Alibaba | Yiwu Chic Seeker Accessories Co., Ltd. | chicseeker | melina_chicseeker@aliyun.com |
| 7 | Alibaba | Yangzhou Runtong International Trading Co., Ltd. | chinaruntong | sales2@chinaruntong.net |
| 8 | Alibaba | Fuzhou Nice Trading Co., Ltd. | cldnice | amanda.chen.cldnice@gmail.com |
| 9 | Alibaba | Yiwu Yansheng Electronic Commerce Co., Ltd. | cn1518993080yhtt | yansihe1@outlook.com |
| 10 | Alibaba | Yangzhou Trensh Sports Products Factory | cncsty | jackie@trensh.cn |
| 11 | Alibaba | Shenzhen Fengyuan Foreign Trade Co., Ltd. | fengyuantrading | 1780178077@qq.com |
| 13 | Alibaba | Yiwu Liangao Electronic Commerce Co., Ltd. | cnliangao | 1711899505@qq.com |
| 14 | Alibaba | Dongguan No. 8 Footwear Co., Ltd. | dgbahao | 15899679221@163.com |
| 15 | Alibaba | Dongguan Fanling E-Commerce Co., Ltd. | dgfanling | 18879129891@163.com |
| 17 | Alibaba | DONGGUAN L&N SHOE MATERIAL CO.,LTD | dglinuo | lnshoematerial@163.com |
| 19 | Alibaba | Suzhou Dreamcolor Scientic Protecting Co., Ltd. | dreamscience | stephen@zoetx.com |
| 20 | Alibaba | Suzhou Dreamcolor Textile Co., Ltd. | szdreamtex | 454428149@qq.com |
| 21 | Alibaba | Ningbo Finer Medical Instruments Co., Ltd. | finermed | tonyyu@finermed.com |
| 22 | Alibaba | Dongguan Ucom Info Tech Co., Ltd. | ucominsoles | alex@ucomfoot.com |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 25 | Alibaba | Guangzhou Linke International Trade Co., Ltd. | gzlinke02 | leovsdamon@163.com |
| 27 | Alibaba | Wuhan Chaoxing Century Shoe And Clothing Development Co., Ltd. | hbcxsj | changming1717@sina.com |
| 28 | Alibaba | Dongguan City Everhealth Industrial Co., Ltd. | healthycare | manson@footinsole.cn |
| 29 | Alibaba | Henan Bangni Biological Engineering Co., Ltd. | hnbangni | info@hnbangni.com |
| 30 | Alibaba | Wenzhou Holdapple Technology Co., Ltd. | holdapple | robert.zhu@holdapple.com |
| 31 | Alibaba | Ningbo Dericsson Smart Technology Co., Ltd. | cndericsson | deric@dericsson.cn |
| 34 | Alibaba | Guangzhou Keenfull Commodity Co., Limited | keyfull | sarah@keenfull.com |
| 35 | Alibaba | Yiwu Kejia Import And Export Co., Ltd. | kejiacompany | mark@ywkejiacompany.com |
| 36 | Alibaba | Guangzhou blue shark trading co. LTD | lansha168 | 653405142@qq.com |
| 37 | Alibaba | Shenzhen Lindsay Technology Co., Ltd. | szlinxi | songyangqi85@qq.com |
| 39 | Alibaba | Hebei Melenlt Trade Co., Ltd. | melenlt | william@melenlt.com |
| 41 | Alibaba | Ningbo Mooyee International Trade Co., Ltd | fiona0529 | mooyeefiona@gmail.com |
| 42 | Alibaba | Shenzhen New Greatwall Technology Co., Ltd. | sznewgreatwall | bestbusiness@foxmail.com |
| 43 | Alibaba | Tangshan Olian Technology Co., Ltd. | tsoulian | jessie.cao@aliyun.com |
| 44 | Alibaba | Wenzhou Olivashow Art Co., Ltd. | olivashow | olivashow@olivashow.com |
| 46 | Alibaba | Yiwu Jingfeng Trading Co. Ltd | cnqix | qixtrade@163.com |
| 47 | Alibaba | Sichuan Machinery Import & Export Corp. | takama | shoebase-export@scmiec.com |
| 48 | Alibaba | Taizhou Shuyuan Industry And Trade Co., Ltd. | shuyuanfactory | shate12386@163.com |
| 49 | Alibaba | Sijun (Hangzhou) Commerce Co., Ltd. | sjcommerce | sisi@sjcommerce.cn |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 50 | Alibaba | Hangzhou Smile Home Deco Co., Ltd. | smilespace | michael.z@cnaolan.com |
| 51 | Alibaba | Shenzhen Bestry International Trade Co.,Ltd. | lj394201710 | liujun198709142022@163.com |
| 53 | Alibaba | Shenzhen Huacheng Mingzhu Technology Co., Ltd. | szhcmz | 2015145506@qq.com |
| 54 | Alibaba | Guangdong Tajian Sports Goods Co., Ltd | triplebestsports | triplebest3@163.com |
| 55 | Alibaba | Haining Twowell Daily Commodity Co., Ltd. | twowell1 | jacky@twowell.net |
| 56 | Alibaba | Huizhou Umyidea Silicone Rubber Ware Co., Ltd. | umyidea | admin@umyidea.com |
| 57 | Alibaba | Wuhan Utlife Technology Co., Ltd. | utlife | sales5@utlife888.com |
| 59 | Alibaba | Suzhou Weijin Optoelectronic Technology Co., Ltd. | weijin888 | szwj0416@163.com |
| 60 | Alibaba | Guangzhou Yifan Technology Co., Ltd. | yifanwvk | 15907087903@qq.com |
| 62 | Alibaba | Shenzhen Ximeiqi E-Commerce Trade Co., Ltd. | ximeiqi | ximeiqi@ximeiqi.com |
| 66 | Alibaba | Shijiazhuang Yumi Imp. & Exp. Co., Ltd. | ymjck | newyumi2020@gmail.com |
| 67 | Alibaba | Xi'an Explution Tech Co., Ltd. | ypshengwu | frank@imdaqin.cn |
| 68 | Alibaba | Hangzhou Yuming Garment Accessories Co., Ltd. | yumingchina | ym@yumingtrade.com |
| 69 | Alibaba | Hangzhou Yuming Garment Accessories Co., Ltd. | yumingchina2 | ym@yumingtrade.com |
| 70 | Alibaba | Dongguan Zhiguo New Material Technology Co., Ltd. | dgzhiguo | danielle@zghtech.com |
| 71 | Alibaba | Shenzhen Longgang Yunna E-Commerce Firm | zgwinner | zgwinner4687@163.com |
| 72 | Alibaba | Suzhou Zoetic Fitness Textile Co., Ltd. | zoetic8 | 190770190@qq.com |
| 73 | Alibaba | Dongguan Zesheng Technology Co., Ltd. | longshixiecai | qing@zs-trade.net |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 75 | Aliexpress | Unique Care Store | cn1500665209 | 1606975711@qq.com |
| 76 | Aliexpress | Universal A Store | cn1518251276utbi | kronensoehnestore@outlook.com |
| 77 | Aliexpress | Soumit Official Store | cn1515371389zsbj | soumit1014@163.com |
| 78 | Aliexpress | tilusero Shoelace Store | cn1520990448dbfs | ouyuemaoyi02@163.com |
| 79 | Aliexpress | leyou Official Store | cn1521227536ieky | luomanyy@163.com |
| 80 | Aliexpress | ZXY SHOELACE Store | cn1522101636dzjq | 15899679221@163.com |
| 81 | Aliexpress | YuanXiangZhu NO.8 Shoe Store | cn1522123321joeo | 494418802@qq.com |
| 82 | Aliexpress | GDZHLbag Official Store | cn1524411966wuny | 13266437206@163.com |
| 83 | Aliexpress | Demine Official Store | cn1524473983lkfh | demine1014@163.com |
| 84 | Aliexpress | Z-S Store | cn1522055850fzbw | 15907087903@163.com |
| 85 | Aliexpress | Zshare Store | cn1527246724veyd | 15180558818@163.com |
| 86 | Aliexpress | Qcotta factory Store | cn1527223143tpdy | 3354917934@qq.com |
| 87 | Aliexpress | tilusero Official Store | cn1527863111bxtn | ouyuemaoyi01@163.com |
| 88 | Aliexpress | AAAAAAbeautiful enchantment Store | cn1527124711uphf | tesheyiyong@outlook.com |
| 89 | Aliexpress | SMATLELF Store | cn1528509649tlzf | 15907087903@sina.cn |
| 90 | Aliexpress | Magical product Store | cn1527129627fhwc | huanglizhou155@sina.com |
| 91 | Aliexpress | Shop5253194 Store | cn1528993355icdt | datong1888@sina.com |
| 92 | Aliexpress | xxin Store | cn1521844248oxro | 2010116240@qq.com |
| 93 | Aliexpress | Shopping in your Store | cn1529415429ywer | ortzenjjxjhdw@gmail.com |
| 94 | Aliexpress | Machalon-Sports Store | cn1530196459wlsu | machalonsports@gmail.com |
| 95 | Aliexpress | My Simple Life Store | cn1530209977atfx | suobu09@163.com |
| 96 | Aliexpress | XIZOU Store | cn1530239015jqrh | xuechengzhi163@163.com |
| 97 | Aliexpress | Foot Master Official Store | cn1530377687koxu | bangnistep@163.com |
| 98 | Aliexpress | Bangnipad Official Store | cn1530405202tknf | 15637324658@163.com |
| 99 | Aliexpress | THREEMAGI Official Store | cn1532153895urik | autostore@foxmail.com |
| 100 | Aliexpress | Red Tun shoelaces Store | cn1533169246kkeh | ouyuemaoyi04@163.com |
| 101 | Aliexpress | Sunvo Official Store | cn1524232943qtsp | 401439753@qq.com |
| 102 | Aliexpress | Hnbangni Store | cn1528712836bqga | 3305531674@qq.com |
| 103 | Aliexpress | SMATLELF Shoe accessories Store | cn1529514647rike | fastlace@sina.com |
| 104 | Aliexpress | Geetes Store | cn1529915156mmqq | geetes_store@zelinon.com |
| 105 | Aliexpress | YiFrancais Store | cn1513335723 | c18674821985@outlook.com |
| 106 | Aliexpress | AAF1980S Store | cn1533851292imsb | erdianxiedai@163.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 107 | Aliexpress | Shop910564368 Store | cn1534053330zdvp | 862414124@qq.com |
| 108 | Aliexpress | wvk9116623 Store | cn1538429375rmlu | tfbchdef88@163.com |
| 109 | Aliexpress | Personalized shoelaces Store | cn1540655680mnaw | qaz450172705@163.com |
| 110 | Aliexpress | 7 TALK Store | cn1541088166skwp | base_xz@163.com |
| 111 | Aliexpress | Little stars 80 Store | cn1541421405uzdh | csw19861126@163.com |
| 112 | Aliexpress | Shoe Accessories 001 Store | cn1541407140vlua | wvk88888888@sina.cn |
| 113 | Aliexpress | NAFOING Store | cn1542393848sozk | smtmaolong@163.com |
| 114 | Aliexpress | Healfii Store | cn1545082134ksos | yi13423532172@yeah.net |
| 115 | Aliexpress | Apes Da da da Store | cn1544855293lxmn | hss15650074349@qq.com |
| 117 | Aliexpress | NAFOING Official Store | cn1060610207jibae | 3014079296@qq.com |
| 118 | Aliexpress | Soumit Store | cn1067304570qrzae | soumit0512@163.com |
| 119 | Aliexpress | BMZ-H22 Store Store | cn1003318206ndcae | szssaf_003@163.com |
| 120 | Aliexpress | Shop1102123058 Store | cn1069777364zsjae | moonbiffy41@163.com |
| 121 | Aliexpress | 77 shoe accessories Store | cn1068723481heuae | dd277278@126.com |
| 122 | Aliexpress | Shop1102161433 Store | cn1069777643eftae | moonbiffy74@163.com |
| 123 | Aliexpress | NIUNIU Treasure Chest Store | cn1069777618dnmae | moonbiffy72@163.com |
| 124 | Aliexpress | YTOOBOYZ Insole Official Store | cn1070833670rraae | xnsmt2022@163.com |
| 125 | Aliexpress | Elino Store | cn1069104790yfuae | elino2@163.com |
| 126 | Aliexpress | I Awesome Show Store | cn1071722373yneae | jhz704813046@126.com |
| 131 | Amazon | Liao Bin | A14SI8SX4SGBM7 | drxccqp@163.com |
| 132 | Amazon | filwahgo store | A16Y9NHVUWVQ9U | fbt168_gz@163.com |
| 133 | Amazon | QCBB | A18JMZ5UXSWLGM | youshuo63533908@163.com |
| 134 | Amazon | YCxiakou | A1A5L1SK4GSCQ8 | tanmouv871@163.com |
| 135 | Amazon | Aduksa | A1B5O7FZSJEBCP | quanshunkeinc@163.com |
| 136 | Amazon | Tannish | A1C4M9YS5KOIK | jarvis.jacob.uk@outlook.com |
| 137 | Amazon | GOPECH | A1CFV4WK9OGZVJ | prasen.lov99@gmail.com |
| 138 | Amazon | MINLILI | A1DK736UFIT6DZ | liminh20201@163.com |
| 139 | Amazon | LiuXiaoLi-A | A1DRL61247HP6I | ly199808liu@outlook.com |
| 142 | Amazon | VIUJUH | A1GW8Y8AHADPVU | wangmeng202104@163.com |
| 143 | Amazon | NgocThanh_01 | A1K5RSIMOR4PBN | dovanhien416@gmail.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 144 | Amazon | twentyfour | A1L8H4MRBFM70Q | 1092774066@qq.com |
| 145 | Amazon | Fmangbl | A1LK09X8CDXE2D | 3501647960@qq.com |
| 146 | Amazon | CHORHA Direct | A1MDFHXHG779GQ | chorha168@hotmail.com |
| 147 | Amazon | RONNY FUANG | A1MIAY99UUDIMS | gansidui2022@163.com |
| 150 | Amazon | #NAME? | A1P956GFP64QI | neamulkabiremon@gmail.com |
| 153 | Amazon | Tamoo Direct | A1VHYVQ5BJV75J | youyuanxc@outlook.com |
| 158 | Amazon | OLLZ | A22U7PJEEU0B4R | ouliluozhuus@outlook.com |
| 159 | Amazon | daminggong | A2398LXTTYMD9N | lipengfeng123@hotmail.com |
| 160 | Amazon | LEPILOBULL | A246BN2SD9N2LN | gongniuusa@outlook.com |
| 161 | Amazon | lihongchun | A24OFVBGDMWHQ9 | uvjqsg@163.com |
| 164 | Amazon | QIRRUN | A295CKXBL3FUSY | qq957188286@outlook.com |
| 165 | Amazon | YTHREE | A2CT7ZRTL6D4N2 | cassie_wang1991@163.com |
| 166 | Amazon | PeyNam | A2DJP67UEWU7P5 | wrdamz2020@163.com |
| 169 | Amazon | Ruixidz | A2FDEOT4ZVMZIU | g15935982504@163.com |
| 170 | Amazon | Paloya | A2FVA2818TE4IM | paluya@outlook.com |
| 172 | Amazon | StickerDeen | A2HCP0F195YKHR | info@stickerdeen.com |
| 174 | Amazon | MZ_YH US | A2I92VIH6LULYK | kq3kx7dnt@163.com |
| 175 | Amazon | jiansen | A2K955B81HRQ00 | honglian192@163.com |
| 176 | Amazon | bibigood | A2KFJ62S05F1TX | bibi43210@hotmail.com |
| 177 | Amazon | ZhangXueQian888 | A2LXZH3OEB815M | zhangxueqian1688@163.com |
| 180 | Amazon | DGambition | A2QCVNL05LKPHV | 13790354628@163.com |
| 182 | Amazon | Tootwo | A2RD8LO3YWVFP4 | 13929665988@139.com |
| 185 | Amazon | ZEPOHCK | A2VY31W3BI8LM6 | l13510186864@163.com |
| 188 | Amazon | IRRIDF | A2YNMBW0I9Q405 | zhongyueshangmao@aliyun.com |
| 189 | Amazon | yonzhen | A30XSVBONICD9V | l18162473966@163.com |
| 192 | Amazon | Hang Tat Insole | A33FZVGQUHRX2V | sammichen703@gmail.com |
| 194 | Amazon | LiMi-ngYu | A33NGI3XUB096C | zhoupuyin5382@163.com |
| 198 | Amazon | GuoJinXin11 | A372UZ7Y6ZM6K8 | guiduanksg879@163.com |
| 199 | Amazon | AILIKESE | A373X3A1IXNDGP | duxiaoqing1989@163.com |
| 201 | Amazon | Changxing Shop | A3982RDRMNYSEB | sunying100011@163.com |
| 203 | Amazon | Nox Co., Ltd | A39X5Q03LG4Z2B | 657466407@qq.com |
| 204 | Amazon | Correct Position of Foot | A3DLZCNYKVOPAP | joyfan120@163.com |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 208 | Amazon | YAFIYGI | A3FRGV8STX9FRJ | zqs1993@outlook.com |
| 209 | Amazon | Glue Family | A3GZL3U9PG4WGZ | honglian206@163.com |
| 210 | Amazon | DSWTOPUS | A3HN9PB7O63Y58 | skymall01@163.com |
| 211 | Amazon | CREEHIN | A3I7UFYXCN8BG6 | szzc2021@126.com |
| 213 | Amazon | vaceci | A3K8XH5T9X351N | yhus@lovfoo.cn |
| 216 | Amazon | WELOVE6979 | A3MOCZLDIHTN68 | lesilife@163.com |
| 217 | Amazon | Meides | A3P2QD4ZWQPXH3 | szmd1122@163.com |
| 218 | Amazon | Wilcomft | A3QVH9O60GRXWE | 740916334@qq.com |
| 220 | Amazon | Improv Store Ltd | A3UE9HDZFWOS4Q | sneakersupplyuk1@gmail.com |
| 223 | Amazon | YUYININI | A5T35VKIPN815 | a15180587256@163.com |
| 226 | Amazon | hexuemeidemeiguodian | A7NV8W348YNEZ | hexuemei569@outlook.com |
| 227 | Amazon | Superfly Commerce Ltd | A94QAWXNMFW5S | superflycommerce@gmail.com |
| 230 | Amazon | qingkucun | A9POLGMCZWGSD | xmyusj28@sina.com |
| 235 | Amazon | lingshidianzi | ADN989JHT1IXG | a15626996780@163.com |
| 236 | Amazon | YADADA Nail Art | ADS9QULBYRVHY | missgooey@outlook.com |
| 237 | Amazon | Smartpoppy | AF2GTG7DS9USU | fumanlou663@outlook.com |
| 240 | Amazon | SHOPFORYOU | AM36G5QAB5HUP | bestkorea2@gmail.com |
| 242 | Amazon | Btbtuu | ANGS0Y59X98FG | a2206262119@163.com |
| 245 | Amazon | ZIXI2-US | ARFRIIRKW3OOP | ik25k@sina.com |
| 247 | Amazon | FEILONG123 | AS5L64CID66JN | min13507951478@163.com |
| 251 | Amazon | Meya Online | AYGRJJKJ5QYSN | bly1972741@163.com |
| 252 | Bonanza | gakporong | gakporong | antonygakpo7@gmail.com  fredyguntur556@gmail.com |
| 253 | Bonanza | xsamsud_in | xsamsud_in | udinxsambo@gmail.com  donnastella.mansur@gmail.com |
| 255 | CJDropshipping | Heyang Industrial Co., Ltd | Heyang-Industrial | 908152922@qq.com |
| 256 | DHgate | gqfs_seller Store | 17121401 | z151292@sina.com |
| 257 | DHgate | quan05 Store | 21401643 | dhxiangshang@126.com |
| 258 | DHgate | quan06 Store | 21401644 | dhxiangshang@126.com |
| 259 | DHgate | springfang Store | 21500023 | sarayamin5@126.com |
| 260 | DHgate | hairclippers2011 Store | 21520533 | guanbushangd@gmail.com |
| 261 | DHgate | lonyee Store | 21596681 | 364163258@qq.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 262 | DHgate | bdebag Store | 21610752 | fjlybde@outlook.com |
| 263 | DHgate | likefire Store | 21616147 | 3626241756@qq.com |
| 264 | DHgate | youngstore06 Store | 21697479 | dhyoungstore@163.com |
| 265 | DHgate | papahoney Store | 21711491 | dhgaterseller004@163.com |
| 266 | DHgate | bebebus Store | 21711494 | dhgaterseller004@163.com |
| 267 | DHgate | yoursbuy Store | 21711504 | dhgaterseller004@163.com |
| 268 | DHgate | croccharmshop Store | 21806732 | ppbysx@outlook.com |
| 269 | DHgate | omkc Store | 21818476 | vpshop@126.com |
| 270 | DHgate | nmmn Store | 21818499 | bestry89@126.com |
| 271 | DHgate | ymm1 Store | 21818534 | jrgk889@126.com |
| 272 | DHgate | dcvu Store | 21818558 | yunht168008@126.com |
| 273 | DHgate | qvgq Store | 21818670 | yunht2016@126.com |
| 274 | DHgate | dwyp Store | 21818678 | yunht2017@126.com |
| 275 | DHgate | uwfk Store | 21818991 | libaiyun1006@126.com |
| 276 | DHgate | aeex Store | 21818992 | libaiyun1006@126.com |
| 277 | DHgate | netm Store | 21819147 | ecoming68@126.com |
| 278 | DHgate | hsbl Store | 21819197 | veina88@126.com |
| 279 | DHgate | pm8c Store | 21819260 | bestry89@126.com |
| 280 | DHgate | croccharmsletter Store | 21820447 | chenchaofan2020@hotmail.com |
| 281 | DHgate | lfyshoebag Store | 21845027 | zunhaixu@outlook.com |
| 282 | DHgate | myccharm Store | 21845033 | zunhaixu@outlook.com |
| 284 | eBay | 2015idrosa | 1325708159 | rosa.ocha2in@gmail.com |
| 285 | eBay | abaz-6123 | 2137151251 | abdulazis774@yahoo.com |
| 287 | eBay | aeangg0 | 2168147019 | kilojajan9021@yahoo.com |
| 288 | eBay | agpujiar-0 | 2158966858 | ap.agnes20@outlook.com |
| 289 | eBay | aiska-47 | 2417304908 | brahimnafia45@gmail.com |
| 290 | eBay | alhmohamedalh_0 | 1702650948 | kingdomofcreationsecom@gmail.com |
| 292 | eBay | ang1911 | 90136337 | a.thwaites@optusnet.com.au |
| 293 | eBay | arja-9046 | 2451324445 | arghijai@outlook.com |
| 294 | eBay | aryabmuham | 1281321271 | aryabimamuhammad@gmail.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 295 | eBay | ashalic67 | 2124340426 | alichohanasharib@gmail.com |
| 297 | eBay | aymroom | 2387094198 | ayoubsaber22@outlook.com |
| 299 | eBay | bahbe-0 | 2319050425 | bahranbedin@hotmail.com |
| 300 | eBay | bakgun_57 | 2191981800 | bakiadigunarto@outlook.com |
| 303 | eBay | bayuvtriy0 | 2111043620 | bayuvirgan@outlook.com |
| 304 | eBay | berkahselalu | 2167274704 | yama.maya75@yahoo.com |
| 305 | eBay | besandote | 2165004276 | raindrop.cooked@yahoo.com |
| 306 | eBay | bimnat_0 | 2316323155 | nathoo.win@gmail.com |
| 308 | eBay | buckerscrafts-1 | 2190176345 | niceghumman@gmail.com |
| 309 | eBay | carfavorite | 2330029372 | fghftvp@163.com |
| 310 | eBay | chadbb | 2431232507 | chunheamz@163.com |
| 312 | eBay | cifbuy_it | 2192276488 | 2188459764@qq.com |
| 313 | eBay | condor.deals | 1903167350 | sma-haj@hotmail.com |
| 315 | eBay | da1xiong | 2040024129 | pishiya34@163.com |
| 316 | eBay | danceke01 | 1996599859 | dongtech012@outlook.com |
| 319 | eBay | defann32r | 2074460213 | armandohenderson1105@gmail.com |
| 320 | eBay | demetstesteph | 1339421867 | 1339421867@Deleted.com |
| 321 | eBay | didarm_91 | 2077249620 | dimdarmawan@outlook.com |
| 322 | eBay | dirt-n-dunes | 286745157 | dirtndunesltd@gmail.com |
| 324 | eBay | dong_xia1 | 2193117096 | dong_xiao3@163.com |
| 326 | eBay | duerdenltd | 1907100862 | DuerdenLTD@hotmail.com |
| 327 | eBay | dxntatme | 1209755372 | dxntatme@gmail.com |
| 328 | eBay | easy2shop_ltd | 2051544438 | easy2shopltd.ebay@gmail.com |
| 329 | eBay | erhasi14 | 2019575046 | erikahasibuan30@gmail.com |
| 330 | eBay | erivari-2530 | 2134078866 | solololo1729@yahoo.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 331 | eBay | evievo_0 | 2018811251 | evinkaevodia5@gmail.com |
| 332 | eBay | farsho-77 | 2180535154 | farisa.shorea5@yahoo.com |
| 333 | eBay | funda48 | 2320254999 | anwgm0@163.com |
| 334 | eBay | giftforyou777-373 | 1677326930 | themyshop777@gmail.com |
| 335 | eBay | goingoutofbusiness100 | 1584824095 | goingoutofb@gmail.com |
| 336 | eBay | golden_closet | 2155245135 | turuni.lautan84@gmail.com |
| 337 | eBay | goldstore02 | 1952862764 | jinyang596@outlook.com |
| 339 | eBay | gozeemagic_official | 2053130454 | zhongmingnet@outlook.com |
| 341 | eBay | heng.shuang | 2292438234 | qiang_jian12@163.com |
| 342 | eBay | herta-6115 | 2020965487 | hernitatata97@gmail.com |
| 344 | eBay | hndrx.store | 2342193514 | hndrx.store@gmail.com |
| 347 | eBay | huskhat_46 | 2055605475 | rainakhatim77@gmail.com |
| 349 | eBay | im_cifbuy | 2242667365 | caile2025@163.com |
| 350 | eBay | in-demand2020 | 2146700540 | rukibrahim1@icloud.com |
| 351 | eBay | incass | 1549988894 | incas.shop@gmail.com |
| 352 | eBay | jg_buy_store | 1663361291 | g.grajauskaite1@hotmail.com |
| 354 | eBay | jinab-26 | 2297326843 | jihannabila34@outlook.com |
| 356 | eBay | joey_772003 | 175924321 | r0betan5656@gmail.com |
| 358 | eBay | kaalmart_retail | 2455313156 | ebay.kaalmart@gmail.com |
| 359 | eBay | kapila_6 | 2366362118 | kapilakalhara01@gmail.com |
| 360 | eBay | ketan.ireng | 2164114829 | hadi.rono@aol.com |
| 362 | eBay | lakerschampion1 | 2210057224 | ser1360135@163.com |
| 365 | eBay | liler_8266 | 2293461166 | liliana9878532@hotmail.com |
| 366 | eBay | mael-748 | 2030783106 | elisamarta934@gmail.com |
| 367 | eBay | megaflyers | 2441965439 | jaikishan896@yahoo.com |
| 368 | eBay | miw021 | 2293853915 | amiwesfa@yahoo.com |
| 369 | eBay | mohaosma_2 | 2480298478 | osmaniersej@gmail.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 370 | eBay | myessentials66 | 1392989708 | harmeet.s.arora@hotmail.co.uk |
| 371 | eBay | mylabentscool | 2244760376 | jacquelinetowanda7028@gmail.com |
| 372 | eBay | namahe64 | 2037901081 | nauramaheswari02@gmail.com |
| 373 | eBay | nasrealm | 2482294108 | nasrealm.ebay@gmail.com |
| 375 | eBay | ngo-2684 | 1984960778 | anhngothenta@gmail.com |
| 376 | eBay | nicelocorp | 2058720168 | titascorp0@gmail.com |
| 377 | eBay | niel-19 | 2038757695 | elisanaaa6@gmail.com |
| 378 | eBay | nitesda | 2401487627 | neosda951.o@gmail.com |
| 379 | eBay | oktyas0 | 2055077320 | oktadeayaa@gmail.com |
| 380 | eBay | orlya80 | 2297987456 | orlandoyahya@hotmail.com |
| 382 | eBay | per_654 | 2310762348 | abe_permana@yahoo.com |
| 383 | eBay | poovith-42 | 1763796946 | macbookairebay@gmail.com |
| 384 | eBay | power_fast_sales | 1457796055 | luisfreites@gmail.com |
| 385 | eBay | powerstores | 981804309 | ipartsmed@gmail.com |
| 386 | eBay | qinda2021 | 2300736749 | qinda0531@outlook.com |
| 387 | eBay | rachmayunp_0 | 2139537243 | rachmawatiayunpurnama1@gmail.com |
| 388 | eBay | rachmin84 | 2151428798 | rachmawatiint.an70@gmail.com |
| 389 | eBay | rezha_96 | 2166815504 | rezham84l1@outlook.com |
| 390 | eBay | rizsh-9499 | 2099145678 | rizwanshah610@gmail.com |
| 391 | eBay | rotigoreng | 2132037182 | hpernomo@yahoo.com |
| 392 | eBay | shoestack.ltd | 1265957808 | beno.redzic@gmail.com |
| 393 | eBay | sholma-35 | 2155137227 | sholikhul.marom78@aol.com |
| 394 | eBay | skea-33 | 2329638203 | kikisee@filhome.biz |
| 397 | eBay | successfulchoices | 1772132210 | zazeckiene.snieguole@gmail.com |
| 398 | eBay | sumac_6840 | 2202652746 | sumandi.acbar@hotmail.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 399 | eBay | t_boutique | 2032554309 | bargainboutique80@gmail.com |
| 400 | eBay | tangtang-2 | 2053126166 | fkrbxv69575498@163.com |
| 401 | eBay | teirw-32 | 2203029783 | teddo.irwanto@hotmail.com |
| 402 | eBay | terrelfraze_1 | 1554917426 | terrellfrazer@hotmail.co.uk |
| 404 | eBay | thecreasepreventers | 1853574778 | benclarkglass@hotmail.com |
| 407 | eBay | tsik_36 | 2323938097 | tsanyikbar@hotmail.com |
| 410 | eBay | urelect0 | 2096967438 | urbanelectronics01@gmail.com |
| 411 | eBay | us.manufacturer | 2317938833 | caile5081@163.com |
| 412 | eBay | weiga41 | 2180243060 | weigaisi014@163.com |
| 414 | eBay | yawa-6343 | 2319997649 | yantowakya@outlook.com |
| 415 | eBay | yitan-7553 | 2131389793 | yitanzhuo5@163.com |
| 416 | eBay | yuanmilovelife-mall | 2403716571 | my17307534866@163.com |
| 417 | eBay | z_hen2 | 2183018935 | hai_zhu59@163.com |
| 418 | eBay | zechri_69 | 2052452541 | zefachristian39@gmail.com |
| 421 | eBay | zoo_tomas | 2285782621 | zydraplionka@gmail.com |
| 422 | Etsy | AirCrease | AirCrease | air-crease@dublin.com |
| 423 | Etsy | EMILYGREENARTSTORE | EMILYGREENARTSTORE | emily_green1@hotmail.co.uk |
| 424 | Etsy | GraffitiSneaks | GraffitiSneaks | graffitisneaks@gmail.com |
| 425 | Etsy | guogiftshop | guogiftshop | guo_etsy_sales@pecreation.com |
| 426 | Etsy | PumpsUtopia | PumpsUtopia | pumpsutopia@gmail.com |
| 427 | Joom | Puresugar | 60d89f5ab0dc1e88234e481d | 15639738450@163.com |
| 428 | Joom | Sunvo | 63ad39dc112bb3c56f01f240 | sunvojoom@163.com |
| 429 | Shein | ZHUANGYONG | 1797169792 | zhuangyongjunxx@163.com |
| 430 | Shein | MEETFASHION SHOES | 2135220619 | yijiaeshg@163.com |
| 434 | Shein | MQking Shoes | 3344887344 | dingdcm@icloud.com |
| 438 | Shein | QZKEYUEPS SHOES | 7669750498 | changming1518@sina.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 441 | Shopify | Affortable Confience | affortable-confience.myshopify.com | morrisjaeden@yahoo.com |
| 442 | Shopify | Aftecka | aftecka.com | |
| 443 | Shopify | AirME Shoes | airmeshoes.myshopify.com | makeuplashes.official@gmail.com |
| 444 | Shopify | ALL for SHOESS | allforaccessories.com | |
| 445 | Shopify | ANTICREASE GAURDS | anticreaseguards.myshopify.com | |
| 446 | Shopify | Creasekeep | creasekeep.com | support@creasekeep.com |
| 447 | Shopify | Drip By MK | dripbymk.com | dripbymk@gmail.com marquedemk@gmail.com |
| 448 | Shopify | Ehidosa Sneakers | ehidosasneakers.co.za | |
| 449 | Shopify | ErmisClo | ermisclo.com | |
| 450 | Shopify | GI√öTA STREETWEAR Ltd | giutastreetwear.com | |
| 451 | Shopify | High On Air | highonair.com.au | |
| 452 | Shopify | KarlsKicks | karlskicks.com | fuubynight@gmail.com confutedseanyh528@yahoo.com m.aredondo@usa.com sacaceb@priest.com danastarax484@gmail.com straubelohmeyer.874@usa.com |
| 453 | Shopify | Kick Collective | kickcollective.co.uk | kickcollectiveuk@gmail.com |
| 454 | Shopify | lazyboysneakerz | lazyboysneakerz.com | lazyboysneakerz@gmail.com qai2000@hotmail.co.uk |
| 455 | Shopify | LiftSolez | liftsolez.com | |
| 456 | Shopify | MattB Customs | mattbcustoms.com | elisawatts21298@gmail.com gilliot@nudsive.hair matt@mattbcustoms.com |
| 457 | Shopify | Mr.DeCrease | mrdecrease.com | mrdecreasegmbh@gmail.com info@hhsolution.de |
| 458 | Shopify | Platinum Shoe Care | platinumshoecare.com | |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 459 | Shopify | REVIVE Footwear | revivefootwear.co.uk | network@inovo-outdoor.com |
| 460 | Shopify | SNEAKER CLINIC | sneaker-clinic.myshopify.com | |
| 461 | Shopify | Sneakers Extras | sneakerextras.com | khandelwaal.dhruv@gmail.com |
| 462 | Shopify | Sneaker Plaza | sneakerplaza.it | sneakerplaza.empoli@gmail.com |
| 463 | Shopify | Sneakers Dealers | sneakersdealerss.myshopify.com | |
| 464 | Shopify | THE SNEAKER LAUNDRY | thesneakerlaundry.com.au | info@thesneakerlaundry.com.au mawoc72708@vhoff.com buitutrung88845@gmail.com gvidoprikaza66@gmail.com vevice7512@pastmao.com thomaston6@boximail.com eugene@thesneakerlaundry.com.au |
| 465 | Shopify | WONDERSNEAKERS | wonder-sneakers.com | kaizendex@protonmail.com |
| 466 | Shopify | bethewarranty.com | www.bethewarranty.com | |
| 467 | Shopify | Crep Select | www.crepselect.co.uk | info@crepselect.co.uk junoomarzz@gmail.com lucismith742@gmail.com lawrence.roulland@googlemail.com |
| 468 | Shopify | CRUIZER | www.cruizeer.com | cruizeeer@gmail.com |
| 469 | Shopify | Prior | www.priorstoreofficial.com | arkeswtyontaq@outlook.com philosopherverdinlt512@yahoo.com danielballer@mail.com ckinse@mail.com info@priorstore.com priorimports@gmail.com |
| 470 | Shopify | Superslicks India | www.superslicks.in | |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 471 | Shopify | True to Sole | www.truetosole.hu | support@truetosole.hu office@truetosole.hu ixv1l@technologist.com ryan.roberts2002@aol.com townermahmod4234@aol.com bouthilletterory651@gmail.com nidvul@mail.com lkhtzvajiziytsjosjnxjskittsvj@gmail.com attila@truetosole.hu |
| 472 | Shopify | Wilkins | www.wilkinswalk.com | kashena27yiu52uoj@outlook.com ashepardi6z2adt6uo@outlook.com |
| 473 | Shopify | Zapping Sneakers | zappingsneakers.com | ebusinesssquire@gmail.com |
| 474 | Shopify | ZazaDrip | zazadrip.com | |
| 475 | Shopify | ZNEAKERZONE | zneakerzone.com | joseluis2283@hotmail.com zneakerzone@gmail.com |
| 476 | Temu | ASKET | asket-m-4012296609258 | zhengyu093@163.com |
| 477 | Temu | besin | besin-m-124564669961 | 309402670@qq.com |
| 478 | Temu | GUIBINPLAY | guibinplay-m-5308140221794 | smthuayue@163.com |
| 479 | Temu | hellofrind | hellofrind-m-708103818731 | 1192680615@qq.com |
| 480 | Temu | Home Direct | home-direct-m-6313307355650 | 1640882296@qq.com |
| 481 | Temu | IQGD | iqgd-m-4797681176463 | dzi1203@163.com |
| 483 | Temu | Karley Shop | karley-shop-m-3879620004276 | 229629367@qq.com |
| 484 | Temu | love sunshine | love-sunshine-m-51423252077 | summer0910@126.com |
| 485 | Temu | LUCKYPANPAN | luckypanpan-m-5772244710862 | happy66619@163.com |
| 487 | Temu | MI SURICAT | mi-suricat-m-27788191537 | 564762653@qq.com |
| 488 | Temu | NAFOING | nafoing-m-24680441276 | dzi1203@163.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 490 | Temu | peideluo | peideluo-m-4987906254739 | qqfr001@163.com |
| 491 | Temu | PINK TOWN | pink-town-m-65992344585 | 13665834504@139.com |
| 496 | Temu | Tao Home | tao-home-m-143438086732 | 1686739559@QQ.com |
| 497 | Temu | VICSPORT | vicsport-m-124648166627 | 834281818@qq.com |
| 498 | Temu | YADADA beauty | yadada-beauty-m-5537839987110 | 530106589@qq.com |
| 499 | Temu | YADADA nail art | yadada-nail-art-m-141139939249 | missgooey@outlook.com |
| 500 | Temu | YiMi Stroe | yimi-stroe-m-2552325907226 | 342240680@qq.com |
| 501 | Temu | YTOOBOYZ | ytooboyz-m-4908594621820 | dzi1203@163.com |
| 503 | Walmart | Xinlie | 10001114656 | 13923797288@163.com qhyg2016418@163.com |
| 504 | Walmart | FUBO | 10001120135 | mkhs686@163.com |
| 505 | Walmart | Hongduoyuan | 10001132406 | wei_ip@163.com |
| 506 | Walmart | Oluk | 10001133300 | cybical@163.com |
| 508 | Walmart | SANYES | 10001142449 | 147620525@qq.com |
| 509 | Walmart | Y'Trading Co.Ltd | 10001145309 | yayiwalmart@163.com |
| 510 | Walmart | Eastjing | 10001150305 | eastjingus@163.com |
| 514 | Walmart | XiaoHeHe Crease Protectors | 10001202796 | aa18162387465@163.com |
| 515 | Walmart | Fchunhe | 10001205495 | chunhe0202@163.com |
| 516 | Walmart | RNAIRNI | 10001210977 | lzmy2022@hotmail.com |
| 517 | Walmart | XXMAO | 10001211007 | xxmwmb@163.com |
| 520 | Walmart | WarmthanDeer | 10001239398 | gou55genggaolei@126.com |
| 521 | Walmart | KangMangGou.CO.ltd | 10001240388 | caominzhu@outlook.com |
| 524 | Walmart | AngieDD | 10001249203 | thisofbike@163.com |
| 525 | Walmart | HKH | 10001250140 | liuwoyib86467@163.com |
| 526 | Walmart | Yijing | 10001261948 | yijingauaz@163.com |
| 527 | Walmart | Jingwei Culture Media Co., Ltd. | 10001265166 | liangyedeng8@163.com |
| 528 | Walmart | Xuchan Technology Co, Ltd. | 10001274465 | qingquanwenhua2019@163.com |
| 529 | Walmart | Hongkun Trading Co., Ltd. | 10001292394 | jia3161210@163.com |
| 530 | Walmart | Xikong Trading Co., Ltd. | 10001292654 | fei602569139@163.com |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 531 | Walmart | Fancy seller | 10001293710 | biuho0520@163.com |
| 532 | Walmart | DIANKANG Co. ltd | 10001306777 | diankangkeji@163.com 1824127470@wm.data.ci |
| 533 | Walmart | Easy Choice | 10001307504 | xifulai8899@163.com |
| 534 | Walmart | EEL | 10001311931 | s6b3v31tgfns9h@163.com |
| 535 | Walmart | HZCY | 10001314044 | yanqg9441@163.com |
| 536 | Walmart | Heze Yuankun Co., Ltd. | 10001320349 | tanmei599151@163.com |
| 537 | Walmart | Wanning Langrun Co., Ltd. | 10001327912 | cxjkdmdrpq57661@163.com |
| 538 | Walmart | OMKARSY | 10001333841 | 723679489@qq.com |
| 540 | Wish | apple guo | 558c08c6e626764000fc6baa | 3188106626@qq.com |
| 541 | Wish | Laura | 5609e2ced385a30d1d7873a7 | 1399801916@qq.com |
| 542 | Wish | leioqing | 56e12f02f475841877a1e899 | leioqing@outlook.com |
| 543 | Wish | clothingfront | 58188bb796585e3dd1f4bc90 | iqu7098@outlook.com |
| 546 | Wish | lixianyang | 5d4d25ff3db43e1004bb70f5 | w13105543806@163.com |
| 548 | Wish | windee2532 | 5e1048ec7de00d0597651ff5 | fbde14462205@163.com |
| 549 | Wish | Myrianyy | 5e97cbabfeee1d030181dc77 | soufang41219219@163.com |
| 550 | Wish | Sandra roblesyy | 5e97cdac0da32219a00eda29 | xinlan8570516@163.com |
| 551 | Wish | stay hurricanes | 5eba990c5210119420ab4a78 | 2029248892@qq.com |
| 552 | Wish | sniukhdxvwzyiguo | 5ed09c36c4471467d7e75216 | plthxl@163.com |
| 553 | Wish | qyangqinsd | 5f7db54d4f73fb248539b070 | youxie6035@163.com |
| 554 | Wish | jjingosuda | 600aff5a739c8f04b76a4425 | jjingosuda@gmail.com |
| 555 | Wish | Lime Store | 606d5c5476bcab1f2845493d | re68068@163.com |
| 556 | Wish | yaofa18 | 607fa16d833800020f442a06 | xuxiaochao202104@126.com |
| 557 | Wish | wangcaili | 6087c60359ded66d8cccee2c | 1377449362@qq.com |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 558 | Wish | yaojinfeng | 608e3fa2d25b45c40e0cf48a | yaojinfeng0502@163.com |
| 559 | Wish | illdangbag | 61bef4e76428593ba10d951a | illdangbag@gmail.com |
| 560 | Wish | daebagtem | 61d3c73ece08cab6641eb548 | daebagtem@gmail.com |
| 561 | Joybuy | Shenzhen Hui Sha electronic commerce Co., LTD | 9893 | huixia_0510@sina.com |
| 562 | Joybuy | Chengdu Lijia technology Co., LTD | 9330 | mingey712@163.com |
| 563 | Joybuy | Shenzhen Hongji supply chain Co., LTD | 9742 | Armstronguty@163.com |
| 564 | Joybuy | Glens Technology (Shenzhen) Co., LTD | 8018 | kimish@dingtalk.com |
| 565 | Joybuy | Shenzhen green grid Technology Co., LTD | 12562 | kenyonun@outlook.com |
| 566 | Joybuy | Shenzhen green grid Technology Co., LTD | Seller6-16214 | |
| 567 | Joybuy | Shenzhen Travel technology Co., LTD | 9585 | zhongxupeng005@163.com |
| 568 | Joybuy | Chengdu Lijia technology Co., LTD | Seller8-16214 | |
| 569 | Joybuy | Shenzhen Haiwei Digital Technology Co., LTD | 9460 | haiweiWMJD@hotmail.com |
| 570 | Joybuy | Shenzhen Hongji supply chain Co., LTD | 7958 | uiwygebfjsd5142@outlook.com |
| 571 | Joybuy | Chengdu Lijia technology Co., LTD | Seller11-16214 | |
| 572 | Joybuy | Chengdu Lijia technology Co., LTD | 7959 | tanga@elenxs.com |
| 573 | Joybuy | Shenzhen Husky trading Co., LTD | 8177 | 7456eiepte@sina.com |
| 574 | Joybuy | Shenzhen Zhongxinda Technology development Co., LTD | 8122 | vailpacket@outlook.com |
| 575 | Joybuy | Shenzhen Landa flying trade Co., LTD | 8174 | wetyrtyuyiui@sina.com |
| 576 | Joybuy | Shanghai Yiting trading Co., LTD | 9222 | urqm3200142@163.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 577 | Joybuy | Shenzhen green grid Technology Co., LTD | Seller17-16214 | |
| 578 | Joybuy | Shenzhen Qianbaiyi electronic Technology Co., LTD | 8009 | AaronGlene@outlook.com |
| 579 | Joybuy | Dongguan Ruihang supply chain management Co., LTD | 8238 | vocabularyan@163.com |
| 580 | Joybuy | Shenzhen Shiwei trading Co., LTD | 7331 | xiaoqian0809@163.com |
| 581 | Joybuy | Shenzhen Kaihan Technology Co., LTD | 9045 | aiqiin1213@163.com |
| 582 | Joybuy | Chengdu Lijia technology Co., LTD | 7963 | sgsdfgh54@outlook.com |
| 583 | Joybuy | Suzhou Mengsha clothing Co., LTD | 11130 | bebei_element@163.com |
| 584 | Joybuy | Shenzhen Force Crown network technology Co., LTD | 8516 | xiaoqianglkj5752@gonglangelec.cn |
| 585 | Joybuy | Chengdu Lijia technology Co., LTD | Seller8-18988 | |
| 586 | Joybuy | Shenzhen Hongji supply chain Co., LTD | 11336 | vagsnlj@163.com |
| 587 | Joybuy | Shenzhen Xiangning Technology Co., LTD | 9584 | xd170fjrt@sina.com |
| 588 | Joybuy | Shenzhen LAN Si network technology Co., LTD | 8055 | kimish@dingtalk.com |
| 589 | Joybuy | Shenzhen Willixing Technology Co., LTD | 9067 | aiqiin1213@163.com |
| 590 | Joybuy | Shenzhen Yunqi electronic commerce Co., LTD | 8385 | xiaoqian0809@163.com |
| 591 | Joybuy | Shenzhen Kaiyuan da electronic Commerce Co., LTD | 10963 | 553576093@qq.com |
| 592 | Joybuy | Shenzhen Hongji supply chain Co., LTD | Seller15-18988 | |
| 593 | Joybuy | Shenzhen Qianbaiyi electronic Technology Co., LTD | Seller16-18988 | |
| 594 | Joybuy | Pujiang County Jinjiu e-commerce Co., LTD | 7731 | roubinghaochi@126.com |

| DOE # | Marketplace | Merchant Name | Merchant ID | Email Address |
|---|---|---|---|---|
| 595 | Joybuy | Chongqing Longyi Di Industrial Co., LTD | 10458 | pixlinkya84@hotmail.com |
| 596 | Joybuy | Shenzhen Baiai new network technology Co., LTD | 12849 | JINgangruanf@outlook.com |
| 597 | Joybuy | Shenzhen Kaihan Technology Co., LTD | 12191 | aiqiin1213@163.com |
| 598 | Joybuy | Guangzhou Star Star trading Co., LTD | 12525 | yiguomi@outlook.com |
| 599 | Joybuy | Shenzhen Yingfan trading Co., LTD | 12337 | adventuron@yeah.net |
| 600 | Joybuy | Chengdu Jiuheng Hongyuan trading Co., LTD | 12338 | thunouxr@126.com |
| 601 | Joybuy | Shenzhen Cambrian Technology Co., LTD | 12367 | warandsad@yeah.net |