UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1,<br><br>    Defendants. | Civil Action No. 4:24-cv-334-SDJ |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wearable Shoe Tree LLC voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 185: ZEPOHCK (Amazon Merchant ID A2VY31W3BI8LM6)
- DOE 203: Nox Co., Ltd. (Amazon Merchant ID A39X5Q03LG4Z2B)
- DOE 240: SHOPFORYOU (Amazon Merchant ID AM36G5QAB5HUP)
- DOE 315: da1xiong (eBay Merchant ID da1xiong)
- DOE 415: yitan-7553 (eBay Merchant ID 2131389793)
- DOE 566: Joybuy Merchant ID Seller6-16214
- DOE 568: Joybuy Merchant ID Seller8-16214
- DOE 571: Joybuy Merchant ID Seller11-16214
- DOE 577: Joybuy Merchant ID Seller17-16214
- DOE 585: Joybuy Merchant ID Seller8-18988
- DOE 592: Joybuy Merchant ID Seller15-18988

|  |  |
|---|---|
| Dated: August 20, 2024 | Respectfully submitted,<br><br>**SCALE LLP**<br><br>By: */s/ Charles A. Wallace*<br>Charles A. Wallace<br>Texas Bar No. 24110501<br>James H. Creedon<br>Texas Bar No. 24092299<br>5473 Blair Road, Suite 100<br>Dallas, Texas 75231<br>Tel.     415.735.5933<br>Fax     415.573.0983<br>cwallace@scalefirm.com<br>jcreedon@scalefirm.com<br><br>ATTORNEYS FOR PLAINTIFF<br>WEARABLE SHOE TREE LLC |

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace