UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, BUSINESS ENTITIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON EXHIBIT 1, <br><br> Defendants. | Civil Action No. 4:24-cv-334-SDJ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wearable Shoe Tree LLC voluntarily dismisses its claims, with prejudice, against the following defendant:

- <u>DOE 464</u>: THE SNEAKER LAUNDRY (Shopify Merchant ID thesneakerlaundry.com.au)

Dated: August 23, 2024                          Respectfully submitted,

                                                       **SCALE LLP**

                                                       By: */s/ Charles A. Wallace*
Charles A. Wallace
Texas Bar No. 24110501
James H. Creedon
Texas Bar No. 24092299
5473 Blair Road, Suite 100
Dallas, Texas 75231
Tel.      415.735.5933
Fax      415.573.0983
cwallace@scalefirm.com
jcreedon@scalefirm.com

ATTORNEYS FOR PLAINTIFF
WEARABLE SHOE TREE LLC

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 23, 2024, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

                                                       By: */s/ Charles A. Wallace*
Charles A. Wallace