UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WEARABLE SHOE TREE, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-334-SDJ |
| | § | |
| DOES 1-601 | § | |

## **ORDER**

Before the Court is Plaintiff's Motion to File Motion to Approve Consent Judgment and Permanent Injunction Under Seal. (Dkt. #63). But Plaintiff subsequently filed an identical motion that was not under seal, making the Consent Judgment and Permanent Injunction public record. (Dkt. #72, #72-1). The Court granted that motion. (Dkt. #73).

It is therefore **ORDERED** that Plaintiff's Motion to File Motion to Approve Consent Judgment and Permanent Injunction Under Seal, (Dkt. #63), is **DENIED as moot**.

**So ORDERED and SIGNED this 13th day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE