UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WEARABLE SHOE TREE, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-334-SDJ |
| | § | |
| DOES 1-601 | § | |

## **ORDER**

Before the Court are Plaintiff Wearable Shoe Tree LLC's Motion for Default Judgment and Permanent Injunction, (Dkt. #59), and Motion for Attorney's Fees, (Dkt. #60). Both motions are outdated, and the Court needs additional information to rule on them.

For the default motion, there is an attached table of the remaining defendants in this case. (Dkt. #59-2). The Court finds three deficiencies with the attached table. First, the table is outdated because the Court has voluntarily dismissed countless Defendants since the motion was filed. (Dkt. #61, #67, #69, #71, #75, #77, #79, #80, #82, #83, #85). Second, this table lacks the intellectual-property-infringement information Wearable Shoe Tree has provided in the past. *Compare* (Dkt. #59-2), *with* (Dkt. #40-2). Third, the table fails to clearly link what proof of infringement goes with which Defendant. Without this information, the Court is unable to rule on Wearable Shoe Tree's default motion.

For the attorney's-fees motion, both the motion and its attachments are outdated. The Court needs an amended motion with an updated fee total and supporting attachments for those fees.

1

2

It is therefore **ORDERED** that, by **January 24, 2025**, Wearable Shoe Tree shall provide the Court with the following:

1. Either an updated table, *in excel format*, that includes the columns and information identified in the example table below, or otherwise the same information and evidence for the Court's consideration.

2. An amended motion for attorney's fees with supporting evidence that is current as of the filing date.

**So ORDERED and SIGNED this 21st day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | Patent Infringement (Y/N) | Trademarks Infringed (List all) | Number of Trademarks Infringed | Total Number of IP Violations. | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aftsport | Trademark and Patent | Y | 6220820 | 1 | 2 | Dkt. #3-2 at 1–9. |
| 2 | Alibaba | Yiwu Lintai Import&Export Co., Ltd. | alintai | Patent | Y | -- | 0 | 1 | Dkt. #3-2 at 10–11. |
| … | … | … | … | … | … | … | … | … | … |
| 601 | Joybuy | Joybuy Marketplace(U.S) Seller 1 | Seller_1-101001636 | Trademark and Patent | Y | 4686931 6220820 | 2 | 3 | Dkt. #3-10 at 238–40. |

3