UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, & UNINCORPORATED ASSOCIATION IDENTIFIED ON EXHIBIT 1,<br><br>Defendants. | Civil Action No. 4: 24-cv-334-SDJ |

## PLAINTIFF'S AMENDED MOTION FOR ATTORNEY'S FEES

On August 7, 2024, Wearable Shoe Tree LLC ("Plaintiff") filed its Motion for Default Judgment and Permanent Injunction in which Plaintiff respectfully requested recovery of its full costs and attorney's fees against the Defaulting Defendants pursuant to 15 U.S.C. § 1117 and 35 U.S.C. § 285. Dkt. 59. On that same day, Plaintiff filed its Motion for Attorney's Fees pursuant to 15 U.S.C. § 1117 and 35 U.S.C. § 285. Dkt. 60. On January 21, 2025, the Court ordered Plaintiff to file an "amended motion for attorney's fees with supporting evidence that is current as of the filing date." Dkt. 87. Plaintiff thus provides the Court with the attached Declaration of Plaintiff's attorney, Charles A. Wallace, which establishes that Plaintiff has incurred $48,627.50 in attorneys' fees to-date. Plaintiff therefore seeks recovery from the Defendants, jointly and severally, in the total amount of $48,627.50 pursuant to 15 U.S.C. § 1117 and 35 U.S.C. § 285, and respectfully requests that the Court enter the proposed judgment attached to this motion.

1

Dated: January 24, 2025                                  Respectfully submitted,

                                                         **SCALE LLP**

                                                         By: */s/ Charles A. Wallace*
                                                         Charles A. Wallace
                                                         Texas Bar No. 24110501
                                                         James H. Creedon
                                                         Texas Bar No. 24092299
                                                         5473 Blair Road, Suite 100
                                                         Dallas, Texas 75231
                                                         Tel.   415.735.5933
                                                         Fax   415.573.0983
                                                         cwallace@scalefirm.com
                                                         jcreedon@scalefirm.com

                                                         ATTORNEYS FOR PLAINTIFF
                                                         WEARABLE SHOE TREE LLC

## CERTIFICATE OF SERVICE

I certify that on January 24, 2025, I caused a true and correct copy of the foregoing document to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

                                                         By: */s/ Charles A. Wallace*
                                                         Charles A. Wallace

## CERTIFICATE OF CONFERENCE

None of the Defaulting Defendants have appeared in this case, and therefore, pursuant to Local Rule 7(G), undersigned counsel states that he is unable to meet and confer with Defaulting Defendants and unable to state whether this motion is opposed.

                                                         */s/ Charles A. Wallace*
                                                         Charles A. Wallace