UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WEARABLE SHOE TREE LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, BUSINESS ENTITIES, & UNINCORPORATED ASSOCIATION IDENTIFIED ON EXHIBIT 1, <br><br> Defendants. | Civil Action No. 4: 24-cv-334-SDJ |

## ORDER GRANTING ATTORNEY'S FEES

On August 7, 2024, Wearable Shoe Tree LLC ("Plaintiff") filed its Motion for Default Judgment and Permanent Injunction in which Plaintiff respectfully requested recovery of its full costs and attorney's fees against the Defaulting Defendants pursuant to 15 U.S.C. § 1117 and 35 U.S.C. § 285. Dkt. 59. On that same day, Plaintiff filed its Motion for Attorney's Fees pursuant to 15 U.S.C. § 1117 and 35 U.S.C. § 285. Dkt. 60. On January 21, 2025, this Court ordered Plaintiff to file an "amended motion for attorney's fees with supporting evidence that is current as of the filing date." Dkt. 87. Plaintiff has since provided the Court with its bill of costs and full accounting of attorneys' fees incurred to-date. Upon careful review of Plaintiff's Motion for Attorney's Fees and the Declaration of Plaintiff's attorney, Charles A. Wallace:

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's request for an award of attorney's fees in the amount of $48,627.50 against each of the Defaulting Defendants, jointly and severally, is **GRANTED**.