EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 1 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aftsport | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #1 |
| 2 | Alibaba | Yiwu Lintai Import&Export Co., Ltd. | alintai | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #2 |
| 3 | Alibaba | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | aofit | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #3 |
| 4 | Alibaba | Shenzhen Baibaikang Technology Co., Ltd. | baibaikang | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #4 |
| 5 | Alibaba | Beijing Bid Ace Co., Ltd. | bdac | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #5 |
| 6 | Alibaba | Yiwu Chic Seeker Accessories Co., Ltd. | chicseeker | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #6 |
| 7 | Alibaba | Yangzhou Runtong International Trading Co., Ltd. | chinaruntong | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #7 |
| 8 | Alibaba | Fuzhou Nice Trading Co., Ltd. | cldnice | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #8 |
| 9 | Alibaba | Yiwu Yansheng Electronic Commerce Co., Ltd. | cn1518993080yhtt | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #9 |
| 10 | Alibaba | Yangzhou Trensh Sports Products Factory | cncsty | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #10 |
| 11 | Alibaba | Shenzhen Fengyuan Foreign Trade Co., Ltd. | cnfengyuan | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #11 |
| 13 | Alibaba | Yiwu Liangao Electronic Commerce Co., Ltd. | cnliangao | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #13 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 14 | Alibaba | Dongguan No. 8 Footwear Co., Ltd. | dgbahao | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #14 |
| 15 | Alibaba | Dongguan Fanling E-Commerce Co., Ltd. | dgfanling | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #15 |
| 17 | Alibaba | DONGGUAN L&N SHOE MATERIAL CO.,LTD | dglinuo | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #17 |
| 21 | Alibaba | Ningbo Finer Medical Instruments Co., Ltd. | finermed | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #21 |
| 22 | Alibaba | Dongguan Ucom Info Tech Co., Ltd. | footinsoles | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #22 |
| 25 | Alibaba | Guangzhou Linke International Trade Co., Ltd. | gzlinke | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #25 |
| 28 | Alibaba | Dongguan City Everhealth Industrial Co., Ltd. | healthycare | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #28 |
| 29 | Alibaba | Henan Bangni Biological Engineering Co., Ltd. | hnbangni | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #29 |
| 30 | Alibaba | Wenzhou Holdapple Technology Co., Ltd. | holdapple | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #30 |
| 31 | Alibaba | Ningbo Dericsson Smart Technology Co., Ltd. | houseuses | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #31 |
| 34 | Alibaba | Guangzhou Keenfull Commodity Co., Limited | keenfull | Trademark | 4686931 | 1 | Dkt. 3 Exhibit 2 Doe #34 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 35 | Alibaba | Yiwu Kejia Import And Export Co., Ltd. | kejiacompany | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #35 |
| 36 | Alibaba | Guangzhou blue shark trading co. LTD | lanshatrading | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #36 |
| 37 | Alibaba | Shenzhen Lindsay Technology Co., Ltd. | linxi | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #37 |
| 39 | Alibaba | Hebei Melenlt Trade Co., Ltd. | melenlt | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #39 |
| 41 | Alibaba | Ningbo Mooyee International Trade Co., Ltd | nbmooyee | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #41 |
| 42 | Alibaba | Shenzhen New Greatwall Technology Co., Ltd. | newgreatwall | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #42 |
| 43 | Alibaba | Tangshan Olian Technology Co., Ltd. | olian | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #43 |
| 44 | Alibaba | Wenzhou Olivashow Art Co., Ltd. | olivashow | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #44 |
| 46 | Alibaba | Yiwu Jingfeng Trading Co. Ltd | qixtrade | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #46 |
| 47 | Alibaba | Sichuan Machinery Import & Export Corp. | sc-shoebase | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #47 |
| 48 | Alibaba | Taizhou Shuyuan Industry And Trade Co., Ltd. | shuyuanfactory | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #48 |
| 49 | Alibaba | Sijun (Hangzhou) Commerce Co., Ltd. | sjcommerce | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #49 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 50 | Alibaba | Hangzhou Smile Home Deco Co., Ltd. | smilespace | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #50 |
| 51 | Alibaba | Shenzhen Bestry International Trade Co.,Ltd. | szbestry | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #51 |
| 53 | Alibaba | Shenzhen Huacheng Mingzhu Technology Co., Ltd. | szhcmz | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #53 |
| 54 | Alibaba | Guangdong Tajian Sports Goods Co., Ltd | triplebestsports | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #54 |
| 56 | Alibaba | Huizhou Umyidea Silicone Rubber Ware Co., Ltd. | umyidea | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #56 |
| 57 | Alibaba | Wuhan Utlife Technology Co., Ltd. | utlife | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #57 |
| 59 | Alibaba | Suzhou Weijin Optoelectronic Technology Co., Ltd. | weijin888 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #59 |
| 60 | Alibaba | Guangzhou Yifan Technology Co., Ltd. | wvk | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #60 |
| 62 | Alibaba | Shenzhen Ximeiqi E-Commerce Trade Co., Ltd. | ximeiqi | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #62 |
| 66 | Alibaba | Shijiazhuang Yumi Imp. & Exp. Co., Ltd. | ymjck | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #66 |
| 67 | Alibaba | Xi'an Explution Tech Co., Ltd. | ypshengwu | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #67 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 70 | Alibaba | Dongguan Zhiguo New Material Technology Co., Ltd. | zgtech | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #70 |
| 71 | Alibaba | Shenzhen Longgang Yunna E-Commerce Firm | zgwinner | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #71 |
| 73 | Alibaba | Dongguan Zesheng Technology Co., Ltd. | zsfoot | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #73 |
| 75 | Aliexpress | Unique Care Store | 1100628628 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #75 |
| 76 | Aliexpress | Universal A Store | 1101208635 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #76 |
| 77 | Aliexpress | Soumit Official Store | 1101225190 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #77 |
| 79 | Aliexpress | leyou Official Store | 1101267811 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #79 |
| 80 | Aliexpress | ZXY SHOELACE Store | 1101286502 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #80 |
| 81 | Aliexpress | YuanXiangZhu NO.8 Shoe Store | 1101289376 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #81 |
| 82 | Aliexpress | GDZHLbag Official Store | 1101298700 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #82 |
| 83 | Aliexpress | Demine Official Store | 1101299747 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #83 |
| 84 | Aliexpress | Z-S Store | 1101300620 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #84 |
| 85 | Aliexpress | Zshare Store | 1101317558 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #85 |
| 86 | Aliexpress | Qcotta factory Store | 1101319979 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #86 |
| 88 | Aliexpress | AAAAAAbeautiful enchantment Store | 1101326305 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #88 |
| 89 | Aliexpress | SMATLELF Store | 1101330339 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #89 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 90 | Aliexpress | Magical product Store | 1101347425 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #90 |
| 91 | Aliexpress | Shop5253194 Store | 1101352888 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #91 |
| 92 | Aliexpress | xxin Store | 1101355543 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #92 |
| 93 | Aliexpress | Shopping in your Store | 1101364806 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #93 |
| 94 | Aliexpress | Machalon-Sports Store | 1101376391 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #94 |
| 95 | Aliexpress | My Simple Life Store | 1101379041 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #95 |
| 96 | Aliexpress | XIZOU Store | 1101379977 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #96 |
| 97 | Aliexpress | Foot Master Official Store | 1101383266 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #97 |
| 98 | Aliexpress | Bangnipad Official Store | 1101385551 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #98 |
| 99 | Aliexpress | THREEMAGI Official Store | 1101388020 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #99 |
| 101 | Aliexpress | Sunvo Official Store | 1101423510 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #101 |
| 102 | Aliexpress | Hnbangni Store | 1101442191 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #102 |
| 103 | Aliexpress | SMATLELF Shoe accessories Store | 1101456071 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #103 |
| 104 | Aliexpress | Geetes Store | 1101461145 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #104 |
| 105 | Aliexpress | YiFrancais Store | 1101485968 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #105 |
| 106 | Aliexpress | AAF1980S Store | 1101519320 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #106 |
| 107 | Aliexpress | Shop9105643 68 Store | 1101546639 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #107 |
| 108 | Aliexpress | wvk9116623 Store | 1101670138 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #108 |
| 109 | Aliexpress | Personalized shoelaces Store | 1101675633 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #109 |
| 110 | Aliexpress | 7 TALK Store | 1101702784 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #110 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 111 | Aliexpress | Little stars 80 Store | 1101742858 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #111 |
| 112 | Aliexpress | Shoe Accessories 001 Store | 1101755852 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #112 |
| 113 | Aliexpress | NAFOING Store | 1101801584 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #113 |
| 114 | Aliexpress | Healfii Store | 1101922350 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #114 |
| 115 | Aliexpress | Apes Da da da Store | 1101940478 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #115 |
| 117 | Aliexpress | NAFOING Official Store | 1102018169 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #117 |
| 118 | Aliexpress | Soumit Store | 1102088111 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #118 |
| 119 | Aliexpress | BMZ-H22 Store Store | 1102089582 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #119 |
| 120 | Aliexpress | Shop1102123 058 Store | 1102122060 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #120 |
| 121 | Aliexpress | 77 shoe accessories Store | 1102141016 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #121 |
| 122 | Aliexpress | Shop1102161 433 Store | 1102154396 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #122 |
| 123 | Aliexpress | NIUNIU Treasure Chest Store | 1102156376 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #123 |
| 124 | Aliexpress | YTOOBOYZ Insole Official Store | 1102187194 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #124 |
| 125 | Aliexpress | Elino Store | 1102193192 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #125 |
| 126 | Aliexpress | I Awesome Show Store | 1102365071 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #126 |
| 131 | Amazon | Liao Bin | A14SI8SX4SG BM 7 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #131 |
| 132 | Amazon | filwahgo store | A16Y9NHVUW VQ9 U | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #132 |
| 133 | Amazon | QCBB | A18JMZ5UXSW LG M | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #133 |
| 135 | Amazon | Aduksa | A1B5O7FZSJE BC P | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #135 |
| 136 | Amazon | Tannish | A1C4M9YS5K OIK | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #136 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 137 | Amazon | GOPECH | A1CFV4WK9O GZV J | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #137 |
| 138 | Amazon | MINLILI | A1DK736UFIT6 DZ | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #138 |
| 139 | Amazon | LiuXiaoLi-A | A1DRL61247H P6I | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #139 |
| 143 | Amazon | NgocThanh_0 1 | A1K5RSIMOR4 PB N | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #143 |
| 144 | Amazon | twentyfour | A1L8H4MRBFM 70 Q | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #144 |
| 145 | Amazon | Fmangbl | A1LK09X8CDX E2 D | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #145 |
| 147 | Amazon | RONNY FUANG | A1MIAY99UUDI MS | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #147 |
| 150 | Amazon | #NAME? | A1P956GFP64 QI | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #150 |
| 153 | Amazon | Tamoo Direct | A1VHYVQ5BJV 75 J | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #153 |
| 158 | Amazon | OLLZ | A22U7PJEEU0 B4 R | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #158 |
| 159 | Amazon | daminggong | A2398LXTTYM D9 N | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #159 |
| 160 | Amazon | LEPILOBULL | A246BN2SD9N 2L N | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #160 |
| 161 | Amazon | lihongchun | A24OFVBGDM WH Q9 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #161 |
| 164 | Amazon | QIRRUN | A295CKXBL3F US Y | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #164 |
| 166 | Amazon | PeyNam | A2DJP67UEWU 7P 5 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #166 |
| 169 | Amazon | Ruixidz | A2FDEOT4ZVM ZIU | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #169 |
| 170 | Amazon | Paloya | A2FVA2818TE 4IM | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #170 |
| 174 | Amazon | MZ_YH US | A2I92VIH6LUL YK | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #174 |
| 176 | Amazon | bibigood | A2KFJ62S05F1 TX | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #176 |
| 177 | Amazon | ZhangXueQian 888 | A2LXZH3OEB8 15 M | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #177 |
| 180 | Amazon | DGambition | A2QCVNL05LK PH V | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #180 |
| 182 | Amazon | Tootwo | A2RD8LO3YW VFP 4 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #182 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 188 | Amazon | IRRIDF | A2YNMBW0I9Q 40 5 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #188 |
| 189 | Amazon | yonzhen | A30XSVBONIC D9 V | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #189 |
| 194 | Amazon | LiMi-ngYu | A33NGI3XUB0 96C | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #194 |
| 198 | Amazon | GuoJinXin11 | A372UZ7Y6ZM 6K8 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #198 |
| 199 | Amazon | AILIKESE | A373X3A1IXN DGP | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #199 |
| 201 | Amazon | Changxing Shop | A3982RDRMNY SE B | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #201 |
| 211 | Amazon | CREEHIN | A3I7UFYXCN8 BG6 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #211 |
| 213 | Amazon | vaceci | A3K8XH5T9X3 51N | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #213 |
| 216 | Amazon | WELOVE6979 | A3MOCZLDIHT N68 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #216 |
| 217 | Amazon | Meides | A3P2QD4ZWQ PX H3 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #217 |
| 226 | Amazon | hexuemeideme iguodian | A7NV8W348YN EZ | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #226 |
| 227 | Amazon | Superfly Commerce Ltd | A94QAWXNMF W5 S | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #227 |
| 230 | Amazon | qingkucun | A9POLGMCZW GS D | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #230 |
| 235 | Amazon | lingshidianzi | ADN989JHT1IX G | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #235 |
| 236 | Amazon | YADADA Nail Art | ADS9QULBYR VHY | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #236 |
| 237 | Amazon | Smartpoppy | AF2GTG7DS9U SU | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #237 |
| 245 | Amazon | ZIXI2-US | ARFRIIRKW3O OP | Trademark | 4686931 | 1 | Dkt. 3 Exhibit 2 Doe #245 |
| 251 | Amazon | Meya Online | AYGRJJKJ5QY SN | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #251 |
| 252 | Bonanza | gakporong | gakporong | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #252 |
| 253 | Bonanza | xsamsud_in | xsamsud_in | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #253 |
| 256 | DHgate | gqfs_seller Store | 17121401 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #256 |
| 257 | DHgate | quan05 Store | 21401643 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #257 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 258 | DHgate | quan06 Store | 21401644 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #258 |
| 259 | DHgate | springfang Store | 21500023 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #259 |
| 260 | DHgate | hairclippers2011 Store | 21520533 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #260 |
| 261 | DHgate | lonyee Store | 21596681 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #261 |
| 262 | DHgate | bdebag Store | 21610752 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #262 |
| 263 | DHgate | likefire Store | 21616147 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #263 |
| 264 | DHgate | youngstore06 Store | 21697479 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #264 |
| 265 | DHgate | papahoney Store | 21711491 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #265 |
| 266 | DHgate | bebebus Store | 21711494 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #266 |
| 267 | DHgate | yoursbuy Store | 21711504 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #267 |
| 268 | DHgate | croccharmshop Store | 21806732 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #268 |
| 269 | DHgate | omkc Store | 21818476 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #269 |
| 270 | DHgate | nmmn Store | 21818499 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #270 |
| 271 | DHgate | ymm1 Store | 21818534 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #271 |
| 272 | DHgate | dcvu Store | 21818558 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #272 |
| 273 | DHgate | qvgq Store | 21818670 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #273 |
| 274 | DHgate | dwyp Store | 21818678 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #274 |
| 275 | DHgate | uwfk Store | 21818991 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #275 |
| 276 | DHgate | aeex Store | 21818992 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #276 |
| 277 | DHgate | netm Store | 21819147 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #277 |
| 278 | DHgate | hsbl Store | 21819197 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #278 |
| 279 | DHgate | pm8c Store | 21819260 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #279 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 280 | DHgate | croccharmsletter Store | 21820447 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #280 |
| 281 | DHgate | lfyshoebag Store | 21845027 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #281 |
| 282 | DHgate | myccharm Store | 21845033 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #282 |
| 284 | eBay | 2015idrosa | 2015idrosa | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #284 |
| 285 | eBay | abaz-6123 | abaz-6123 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #285 |
| 287 | eBay | aeangg0 | aeangg0 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #287 |
| 288 | eBay | agpujiar-0 | agpujiar-0 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #288 |
| 289 | eBay | aiska-47 | aiska-47 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #289 |
| 290 | eBay | alhmohamedalh_0 | alhmohamedalh_0 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #290 |
| 292 | eBay | ang1911 | ang1911 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #292 |
| 293 | eBay | arja-9046 | arja-9046 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #293 |
| 294 | eBay | aryabmuham | aryabmuham | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #294 |
| 295 | eBay | ashalic67 | ashalic67 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #295 |
| 297 | eBay | aymroom | aymroom | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #297 |
| 299 | eBay | bahbe-0 | bahbe-0 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #299 |
| 300 | eBay | bakgun_57 | bakgun_57 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #300 |
| 303 | eBay | bayuvtriy0 | bayuvtriy0 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #303 |
| 304 | eBay | berkahselalu | berkahselalu | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #304 |
| 305 | eBay | besandote | besandote | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #305 |
| 306 | eBay | bimnat_0 | bimnat_0 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #306 |
| 308 | eBay | buckerscrafts-1 | buckerscrafts-1 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #308 |
| 309 | eBay | carfavorite | carfavorite | Trademark | 4686931 | 1 | Dkt. 3 Exhibit 2 Doe #309 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 310 | eBay | chadbb | chadbb | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #310 |
| 312 | eBay | cifbuy_it | cifbuy_it | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #312 |
| 313 | eBay | condor.deals | condor.deals | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #313 |
| 316 | eBay | danceke01 | danceke01 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #316 |
| 319 | eBay | defann32r | defann32r | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #319 |
| 320 | eBay | demetstesteph | demetstesteph | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #320 |
| 321 | eBay | didarm_91 | didarm_91 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #321 |
| 322 | eBay | dirt-n-dunes | dirt-n-dunes | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #322 |
| 324 | eBay | dong_xia1 | dong_xia1 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #324 |
| 326 | eBay | duerdenltd | duerdenltd | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #326 |
| 327 | eBay | dxntatme | dxntatme | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #327 |
| 328 | eBay | easy2shop_ltd | easy2shop_ltd | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #328 |
| 329 | eBay | erhasi14 | erhasi14 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #329 |
| 330 | eBay | erivari-2530 | erivari-2530 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #330 |
| 331 | eBay | evievo_0 | evievo_0 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #331 |
| 332 | eBay | farsho-77 | farsho-77 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #332 |
| 333 | eBay | funda48 | funda48 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #333 |
| 334 | eBay | giftforyou777-373 | giftforyou777-373 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #334 |
| 335 | eBay | goingoutofbusiness100 | goingoutofbusines s100 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #335 |
| 336 | eBay | golden_closet | golden_closet | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #336 |
| 337 | eBay | goldstore02 | goldstore02 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #337 |
| 339 | eBay | gozeemagic_official | gozeemagic_officia l | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #339 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 341 | eBay | heng.shuang | heng.shuang | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #341 |
| 342 | eBay | herta-6115 | herta-6115 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #342 |
| 344 | eBay | hndrx.store | hndrx.store | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #344 |
| 347 | eBay | huskhat_46 | huskhat_46 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #347 |
| 349 | eBay | im_cifbuy | im_cifbuy | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #349 |
| 350 | eBay | in-demand2020 | in-demand2020 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #350 |
| 351 | eBay | incass | incass | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #351 |
| 352 | eBay | jg_buy_store | jg_buy_store | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #352 |
| 354 | eBay | jinab-26 | jinab-26 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #354 |
| 356 | eBay | joey_772003 | joey_772003 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #356 |
| 358 | eBay | kaalmart_retail | kaalmart_retail | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #358 |
| 359 | eBay | kapila_6 | kapila_6 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #359 |
| 360 | eBay | ketan.ireng | ketan.ireng | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #360 |
| 362 | eBay | lakerschampion1 | lakerschampion1 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #362 |
| 365 | eBay | liler_8266 | liler_8266 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #365 |
| 366 | eBay | mael-748 | mael-748 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #366 |
| 367 | eBay | megaflyers | megaflyers | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #367 |
| 368 | eBay | miw021 | miw021 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #368 |
| 369 | eBay | mohaosma_2 | mohaosma_2 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #369 |
| 370 | eBay | myessentials66 | myessentials66 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #370 |
| 371 | eBay | mylabentscool | mylabentscool | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #371 |
| 372 | eBay | namahe64 | namahe64 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #372 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 373 | eBay | nasrealm | nasrealm | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #373 |
| 375 | eBay | ngo-2684 | ngo-2684 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #375 |
| 376 | eBay | nicelocorp | nicelocorp | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #376 |
| 377 | eBay | niel-19 | niel-19 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #377 |
| 378 | eBay | nitesda | nitesda | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #378 |
| 379 | eBay | oktyas0 | oktyas0 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #379 |
| 380 | eBay | orlya80 | orlya80 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #380 |
| 382 | eBay | per_654 | per_654 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #382 |
| 383 | eBay | poovith-42 | poovith-42 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #383 |
| 384 | eBay | power_fast_sales | power_fast_sales | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #384 |
| 385 | eBay | powerstores | powerstores | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #385 |
| 386 | eBay | qinda2021 | qinda2021 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #386 |
| 387 | eBay | rachmayunp_0 | rachmayunp_0 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #387 |
| 388 | eBay | rachmin84 | rachmin84 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #388 |
| 389 | eBay | rezha_96 | rezha_96 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #389 |
| 390 | eBay | rizsh-9499 | rizsh-9499 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #390 |
| 391 | eBay | rotigoreng | rotigoreng | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #391 |
| 392 | eBay | shoestack.ltd | shoestack.ltd | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #392 |
| 393 | eBay | sholma-35 | sholma-35 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #393 |
| 394 | eBay | skea-33 | skea-33 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #394 |
| 397 | eBay | successfulchoices | successfulchoices | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #397 |
| 398 | eBay | sumac_6840 | sumac_6840 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #398 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 399 | eBay | t_boutique | t_boutique | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #399 |
| 400 | eBay | tangtang-2 | tangtang-2 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #400 |
| 401 | eBay | teirw-32 | teirw-32 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #401 |
| 402 | eBay | terrelfraze_1 | terrelfraze_1 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #402 |
| 404 | eBay | thecreasepreventers | thecreasepreventer s | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #404 |
| 407 | eBay | tsik_36 | tsik_36 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #407 |
| 410 | eBay | urelect0 | urelect0 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #410 |
| 411 | eBay | us.manufacturer | us.manufacturer | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #411 |
| 412 | eBay | weiga41 | weiga41 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #412 |
| 414 | eBay | yawa-6343 | yawa-6343 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #414 |
| 416 | eBay | yuanmilovelife-mall | yuanmilovelife-mall | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #416 |
| 417 | eBay | z_hen2 | z_hen2 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #417 |
| 418 | eBay | zechri_69 | zechri_69 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #418 |
| 421 | eBay | zoo_tomas | zoo_tomas | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #421 |
| 422 | Etsy | AirCrease | AirCrease | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #422 |
| 423 | Etsy | EMILYGREEN ARTSTORE | EMILYGREENA RT STORE | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #423 |
| 424 | Etsy | GraffitiSneaks | GraffitiSneaks | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #424 |
| 425 | Etsy | guogiftshop | guogiftshop | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #425 |
| 426 | Etsy | PumpsUtopia | PumpsUtopia | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #426 |
| 427 | Joom | Puresugar | 60d89f5ab0dc1 e8 8234e481d | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #427 |
| 428 | Joom | Sunvo | 63ad39dc112b b3c 56f01f240 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #428 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 429 | Shein | ZHUANGYONG G | 1797169792 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #429 |
| 430 | Shein | MEETFASHION SHOES | 2135220619 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #430 |
| 434 | Shein | MQking Shoes | 3344887344 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #434 |
| 441 | Shopify | Affortable Confience | affortable-confience.myshopify.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #441 |
| 442 | Shopify | Aftecka | aftecka.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #442 |
| 443 | Shopify | AirME Shoes | airmeshoes.myshopify.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #443 |
| 444 | Shopify | ALL for SHOESS | allforaccessories.com | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #444 |
| 445 | Shopify | ANTICREASE GAURDS | anticreaseguards.myshopify.com | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #445 |
| 446 | Shopify | Creasekeep | creasekeep.com | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #446 |
| 447 | Shopify | Drip By MK | dripbymk.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #447 |
| 448 | Shopify | Ehidosa Sneakers | ehidosasneakers.co.za | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #448 |
| 449 | Shopify | ErmisClo | ermisclo.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #449 |
| 450 | Shopify | GIÚTA STREETWEAR Ltd | giutastreetwear.com | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #450 |
| 451 | Shopify | High On Air | highonair.com.au | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #451 |
| 452 | Shopify | KarlsKicks | karlskicks.com | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #452 |
| 453 | Shopify | Kick Collective | kickcollective.co.uk | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #453 |
| 454 | Shopify | lazyboysneakerz | lazyboysneakerz.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #454 |
| 455 | Shopify | LiftSolez | liftsolez.com | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #455 |
| 457 | Shopify | Mr.DeCrease | mrdecrease.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #457 |
| 459 | Shopify | REVIVE Footwear | revivefootwear.co.uk | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #459 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 460 | Shopify | SNEAKER CLINIC | sneaker-clinic.myshopify.co m | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #460 |
| 461 | Shopify | Sneakers Extras | sneakerextras.c om | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #461 |
| 462 | Shopify | Sneaker Plaza | sneakerplaza.it | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #462 |
| 463 | Shopify | Sneakers Dealers | sneakersdealer ss. myshopify.com | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #463 |
| 465 | Shopify | WONDERSNE AKERS | wonder-sneakers.com | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #465 |
| 466 | Shopify | bethewarranty. com | www.bethewarr anty .com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #466 |
| 469 | Shopify | Prior | www.priorstoreo ffici al.com | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #469 |
| 470 | Shopify | Superslicks India | www.superslicks.i n | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #470 |
| 472 | Shopify | Wilkins | www.wilkinswalk .co m | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #472 |
| 473 | Shopify | Zapping Sneakers | zappingsneaker s.c om | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #473 |
| 474 | Shopify | ZazaDrip | zazadrip.com | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #474 |
| 475 | Shopify | ZNEAKERZON E | zneakerzone.co m | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #475 |
| 476 | Temu | ASKET | asket-m-401229660925 8 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #476 |
| 477 | Temu | besin | besin-m-124564669961 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #477 |
| 479 | Temu | hellofrind | hellofrind-m-708103818731 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #479 |
| 480 | Temu | Home Direct | home-direct-m-631330735565 0 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #480 |
| 485 | Temu | LUCKYPANPA N | luckypanpan-m-577224471086 2 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #485 |
| 487 | Temu | MI SURICAT | mi-suricat-m-27788191537 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #487 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 490 | Temu | peideluo | peideluo-m-498790625473 9 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #490 |
| 491 | Temu | PINK TOWN | pink-town-m-65992344585 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #491 |
| 496 | Temu | Tao Home | tao-home-m-143438086732 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #496 |
| 497 | Temu | VICSPORT | vicsport-m-124648166627 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #497 |
| 498 | Temu | YADADA beauty | yadada-beauty-m-553783998711 0 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #498 |
| 499 | Temu | YADADA nail art | yadada-nail-art-m-141139939249 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #499 |
| 500 | Temu | YiMi Stroe | yimi-stroe-m-255232590722 6 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #500 |
| 503 | Walmart | Xinlie | 101095294 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #503 |
| 504 | Walmart | FUBO | 101100773 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #504 |
| 505 | Walmart | Hongduoyuan | 101113044 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #505 |
| 508 | Walmart | SANYES | 101123087 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #508 |
| 509 | Walmart | Y'Trading Co.Ltd | 101125947 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #509 |
| 510 | Walmart | Eastjing | 101130944 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #510 |
| 514 | Walmart | XiaoHeHe Crease Protectors | 101183435 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #514 |
| 515 | Walmart | Fchunhe | 101186134 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #515 |
| 516 | Walmart | RNAIRNI | 101191616 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #516 |
| 517 | Walmart | XXMAO | 101191646 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #517 |
| 520 | Walmart | WarmthanDeer | 101220038 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #520 |
| 521 | Walmart | KangMangGou .CO.ltd | 101221028 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #521 |

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 524 | Walmart | AngieDD | 101229843 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #524 |
| 525 | Walmart | HKH | 101230780 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #525 |
| 526 | Walmart | Yijing | 101242588 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #526 |
| 527 | Walmart | Jingwei Culture Media Co., Ltd. | 101245806 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #527 |
| 528 | Walmart | Xuchan Technology Co, Ltd. | 101255105 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #528 |
| 529 | Walmart | Hongkun Trading Co., Ltd. | 101273034 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #529 |
| 530 | Walmart | Xikong Trading Co., Ltd. | 101273294 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #530 |
| 531 | Walmart | Fancy seller | 101274350 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #531 |
| 532 | Walmart | DIANKANG Co. ltd | 101287417 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #532 |
| 533 | Walmart | Easy Choice | 101288144 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #533 |
| 534 | Walmart | EEL | 101292571 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #534 |
| 535 | Walmart | HZCY | 101294684 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #535 |
| 536 | Walmart | Heze Yuankun Co., Ltd. | 101300989 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #536 |
| 537 | Walmart | Wanning Langrun Co., Ltd. | 101308552 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #537 |
| 538 | Walmart | OMKARSY | 101314481 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #538 |
| 540 | Wish | apple guo | 558c08c6e626764 000fc6baa | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #540 |
| 541 | Wish | Laura | 5609e2ced385a30 d1d7873a7 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #541 |
| 542 | Wish | leioqing | 56e12f02f4758418 77a1e899 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #542 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 543 | Wish | clothingfront | 58188bb79658 5e3 dd1f4bc90 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #543 |
| 546 | Wish | lixianyang | 5d4d25ff3db43 e10 04bb70f5 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #546 |
| 548 | Wish | windee2532 | 5e1048ec7de0 0d0 597651ff5 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #548 |
| 549 | Wish | Myrianyy | 5e97cbabfeee1 d0 30181dc77 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #549 |
| 550 | Wish | Sandra roblesyy | 5e97cdac0da3 221 9a00eda29 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #550 |
| 551 | Wish | stay hurricanes | 5eba990c5210 119 420ab4a78 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #551 |
| 552 | Wish | sniukhdxvwzyig uo | 5ed09c36c447 146 7d7e75216 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #552 |
| 553 | Wish | qyangqinsd | 5f7db54d4f73f b24 8539b070 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #553 |
| 554 | Wish | jjingosuda | 600aff5a739c8f 04 b76a4425 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #554 |
| 555 | Wish | Lime Store | 606d5c5476bc ab1 f2845493d | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #555 |
| 556 | Wish | yaofa18 | 607fa16d8338 000 20f442a06 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #556 |
| 557 | Wish | wangcaili | 6087c60359de d66 d8cccee2c | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #557 |
| 558 | Wish | yaojinfeng | 608e3fa2d25b 45c 40e0cf48a | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #558 |
| 559 | Wish | illdangbag | 61bef4e76428 593 ba10d951a | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #559 |
| 560 | Wish | daebagtem | 61d3c73ece08 cab 6641eb548 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #560 |
| 561 | Joybuy | Joybuy Express Seller 1 | Seller1-16214 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #561 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 562 | Joybuy | Joybuy Express Seller 2 | Seller2-16214 | Trademark and Patent | 4686931 | 2 | Dkt. 3 Exhibit 2 Doe #562 |
| 563 | Joybuy | Joybuy Express Seller 3 | Seller3-16214 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #563 |
| 564 | Joybuy | Joybuy Express Seller 4 | Seller4-16214 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #564 |
| 565 | Joybuy | Joybuy Express Seller 5 | Seller5-16214 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #565 |
| 567 | Joybuy | Joybuy Express Seller 7 | Seller7-16214 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #567 |
| 569 | Joybuy | Joybuy Express Seller 9 | Seller9-16214 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #569 |
| 570 | Joybuy | Joybuy Express Seller 10 | Seller10-16214 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #570 |
| 572 | Joybuy | Joybuy Express Seller 12 | Seller12-16214 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #572 |
| 573 | Joybuy | Joybuy Express Seller 13 | Seller13-16214 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #573 |
| 575 | Joybuy | Joybuy Express Seller 15 | Seller15-16214 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #575 |
| 580 | Joybuy | Joybuy Seller 3 | Seller3-18988 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #580 |
| 581 | Joybuy | Joybuy Seller 4 | Seller4-18988 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #581 |
| 582 | Joybuy | Joybuy Seller 5 | Seller5-18988 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #582 |
| 583 | Joybuy | Joybuy Seller 6 | Seller6-18988 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #583 |
| 584 | Joybuy | Joybuy Seller 7 | Seller7-18988 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #584 |
| 586 | Joybuy | Joybuy Seller 9 | Seller9-18988 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #586 |
| 587 | Joybuy | Joybuy Seller 10 | Seller10-18988 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #587 |

EXHIBIT 1

| DOE # | Marketplace | Merchant Name | Merchant ID | IP Infringement | TM Reg. No. | Total Number of IP Violations | Proof of Infringement (Docket Cites) |
|---|---|---|---|---|---|---|---|
| 588 | Joybuy | Joybuy Seller 11 | Seller11-18988 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #588 |
| 589 | Joybuy | Joybuy Seller 12 | Seller12-18988 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #589 |
| 590 | Joybuy | Joybuy Seller 13 | Seller13-18988 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #590 |
| 591 | Joybuy | Joybuy Seller 14 | Seller14-18988 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #591 |
| 594 | Joybuy | Joybuy Seller 17 | Seller17-18988 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #594 |
| 595 | Joybuy | Joybuy Seller 18 | Seller18-18988 | Patent | | 1 | Dkt. 3 Exhibit 2 Doe #595 |
| 596 | Joybuy | Joybuy America Seller 1 | Seller1-101001636 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #596 |
| 597 | Joybuy | Joybuy America Seller 2 | Seller2-101001636 | Trademark | 6220820 | 1 | Dkt. 3 Exhibit 2 Doe #597 |
| 598 | Joybuy | Joybuy Selection Seller 1 | Seller1-101087374 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #598 |
| 599 | Joybuy | Joybuy Fashion Seller 1 | Seller1-101118004 | Trademark and Patent | 6220820 | 2 | Dkt. 3 Exhibit 2 Doe #599 |
| 600 | Joybuy | Joybuy Fashion Seller 2 | Seller2-101118004 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #600 |
| 601 | Joybuy | Joybuy Marketplace(U.S) Seller 1 | Seller_1-101001636 | Trademark and Patent | 4686931, 6220820 | 3 | Dkt. 3 Exhibit 2 Doe #601 |