UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WEARABLE SHOE TREE, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-334-SDJ |
| | § | |
| DOES 1-601 | § | |

## ORDER

Before the Court is Plaintiff's Motion for Amended Final Judgment. (Dkt. #95). In the motion, Plaintiff requests that the Court amend its judgment to "instruct the ecommerce platform providers, such as Alibaba, AliExpress, Amazon, Bonanza, DHgate, eBay, Etsy, Joom, Joybuy, Shein, Shopify, Temu, Walmart, and Wish (collectively the 'Platforms') or payment processors, such as PayPal, Payoneer, Stripe, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union, or other bank accounts or payment processors used by the Defaulting Defendants (collectively the 'Payment Processors') to release to Plaintiff the Judgment Award from the Defaulting Defendants' Platform or Payment Processor accounts." (Dkt. #95 at 1). After full consideration, the motion is **GRANTED**.

An amended final judgment will be entered by the Court.

**So ORDERED and SIGNED this 10th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE