UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WEARABLE SHOE TREE, LLC | § § | |
| v. | § § | CIVIL NO. 4:24-CV-334-SDJ |
| DOES 1-601 | § | |

## ORDER

Before the Court is Charles Wallace's Request to Release Funds. (Dkt. #98). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the funds previously deposited into the registry of the Court as set forth in the Order Granting Preliminary Injunction, (Dkt. #45 at 11), shall be released to Scale LLP, along with any accrued interest.

**So ORDERED and SIGNED this 7th day of May, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE